UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEROTEL, LTD., AEROTEL U.S.A., INC. and AEROTEL U.S.A., LLC,<br>    Plaintiffs,<br><br>v.<br><br>AT&T INC., AT&T CORP., AT&T MOBILITY CORPORATION, AT&T MOBILITY LLC, NEW CINGULAR WIRELESS SERVICES, INC. (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC, BELLSOUTH MOBILITY DCS, INC., BELLSOUTH CORPORATION, BELLSOUTH TELECOMMUNICATIONS, INC., and JOHN DOES 1-10,<br>    Defendants. | Civil Action No._____<br><br>RULE 7.1 STATEMENT |

        Pursuant to Federal Rule Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Aerotel, Ltd., Aerotel U.S.A., Inc., and Aerotel U.S.A., LLC (all of whom are private, non-governmental parties) certify that the foregoing plaintiffs have <u>no</u> corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: April 20, 2007

                                                        OSTRAGER CHONG FLAHERTY
                                                        & BROITMAN P.C.

                                          By: _____
                                                Glenn F. Ostrager (GFO-2023)
                                                Dennis M. Flaherty (DMF-5523)
                                                Joshua S. Broitman (JSB-4644)

                                                570 Lexington Avenue
                                                New York, New York 10022-6894
                                                (212) 681-0600

                                                *Attorneys for Aerotel, Ltd., Aerotel U.S.A.,*
                                                *Inc. and Aerotel U.S.A., LLC*