AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN    DISTRICT OF    NEW YORK

AEROTEL, LTD., *et al.*

Plaintiffs,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

AT&T, INC., *et al.*

Defendants.

**07 CV 3217**

TO: (Name and address of defendant)

### SEE ATTACHED RIDER

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert C. Morgan
Jeanne C. Curtis
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Glenn F. Ostrager
Dennis M. Flaherty
OSTRAGER CHONG FLAHERTY
 & BROITMAN P.C.
570 Lexington Avenue
New York, NY 10022-6894

an answer to the complaint which is herewith served upon you, within ____TWENTY (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**     APR 20 2007

CLERK                      DATE

*[signature]*

(BY) DEPUTY CLERK

Aerotel, Ltd., *et al.* v. AT&T, Inc. *et al.*
U.S. District Court for the Southern District of New York

## RIDER TO SUMMONS IN A CIVIL CASE

AT&T Inc.　　　　　　　　　　　　　　　　　John Doe 1
175 E. Houston　　　　　　　　　　　　　　address unknown
San Antonio, Texas 78205-2233

AT&T Corp.　　　　　　　　　　　　　　　　John Doe 2
One AT&T Way　　　　　　　　　　　　　　address unknown
Bedminster, New Jersey 07921

AT&T Mobility Corporation　　　　　　　　John Doe 3
5565 Glenridge Connector, Suite 1800　　address unknown
Atlanta, Georgia 30342

AT&T Mobility LLC　　　　　　　　　　　　John Doe 4
5565 Glenridge Connector, Suite 1800　　address unknown
Atlanta, Georgia 30342

New Cingular Wireless Services, Inc.　　John Doe 5
5565 Glenridge Connector, Suite 1800,　address unknown
Atlanta, Georgia 30342

Cingular Wireless II, LLC　　　　　　　　　John Doe 6
5565 Glenridge Connector, Suite 1800　　address unknown
Atlanta, Georgia 30342

New Cingular Wireless PCS, LLC　　　　　John Doe 7
5565 Glenridge Connector, Suite 1800　　address unknown
Atlanta, Georgia 30342

BellSouth Mobility DCS, Inc.　　　　　　　John Doe 8
5565 Glenridge Connector, Suite 1800　　address unknown
Atlanta, Georgia 30342

BellSouth Corporation　　　　　　　　　　　John Doe 9
1155 Peachtree Street, N.E.　　　　　　　address unknown
Atlanta, Georgia 30309

BellSouth Telecommunications, Inc.　　　John Doe 10
675 West Peachtree Street, N.E., Suite 4500　address unknown
Atlanta, Georgia 30308

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE May 7, 2007 @ 8:51 AM |
| NAME OF SERVER (PRINT) Roger D. Harman | TITLE Process Server |

Check one Box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): delivered to AT&T, Inc., by delivering to its Registered Agent CT Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201 by delivering to its Agent for Service Amber Carrouth

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 7, 2007
           Date

Signature of Server
BEST PROCESS SERVICE
PO BOX 17532
SAN ANTONIO, TX 78217
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

| Southern District of New York | U.S. District Court | State of New York |
|---|---|---|
| | **NAME OF COURT** | |
| Aerotel, Ltd., et al | Vs   AT&T, Inc., et al. | |
| **PLAINTIFF/PETITIONER** | **DEFENDANT/RESPONDENT** | **CASE # - 07 CV 3217 (UA/WPH)** |

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action nor interested in the outcome. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service: I delivered to: AT&T, Inc. by and through CT Corporation System, Registered Agent**
the Summons & Complaint; Civil Cover Sheet; Individual Practices of Judge William H. Pauley with annexed 3rd Amended Instructions for Filing an Electronic Case or Appeal, Guidelines For Electronic Case Filing, and Procedures for Electronic Case Filing; Plaintiff's Rule 7.1 Statement

by handing to : Amber Carrouth          RELATIONSHIP -

at  [ ] Home
    [X] Bus.   350 N. St. Paul, Dallas, TX 75201
    DATE - 5/7/07    TIME - 8:51 AM

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
from _____          Texas

**Manner of Service:**  Personal [ ]   Attorney for Defendant [ ]   Registered Agent or Officer of Company [✓]

[ ] By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.

[ ] By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 years or older and explaining the general nature of the papers.

[ ] By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

[ ] Unknown at address            [ ] Evading
[ ] Address does not exist        [ ] Service cancelled by litigant
[ ] Moved, left no forwarding     [ ] Unable to serve in a timely fashion
[ ] Other:

| Service Attempts: | Date | Time | Date | Time | Date | Time |
|---|---|---|---|---|---|---|
| | | | | | | |

| Description - | Age | Sex | Race | Height | Weight | Hair | Glasses |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on
DATE - May 7, 2007          CITY - Dallas          STATE - Texas

**State of TEXAS**
County of Texas

_Roger D. Harman_
**SIGNATURE OF PROCESS SERVER**

Roger D. Harman
**Printed Name**

Subscribed and sworn before me, a notary public this __7__ day of __May__, 200_7_.

_Lisa Beaver_
NOTARY PUBLIC
LISA BEAVER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 02-07-2008

My Commission expires: