Joseph P. Zammit (JZ-3422)
Edward P. Dolido (ED-4084)
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
Attorneys for Defendants



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AEROTEL, LTD., AEROTEL U.S.A., INC. and
AEROTEL U.S.A., LLC,

    Plaintiffs,

v.

AT&T INC., AT&T CORP., AT&T MOBILITY
CORPORATION, AT&T MOBILITY LLC, NEW
CINGULAR WIRELESS SERVICES, INC.
(formerly AT&T Wireless Services, Inc.),
CINGULAR WIRELESS II, LLC (formerly Cingular
Wireless II, Inc.), NEW CINGULAR WIRELESS
PCS, LLC, BELLSOUTH MOBILITY DCS, INC.,
BELLSOUTH CORPORATION, BELLSOUTH
TELECOMMUNICATIONS, INC., and JOHN
DOES 1-10,

    Defendants.

"ECF CASE"

Civil Action No.
07-CV-3217 (RJH)

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/07**

## STIPULATION

Plaintiffs and Defendants, through their undersigned counsel, hereby STIPULATE and AGREE that the Defendants' time for filing an Answer or otherwise responding to Plaintiffs' Complaint in this action shall be extended to July 15, 2007.

25776448.1

<table>
<tr><td>

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

_/s/ Glenn F. Ostrager_
Glenn F. Ostrager (GO-2023)
Roberto Gomez (RG-6474)
570 Lexington Avenue, 17th Fl.
New York, NY 10022-6894
Tel.: (212) 681-0600
Fax: (212) 681-0300
Attorneys for Plaintiffs

</td><td>

FULBRIGHT & JAWORSKI L.L.P.

_/s/ Joseph P. Zammit_
Joseph P. Zammit (JZ-3422)
Edward P. Dolido (ED-4084)
666 Fifth Avenue
New York, NY 10103
Tel.: (212) 318-3000
Fax: (212) 318-3400
Attorneys for Defendants

</td></tr>
</table>

It is SO ORDERED this 22 day of May 2007

_/s/ Richard J. Holwell_
Hon. Richard J. Holwell
United States District Judge

25776448.1

Joseph P. Zammit (JZ-3422)
Edward P. Dolido (ED-4084)
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103
Tel: (212) 318-3000
Fax: (212) 318-3400
Attorneys for Counterclaim Defendant
AT&T Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AT&T CORP.,                              :

       Plaintiff-Counterdefendant,   :    "ECF CASE"

       -against-                    :    Civil Action No.
                                         07-CV-2294 (RJH)
AEROTEL, LTD.,                           :

       Defendant-Counterclaimant    :
------------------------------------------------------------X

AEROTEL, LTD. and AEROTEL U.S.A., INC.   :

       Third-Party Plaintiffs,      :

       -against-                    :

AT&T INC.,                               :

       Third-Party Defendant.       :
------------------------------------------------------------X

## STIPULATION

Third-Party Plaintiffs Aerotel, Ltd. and Aerotel U.S.A., Inc. and Third-Party Defendant AT&T Inc., through their undersigned counsel, hereby STIPULATE and AGREE that the Third-Party Defendant AT&T Inc.'s time for filing an Answer or otherwise responding to the Third-Party Complaint in this action shall be extended to July 15, 2007.

25776416.1

| | |
|---|---|
| OSTRAGER CHONG FLAHERTY<br>& BROITMAN P.C.<br><br>_/s/ Glenn F. Ostrager_<br>Glenn F. Ostrager (GO-2023)<br>Roberto Gomez (RG-6474)<br>570 Lexington Avenue, 17th Fl.<br>New York, NY 10022-6894<br>Tel.: (212) 681-0600<br>Fax: (212) 681-0300<br>Attorneys for Counterclaim Plaintiffs<br>Aerotel, Ltd. and Aerotel U.S.A., Inc. | FULBRIGHT & JAWORSKI L.L.P.<br><br>_/s/ Joseph P. Zammit_<br>Joseph P. Zammit (JZ-3422)<br>Edward P. Dolido (ED-4084)<br>666 Fifth Avenue<br>New York, NY 10103<br>Tel.: (212) 318-3000<br>Fax: (212) 318-3400<br>Attorneys for Counterclaim Defendant<br>AT&T Inc. |

SO ORDERED:

_____
U.S.D.J.