UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEROTEL, LTD., AEROTEL U.S.A., INC. and AEROTEL U.S.A., LLC,<br>    Plaintiffs,<br><br>v.<br><br>AT&T INC., AT&T CORP., AT&T MOBILITY CORPORATION, AT&T MOBILITY LLC, NEW CINGULAR WIRELESS SERVICES, INC. (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC, BELLSOUTH MOBILITY DCS, INC., BELLSOUTH CORPORATION, BELLSOUTH TELECOMMUNICATIONS, INC., and JOHN DOES 1-10,<br>    Defendants. | 07 Civ. 3217 (RJH)<br><br>**APPEARANCE**<br>(Electronically Filed) |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiffs AEROTEL, LTD., AEROTEL U.S.A., INC., and AEROTEL U.S.A., LLC.

    I certify that I am admitted to practice in this court

.

Dated:  May 29, 2007
        New York, New York

                              OSTRAGER CHONG FLAHERTY
                                 & BROITMAN P.C.


                            By:        s/
                                Roberto L. Gomez (RLG-6474)

                            570 Lexington Avenue, 17th Floor
                            New York, New York 10022-6894
                            Tel. No. (212) 681-0600
                            Fax. No. (212) 681-0300