AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

AEROTEL, LTD., *et al.*

    Plaintiffs,

V.

AT&T, INC., *et al.*

    Defendants.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CV 3217**

TO: (Name and address of defendant)

## SEE ATTACHED RIDER

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Robert C. Morgan | Glenn F. Ostrager |
| Jeanne C. Curtis | Dennis M. Flaherty |
| ROPES & GRAY LLP | OSTRAGER CHONG FLAHERTY |
| 1211 Avenue of the Americas | & BROITMAN P.C. |
| New York, NY 10036-8704 | 570 Lexington Avenue |
| | New York, NY 10022-6894 |

an answer to the complaint which is herewith served upon you, within _____TWENTY (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

**J. MICHAEL McMAHON**            APR 20 2007

CLERK                                                  DATE

(BY) DEPUTY CLERK

Aerotel, Ltd., *et al.* v. AT&T, Inc. *et al.*
U.S. District Court for the Southern District of New York

## RIDER TO SUMMONS IN A CIVIL CASE

| | |
|---|---|
| AT&T Inc.<br>175 E. Houston<br>San Antonio, Texas 78205-2233 | John Doe 1<br>address unknown |
| AT&T Corp.<br>One AT&T Way<br>Bedminster, New Jersey 07921 | John Doe 2<br>address unknown |
| AT&T Mobility Corporation<br>5565 Glenridge Connector, Suite 1800<br>Atlanta, Georgia 30342 | John Doe 3<br>address unknown |
| AT&T Mobility LLC<br>5565 Glenridge Connector, Suite 1800<br>Atlanta, Georgia 30342 | John Doe 4<br>address unknown |
| New Cingular Wireless Services, Inc.<br>5565 Glenridge Connector, Suite 1800,<br>Atlanta, Georgia 30342 | John Doe 5<br>address unknown |
| Cingular Wireless II, LLC<br>5565 Glenridge Connector, Suite 1800<br>Atlanta, Georgia 30342 | John Doe 6<br>address unknown |
| New Cingular Wireless PCS, LLC<br>5565 Glenridge Connector, Suite 1800<br>Atlanta, Georgia 30342 | John Doe 7<br>address unknown |
| BellSouth Mobility DCS, Inc.<br>5565 Glenridge Connector, Suite 1800<br>Atlanta, Georgia 30342 | John Doe 8<br>address unknown |
| BellSouth Corporation<br>1155 Peachtree Street, N.E.<br>Atlanta, Georgia 30309 | John Doe 9<br>address unknown |
| BellSouth Telecommunications, Inc.<br>675 West Peachtree Street, N.E., Suite 4500<br>Atlanta, Georgia 30308 | John Doe 10<br>address unknown |

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>May 3, 2007 @ 11:05am |
| NAME OF SERVER (PRINT)<br>Don Edwards | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Bellsouth Telecommunications, Inc.
40 Technology Pkwy, S, Ste 300, Norcross, GA
by serving Shannon McDaniel at CSC, Reg. Agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 3, 2007
                    Date                                    Signature of Server

Address of Server

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 148
Atlanta, Georgia 30340

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.