UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

------------------------------------------------------------x

AEROTEL, LTD., et al.,

                 Plaintiffs,

     -against-

AT&T INC., et al,

                 Defendants.

------------------------------------------------------------x

3217
07 Civ. ~~3344~~ (RJH)

**ORDER**

     The Court has received defendants' request for a premotion conference dated July 13, 2007. A premotion conference will not be required. Defendants shall file their motion on August 10, 2007. Plaintiffs shall file their opposition on September 10, 2007. Defendants shall file their reply on September 19, 2007.

SO ORDERED.

Dated: New York, New York
         July 18, 2007

_____
Richard J. Holwell
United States District Judge