Joseph P. Zammit
Edward P. Dolido
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York  10103
Tel:     (212) 318-3000
Fax:     (212) 318-3400
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

AEROTEL, LTD., AEROTEL U.S.A., INC. and    :
AEROTEL U.S.A., LLC,

                                 :     FILED ELECTRONICALLY

       Plaintiffs,

                                 :     Civil Action No. 07-CV-3217 (RJH)

       -v-

                                 :

AT&T INC., AT&T CORP., AT&T MOBILITY    :    **STATEMENT PURSUANT TO**
CORPORATION, AT&T MOBILITY LLC, NEW    :    **FED. R. CIV. P. 7.1**_____
CINGULAR WIRELESS SERVICES, INC.
(formerly AT&T Wireless Services, Inc.),    :
CINGULAR WIRELESS II, LLC (formerly Cingular
Wireless II, Inc.), NEW CINGULAR WIRELESS    :
PCS, LLC, BELLSOUTH MOBILITY DCS, INC.,
BELLSOUTH CORPORATION, BELLSOUTH    :
TELECOMMUNICATIONS, INC., and JOHN
DOES 1-10,    :

       Defendants.    :
-------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants state that AT&T

Inc. is a publicly held corporation and the direct or indirect owner of 100% of the stock of each

of the other corporate defendants.  There is no publicly held corporation which owns 10% or

more of the stock of AT&T Inc.

Dated:  New York, New York
         August 10, 2007

                        FULBRIGHT & JAWORSKI L.L.P.
                        By:_____s/ Joseph P. Zammit_____
                            Joseph P. Zammit
                            Edward P. Dolido
                        666 Fifth Avenue
                        New York, New York  10103
                        Tel.:  (212) 318-3000
                        Fax   (212) 318-3400
                        Attorneys for Defendants