

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEROTEL, LTD., et al.,
    Plaintiffs,

v.

AT&T, Inc., et al.,
    Defendants.

07 Civ 3217 (RJH)

STIPULATION

The Plaintiffs and Defendants, through their undersigned counsel, hereby STIPULATE and AGREE that Plaintiffs' time for filing an opposition to Defendants' Motion to Dismiss is extended to September 17, 2007 and that Defendants' time for filing a reply is extended to September 26, 2007.

Dated: September 4, 2007

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

_____
Glenn F. Ostrager (GO-2023)
570 Lexington Avenue
New York, NY 10022-6894
Tel: (212) 681-0600
Fax: (212) 681-0300
*Attorneys for Plaintiffs*
*Aerotel, Ltd., et al.*

FULBRIGHT & JAWORSKI LLP

_____
Joseph P. Zammit (JZ-3422)
666 Fifth Avenue
New York, NY 10133
Tel. No. (212) 318-3000
Fax. (212) 318-3400
*Attorneys for Defendants*
*AT&T Inc., et al.*

It is SO ORDRED this __6__ day of September 2007

_____
Hon Richard J. Holwell
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07