# EXHIBIT B

US004706275C1

## (12) REEXAMINATION CERTIFICATE (4758th)

## United States Patent
### Kamil

(10) Number: **US 4,706,275 C1**
(45) Certificate Issued: **Apr. 8, 2003**

(54) **TELEPHONE SYSTEM**

(75) Inventor: **Zvi Kamil**, Ramat Gan (IL)

(73) Assignee: **Aerotel Ltd.**, Ramat Gan (IL)

**Reexamination Request:**
No. 90/005,580, Dec. 2, 1999
No. 90/005,725, May 15, 2000
No. 90/005,951, Mar. 14, 2001

**Reexamination Certificate for:**
Patent No.: **4,706,275**
Issued: **Nov. 10, 1987**
Appl. No.: **06/797,658**
Filed: **Nov. 13, 1985**

(51) Int. Cl.$^7$ .......................................... **H04M 15/00**
(52) U.S. Cl. ............... **379/114.2**; 379/114.17; 379/114.01; 379/154; 379/155
(58) Field of Search ................................ 379/112, 114, 379/115, 144, 91.01, 120, 114.01, 114.15, 114.17, 114.2, 114.03, 121.01, 126; 455/405, 406, 407, 408, 409

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,022,381 A | 2/1962 | Pferd et al. ................... 179/6.4 |
| 3,087,018 A | 4/1963 | Pferd .......................... 179/6.4 |
| 3,189,687 A | 6/1965 | Miller ......................... 179/18 |
| 3,428,948 A | 2/1969 | Simjian ....................... 340/147 |
| 3,564,210 A | 2/1971 | Presti ......................... 235/61.7 |
| 3,571,799 A | 3/1971 | Coker, Jr. et al. .......... 340/152 |
| 3,652,795 A | 3/1972 | Wolf et al. ............... 179/2 DP |
| 3,676,597 A | 7/1972 | Peterson ................. 179/6.3 R |
| 3,769,463 A | 10/1973 | Graham et al. ......... 179/7.1 TP |
| 3,870,866 A | 3/1975 | Halpern ................. 235/61.7 R |
| 3,896,266 A | 7/1975 | Waterbury ................ 179/1 SB |
| 3,929,278 A | 12/1975 | Balavoine et al. ..... 235/61.8 R |
| 3,938,091 A | 2/1976 | Atalla et al. ............ 340/149 A |
| 3,985,998 A | 10/1976 | Crafton ................. 235/61.7 B |
| 4,028,494 A | 6/1977 | Zarouni |
| 4,122,308 A | 10/1978 | Weinberger et al. |
| 4,139,739 A | 2/1979 | von Meister et al. |
| 4,146,746 A | 3/1979 | de Crepy et al. ....... 179/7.1 TP |
| 4,160,129 A | 7/1979 | Peyser et al. ............. 179/18 E |
| 4,162,377 A * | 7/1979 | Mearns ....................... 379/221 |
| 4,182,934 A | 1/1980 | Keys et al. .................. 179/7 R |
| 4,191,860 A | 3/1980 | Weber ....................... 179/18 B |
| 4,192,972 A | 3/1980 | Bertoglio et al. |
| 4,204,113 A | 5/1980 | Giraud et al. ............... 235/375 |
| 4,224,472 A | 9/1980 | Zarount ................... 179/7.1 R |
| 4,232,199 A | 11/1980 | Boatwright et al. ...... 179/18 B |
| 4,256,955 A | 3/1981 | Giraud et al. ............... 235/380 |
| RE30,821 E | 12/1981 | Goldman ............... 340/825.54 |
| 4,326,123 A | 4/1982 | Hosterman ................. 235/380 |
| 4,332,985 A | 6/1982 | Samuel ....................... 179/90 |
| 4,367,402 A | 1/1983 | Giraud et al. ............... 235/380 |
| 4,410,765 A * | 10/1983 | Hestad et al. .............. 379/221 |
| 4,439,636 A * | 3/1984 | Newkirk et al. ........... 379/221 |
| 4,449,040 A | 5/1984 | Matsuoka et al. |
| 4,467,424 A | 8/1984 | Hedges et al. .............. 364/412 |
| 4,468,529 A | 8/1984 | Samuel et al. .......... 179/18 BA |
| 4,501,958 A | 2/1985 | Glize et al. ................. 235/382 |
| 4,506,116 A | 3/1985 | Genest .................. 179/90 BD |
| 4,513,175 A | 4/1985 | Smith .................... 179/18 BA |
| 4,517,412 A | 5/1985 | Newkirk et al. ......... 179/7.1 R |
| 4,518,824 A | 5/1985 | Mondardini .......... 179/6.3 CC |
| 4,559,415 A | 12/1985 | Bernard et al. ........... 179/2 DP |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 1 143 494 | 3/1983 |
| CA | 1162336 | 2/1984 |
| DE | 23 51 949 | 4/1975 |

(List continued on next page.)

OTHER PUBLICATIONS

"European Prepayment Telephone Card Systems", Charles Hopper, *Communications International,* Jan. 1984, pp. 76–80.

(List continued on next page.)

*Primary Examiner*—Rexford Barnie

(57) **ABSTRACT**

A telephone system enabling prepayment for telephone calls, wherein special code and credit information is stored in memory in special exchanges and debited as the call progresses.



### U.S. PATENT DOCUMENTS

| Patent No. | | Date | Inventor | Class |
|---|---|---|---|---|
| 4,577,061 | A | 3/1986 | Katzeff et al. | 179/2 AM |
| 4,580,011 | A | 4/1986 | Glaser | |
| 4,595,983 | A | 6/1986 | Gehalo et al. | 364/401 |
| 4,611,096 | A | 9/1986 | Asmuth et al. | 179/18 B |
| 4,616,852 | A | 10/1986 | Cash | 282/27 R |
| 4,669,730 | A | 6/1987 | Small | 273/138 A |
| 4,673,802 | A | 6/1987 | Ohmae et al. | 235/379 |
| 4,680,785 | A | 7/1987 | Akiyama et al. | 379/57 |
| 4,685,127 | A | 8/1987 | Miller et al. | 379/221 |
| 4,698,752 | A | 10/1987 | Goldstein et al. | 364/200 |
| 4,707,592 | A | 11/1987 | Ware | 235/379 |
| 4,759,056 | A | 7/1988 | Akiyama | 379/197 |
| 4,768,222 | A | 8/1988 | Kalfon | 379/91 |
| 4,768,223 | A | 8/1988 | Kinoshita et al. | 379/143 |
| 4,782,519 | A | 11/1988 | Patel et al. | 379/221 |
| 4,791,640 | A | 12/1988 | Sand | 370/58 |
| 4,792,968 | A | 12/1988 | Katz | 379/92 |
| 4,792,973 | A | 12/1988 | Gilhousen et al. | 380/24 |
| 4,870,679 | A | 9/1989 | Hanna et al. | 379/114 |
| 4,879,744 | A | 11/1989 | Tasaki et al. | 379/144 |
| 4,897,870 | A * | 1/1990 | Golden | 379/221 |
| 4,926,996 | A | 5/1990 | Eglise et al. | 194/212 |
| 5,003,585 | A | 3/1991 | Richer | 379/144 |
| 5,068,891 | A | 11/1991 | Marshall | 379/91 |
| 5,153,906 | A | 10/1992 | Akiyama | 379/112 |
| 5,251,252 | A | 10/1993 | Katz | 379/92 |
| 5,359,645 | A | 10/1994 | Katz | 379/93 |
| 5,790,636 | A | 8/1998 | Marshall | 379/67 |
| 5,898,762 | A | 4/1999 | Katz | 379/93.12 |

### FOREIGN PATENT DOCUMENTS

| Country | Number | | Date |
|---|---|---|---|
| DE | 25 03 423 | | 7/1975 |
| DE | 29 03 450 | | 8/1980 |
| DE | 29 03 479 | | 8/1980 |
| DE | 34 06 615 | | 8/1984 |
| EP | 0 009 684 | | 4/1980 |
| EP | 0015120 | | 9/1980 |
| EP | 0041261 | | 12/1981 |
| EP | 0 048 868 | | 4/1982 |
| EP | 0 060 643 | | 9/1982 |
| EP | 0 066 823 | | 12/1982 |
| EP | 0 088 639 | | 9/1983 |
| FR | 1544542 | * | 4/1979 |
| FR | 2 522 850 | | 9/1983 |
| FR | 2 542 115 | | 9/1984 |
| FR | 2 575 016 | | 6/1986 |
| GB | 1124945 | | 8/1968 |
| GB | 1 124 945 | | 8/1968 |
| GB | 1352 600 | | 5/1974 |
| GB | 1400 654 | | 7/1975 |
| GB | 1 442 883 | | 7/1976 |
| GB | 1 505 718 | | 3/1978 |
| GB | 1 520 529 | | 8/1978 |
| GB | 1 544 542 | | 4/1979 |
| GB | 1544542 | | 4/1979 |
| GB | 2 046 556 | | 11/1980 |
| GB | 2046556 A | * | 11/1980 |
| GB | 2 057 740 | | 4/1981 |
| GB | 2 065 353 | | 6/1981 |
| GB | 21413 | | 6/1983 |
| GB | 2 118 341 | | 10/1983 |
| GB | 2 120 507 | | 11/1983 |
| GB | 2141309 | | 12/1984 |
| GB | 2 141 309 | | 12/1984 |
| GB | 2141309 A | * | 12/1984 |
| JP | 48-90110 | | 11/1973 |
| JP | 52-16941 | | 2/1977 |
| JP | 52-17740 | | 2/1977 |
| JP | 52-21738 | | 2/1977 |
| JP | 53-39808 | | 4/1978 |
| JP | 53-039808 | | 4/1978 |
| JP | 53-115109 | | 10/1978 |
| JP | 53-132919 | | 11/1978 |
| JP | 54-95592 | | 5/1979 |
| JP | 54-89509 | | 7/1979 |
| JP | 55-107375 | | 8/1980 |
| JP | 55-166370 | | 12/1980 |
| JP | 56-4969 | | 1/1981 |
| JP | 56-20371 | | 2/1981 |
| JP | 56-101016 | | 6/1981 |
| JP | 56-98966 | | 8/1981 |
| JP | 57-24157 | | 2/1982 |
| JP | 57-73471 | | 5/1982 |
| JP | 57-125567 | | 8/1982 |
| JP | 57-125569 | | 8/1982 |
| JP | 57-125570 | | 8/1982 |
| JP | 57-127903 | | 8/1982 |
| JP | 58-3367 | | 1/1983 |
| JP | 58-003367 | | 1/1983 |
| JP | 58-165473 | | 9/1983 |
| JP | 58-221559 | | 12/1983 |
| JP | 59-16068 | | 1/1984 |
| JP | 59-108446 | | 6/1984 |
| JP | 59-190771 | | 10/1984 |
| JP | 59-208973 | | 11/1984 |
| JP | 60-10868 | | 1/1985 |
| JP | 60-14563 | | 1/1985 |
| JP | 60-35868 | | 2/1985 |
| JP | 60-220655 | | 11/1985 |
| JP | 61-6163 | | of 1986 |
| JP | 61-210754 | | 9/1986 |
| JP | 2763082 (5-284257) | | 10/1993 |
| WO | WO/81/01664 | | 6/1981 |
| WO | WO 84/01073 | | 3/1984 |
| WO | WO 87/02208 | | 4/1987 |

### OTHER PUBLICATIONS

"US Banks Prodded on Smart Card", *American Banker*, Feb. 7, 1983, pp. 3 and 10.

"Charge–A–Call Spreading Rapidly", Betty Estes, *Telephone Engineer and Management*, Jan. 1, 1979, p. 89.

"Payphones in the Nineteen–Eighties", J.R. Lewin, British Telecommunications Engineering, vol. 1 1982.

Arden, Bruce W., ed., *What Can be Automated?: The Computer Science and Engineering Research Study* (*COS-ERS*), MIT Press, 1980, pp. 762–764).

Meadow, Charles T., *Applied Data Management*, 1976, p. 147.

Freeman, Peter., *Software System Principles*, 1975, p. 137.

"Approximating the Performance of Two Phase Locking Using an Iteration Solution Model", Chen, D. et al., *The University of Michigan Computing Research Laboratory Technical Report CRL–TR–25–84*, Apr. 1984, pp. 1–3.

"Locking Primitives in a Database System", Korth, Henry F., *J. ACM 30*, 1 (Jan. 1983), pp. 55–79).

"Operand Consistency Attendant: An Associative Solution to the Data Field Consistency Problem", *IBM Technical Disclosure Bulletin,* vol. 19 No. 1, Jun. 1976, pp. 222–224.

"A Switch in the Resale Direction", *Telephone Engineer and Management,* Mar. 15, 1983, pp. 64–66.

"Resale—An Overview", Bob Stoffels, *Telephone Engineer and Management,* May 1, 1982, pp. 67–69.

"Reseller Analyzes Equipment Options", Frank D. Reese, *Telephone Engineer Management,* Jun. 1, 1983.

"National Pay Telephone Answers The Calls For Credit-–Card Phones", *Business Week,* Dec. 17, 1984, pp. 112.

"Impacts of Calling Card Service (CSS) Implementation", John Bagley, *GTE Automatic Electric Journal,* May–Jun. 1982, pp. 99–108.

"French 'Smart Cards' Explained to American", Leo Anderson, *Telephony,* Apr. 19, 1982, pp. 9–10.

"Don't Tell It—Dial It", Allison Mearns et al., *Bell Laboratories Record,* May/Jun. 1982, pp. 117–119.

"Notes on the BOC INTRA–LATA NETWORKS", 1983, p. 14.

"AT&T Card Caller Public Telephone 'A Significant Technical Advance,'" *AT&T Consumer Products Challenge,* No. 11, Dec. 19, 1983.

Corman, B., "Resale—A Case History." *Telephone Engineer & Management,* May 15, 1982.

Gibson, G.T., "A Fleeting Market for AT&T's Resellers," *Venture,* Oct. 1982, pp. 62, 64–65.

Gunn, H., "Efficiency and Savings Boosted by BVA and BNS Techniques," *Telephony,* Feb. 21, 1983, pp. 114, 116.

Hopper, C., "European Prepayment Telephone Card Systems," *Communications International,* vol. 11, No. 1, Jan. 1984, pp. 76–80.

Reese, F.D., "Reseller Analyzes Equipment Options," *Telephone Engineer & Management,* Jun. 1, 1983.

Stoffels, B., ed., "Resale—An Overview," *Telephone Engineer & Management,* May 1, 1982, pp. 67–69.

"A Switch in the Resale Direction," *Telephone Engineer & Management,* Mar. 15, 1983, pp. 64–66.

Toth, V.J., et al., "Does Resale Have an Identity Crisis?" *Telephone Engineer & Management,* Mar. 15, 1983, pp. 147–148, 150.

Turbat, A., "Telepayment and Electronic Money—The Smart Card."

Weinstein, S.B., "Smart Credit Cards: The Answer to Cashless Shopping," *IEEE Spectrum,* Feb. 1984, pp. 43–49.

White, J.A., "Western Union Buys 50% AirFone Stake, Airlines Sign for In–Flight Phone Service," *The Wall Street Journal,* Dec. 17, 1981, p. 52.

Wiblé, P.A., "Le Téléphone à Carte: Un Nouveau Service," *La Revue Polytechnique,* No. 1402, pp. 1171–1175.

Yoshizawa, K., et al., "Voice Response System for Telephone Betting," *Hitachi Review,* vol. 26, No. 6 (1977), pp. 215–220.

"Telephone Management System User Manual," Version 1.0, Oct. 23, 1981.

National Applied Computer Technologies, "ATS III/65 Automated Long Distance Telephone Service User's Guide," Version 1.5, Jul. 1983.

National Applied Computer Technologies, "ATS III/65 Automated Long Distance Telephone Service User's Guide," Version 2.0, Oct. 1983.

Adolphs, V.D., "Münzfernsprecher NT 2000 mit Mikrorechner*", *Feinwerktechnik—Messtechnik,* 1988.

Aisenberg, A. & Sorani, S., "A Distributed Control System for Public Telephones in Israel", p. 171.

Aldrich, N., "Choosing A Telecommunications Consultant", *Hospital Topics,* Mar./Apr. 1981, pp. 7–8.

"An active device for charge analysis and monitoring", *Telecommunications Journal,* Mar. 1983, p. 152.

Antelman, Leonard, "Hart Industries Files Bankruptcy", *Electronic News,* Dec. 7, 1981.

Armstrong, S., "The 'smart card': revolution in the way you pay bills?", Sep. 13, 1983.

Arnold, P.A. "Card Operated Payphones Can Simplify Service and Security" *Telephony,* Sep. 1982, pp. 56–57.

"Autelca", *Telecommunications Journal,* Sep. 1985.

Baggott, A.J., "Token Meters", *Telecommunicatoins Journal,* Apr., 1977, pp. 35–37.

Berenyl, I., "Telefax, Smart Phones Debut in Hungary, but Service Remains Limited", *Telephony,* Sep. 23, 1985, pp. 85–86.

Bertman, L.A., "Communications Are Integrally Related To Cost Containment, Employee Retention, and Increased Revenue", Hospital Topics, Jul./Aug. 1984.

Block, V., "FCC Rules Pay Phones Subject to Regulation", *In The Nation's Capital,* Jun. 3, 1985, pp. 17–19.

Borison, V. S. "TRANSACTION—Telephone Gets the Facts at the Point of Sale", *Bell Laboratories Record,* Oct., 1975, pp. 377–383.

Bowin, W.F., "Understanding the Paystation—types, control, terminology, improvements (all in simple English)", *Telephone Engineer & Management,* Jun. 15, 1972, pp. 54–60.

"Broward man charged in phone fraud" Nov. 24, 1981.

Caesperlein, Hermann, "Münzfunksprecher bei der Deutschen Bundesbahn", 1980, pp. 551–554.

Cane, A., "The 'electronic chequebook' makes its debut", *Financial Times,* Aug. 9, 1983.

"Call up the future with Phonocard. Pre–paid card public telephone box", *Telecommunications Journal,* Aug. 1979.

Cariou, J. & Lardy, D. "The Freephone Service: A New Application for the E12 System", *Commutation and Transmission,* 1982, vol. 5, pp. 63–73.

"Coin–Operated Phones—Back To The Future", *TE&M,* Mar. 15, 1987, pp. 57–59, 61.

*Communication & Electronics,* Nov. 1970–Oct. 1971.
*Communication & Electronics,* vol. 6, No. 1, Nov. 1971.
*Communication & Electronics,* vol. 7, No. 1, Nov. 1972.
*Communication & Electronics,* vol. 8, No. 1, Nov. 1973.
*Communication & Electronics,* Nov. 1973–Oct. 1974.
*Communication & Electronics,* vol. 9, No. 11, Sep. 1975.
*Communication & Electronics,* May 1980–Apr. 1981.
*Communication & Electronics,* May 1981–Apr. 1983.

Crabbe, E., et al., "DMTM: A Data Management and Transmission Module", *CTE Automatic Electric Journal,* 1983, pp. 51–56.

Curran, L., "Revisiting the Luddites", *BYTE Publications, Inc.,* vol. 9, No. 1, Jan., 1984, p. 4.

"Data Sheet", *Data Communications,* Oct. 20, 1982.

Demeautis, M. & Hummel, F. "The TV 200 A Transactional Telephone".

Dickerson, B., "Bell Cuts WATS Service to Hart" (1981).

Dickerson, B., "Canadian Firm Could Get Hart Industries' Remaining Assets" 1982.

Dickerson, B., "FCC Delay Snarls Long–Distance Phone Plan" 1980.

Dickerson, B., "State Orders Hart To Offer Full Refunds".

Dickerson, B., "Hart Delays Long Distance Service Again".

Dickerson, B., "Credibility the First Hurdle for Discount Phone Call Firm" *Communications,* Mar. 9, 1981.

Dickerson, B., "Hart Gets Approval for Long–distance Calls", *The Miami Herald,* Apr. 29, 1981, p. 6D.

Dickerson, B., "Hart Industries' Lines Still Clogged" Jul. 15, 1981.

Dorros, I., "Reaching Into the Future with Stored Program Control", *Bell Laboratories Record,* Dec. 1980, pp. 387–393.

"Eighty Years of Public Telephones" NTT Business, vol. 32., No. 1, 1981, pp. 8–11.

*Eiektrisches Nachrichtenwesen,* Band 58, Nummer 1, 1983.

"Electronisches Geld" *Kommunikationstechnik,* Mar. 1985, pp. 39–41.

Eriksson, G., "Voice and Data Workstations and Services in the ISDN", *Ericsson Review,* 1984, pp. 14–19.

"Fernsprechapparate" *Eiektriscnes Nasnachterwesen,* 1983, pp. 54–55 and 58–59.

"FCC Approves World's First Smart Card Telephone", Jul. 15, 1985.

Finneran, M.F., "Data Comm Focus", *Business Communications Review,* Nov./Dec. 1985, pp. 35–40.

"Fire Destroys Hart Industries", 1981.

"For every telephone *Monoprint* records the price, the hour, the date, the length, the number. And that's not all . . . ", *Telecommunications Journal,* Dec., 1979.

"France: Poised to Deliver the Backbone for the information age", *Data Communications,* Jun. 1983.

"French EFT Program Enters its Final Phase", *Data Communications,* Jun. 1983.

Fritz, M.S. & Talley, J., "Bloomington Hospital's Experience With Lifeline", *Hospital Topic,* Sep./Oct. 1982, pp. 14–18.

"The French Smart Card Finally Arrives in the U.S.", *Data Communications,* Nov. 1984, pp. 263–265.

Grizzle, J.W., & Marcus, S.I., "A Decentralized Control Strategy For Multiaccess Broadcast Networks", 1982, pp. 75–88.

Grunig, R., "Halser Mailmaster F 204 Franking Machine", Hasler Review, vol. 11, No. 1, 1978.

Haggerty, M., "Firms Sell Varying Ways To Save", Aug. 8, 1981.

Haggerty, M., "Talk is Cheaper Long–distance callers have alternatives to Bell" *Money,* Aug. 8, 1981.

Harrop, P., "New Electronics for Payment", 1982, pp. 339–342.

"Hart Industries settles", Jul. 28, 1981.

"The History of the Payphone", http://www.kitecom.co.uk/phone/histor1.html.

Harvey, D., "This BOSS Works for Residence Customers", *Bell Laboratories Record,* Mar. 1980, pp. 81–86.

Higashiyama, F. & Murata, M., "Credit Call Service", *Engineering Bureau NTT,* pp. 308–309.

Hughes, L.A., "New Phone Service Faces First–Day Problems", *The Miami Herald,* Jul. 8, 1981.

Hughes, L.A., "Hart Users Still Hear Busy Signals", *The Miami Herald.*

"IC Cards Are On The Way", *TE&M,* May 15, 1987, pp. 71, 74–75.

*IEEE,* Apr. 22–Apr. 24, 1975.

*IEEE,* Oct. 10–13, 1977.

*IEEE,* Oct. 23–25, 1979.

*IEEE,* May 24–28, 1981.

JP. Ref No. 12.

Kamil, Z., "Procédé pour effectuer des appels téléphoniques et systéme téléphonique", Nov. 10, 1985.

KDD Technical Journal, Oct. 1978, No. 98.

Komatsu, Hiroyuki, "Station Message Detailed Accounting System KX–400", *Iwatsu Gino,* vol. 21., No. 1. 1982.

An, C. et al. "Helping the Stored Program Controlled Network Respond Quickly", *Bell Laboratories Record,* May/Jun. 1982, pp. 120–122.

Kutler, J., "Experts Discussing Future of Smart Card Wonder When Their Chip Will Come In", *Back Page.*

Lannon, J.F., "How To Save Money and Increase Our Telecommunications Capabilities", *Hospital Topics,* Sep./Oct. 1982, pp. 30–34.

Lawser, J.J., & Sheinbein, D., "Realizing the Potential of the Stored Program Controlled Network", *Bell Laboratories Record,* Mar. 1979, pp. 85–89.

Ledger, V.W., "US Vanguard Visits France To Look at the Smart Card", *American Banker,* Aug. 11, 1982.

Lessin, "Smart Card Technology and How It Can Be Used", *American Banker,* May 20, 1982.

Lipman, A.D., "Computer II and Coinless Pay Phones", *Telephony,* Sep. 16, 1985, pp. 53–57.

Lissandrello, G.J., "Future's Bright For Smart Cards" *Telephone Engineer & Management,* Nov. 1, 1985.

"Long–distance refunds sought".

Lucking, K.F.C. "Card Operated Pre–Payment Metering".

"MAKATEL, das Authorisierungstelefon im Geschäftsverkehr mit Kreditkarden".

Matsui, H. et al., "A Multi–Functional Telephone with Memory Cards Which Expand Talking Services" *Consumer Electronics,* vol. 34 No. 3, Aug. 1988, pp. 749–758.

Meier, A.R., "Major Real Estate Developers Building Huge New Telephone Resale and Tenant Services Industry", *Business Communications Reveiw,* pp. 21–22.

Merzer, M., "Cut–rate Long Distance Calls Replace AT&T's Monopoly", *Communications,* p. 6.

"Microcomputers for the Telephone", *Telecommunications Journal,* Mar. 1983. pp. 151–152.

Mier, E. E., "Inside the Smart Card", *Data Commuications,* Jun. 1982.

Mills, M., "Memory Cards: a New Concept in Personal Computing", *BYTE Publications Inc.,* Jan. 1984, pp. 154, 156, 159–160, 162, 164, 166, 168.

Moshavi, S., "Please Deposit No Cents", *Forbes,* Aug. 16, 1993, p. 102.

Moskoff, George R., "Options for Call Accounting", *Business Communications Review,* Mar.–Apr. 1985.

"Multimil Introduces Credit Cardsized Computer and Related Communications Products to Industry Leaders During Dallas Launch" May 1, 1985.

Nather, V.P., "Prüfung von Digitalen Bausteinen und Leiterplatten Schwerpunkt: LSI", *Feinwerktechnik–Messtechnik,* 1980.

"National Pay Telephone Answers The Call For Credit–Card Phones", *Business Week,* Dec. 17, 1984, p. 112.

"Newsfront", *Data Communications,* Jan. 1984.

"Phonecard. A Solid Investment", Telecommunications Journal, Aug. 1985.

"Phonotaxe BTE60. Sodeco simplifies the coin telephone", *Telecommunications Journal,* Sep. 1985.

"PR Newswire", Jul. 15, 1985.

"Public Telephone" pp. 17–22.

"Public Telephony/Exchange Systems", http://www.urmet.it/ertt2.htm, 1996.

"Remote Management by Sodeco. A New Form of Intelligence.", *Telecommunications Journal,* Oct. 1985, p. a34.

Salant, J.D., "Firm Gives Alternative to Ma Bell".

Sinopoli, J., "Adapting RFP's for Shared Tenant Services", *Business Communications Review,* May–Jun. 1985, pp. 7–10.

"Simple call meters or electronic control units, our systems meet everyone's requirements: from private subscribers to telecommunications administrations", *Telecommunications Journal,* Nov. 1979.

US 4,706,275 C1

Page 5

Sheets, L.L., "Signaling Systems" pp. 165–174.

Smart, T., "Hart Accused of Giving 'Pathetic' Telephone Service", Oct. 10, 1981.

"A Smart Card Combine on the Verge of a Standard", *Data Communications,* Apr. 1984.

"Smart Cards Ready for Major Push in France", *Data Communications,* Sep. 1985.

"State–of–the–art technologies for the metering and handling of telephone charges", *Telecommunications Journal,* Jun. 1983, pp. a33.

Svigals, J., "Low Cost Point–of–Sale Terminal" *IBM Technical Disclosure Bulletin,* vol. 25 No. 4, Sep. 1982, pp. 1835.

*Telephone Engineer& Management,* Oct. 1, 1984.

"Telephone Products Win Federal Approval", *American Banker,* Aug. 7, 1985.

"Toward a More Automated Network TSPS Enhancements Lead the Way", Feb. 8, 1982.

"US Sprint Greets Second Year With Operator Service, Foncard", *Telephony,* Jul. 6, 1987.

Young, E., "Competition Rings A Bell", May 26, 1981.

Wainwright, R., "Subscriber Electronics", pp. 56–57.

"We are the specialists for telephone call charge meters", *Telecommunications Journal,* Apr. 1977, p. a33.

Weinstein, S. B., "Emerging Telecommunications Needs of the Card Industry", *IEEE Communications Magazine,* vol. 22 No. 7, Jul., 1984, pp. 26–31.

Wible, V.P., "Bargeldloses Telephonieren mit Phonocard", *Janrgang,* 1990.

Williamson, J., "British Telecom Invests in New Payphones", *Telephony,* Feb. 25, 1985, pp. 25–26.

Winspur, W. "A Design for File Management in a Computer Network" Computer Department for Health Sciences, Faculty of Medicine, University of Manitoba, 1975, pp. 126–128.

Wyatt, S. et al., "Telephone Decrementing Cards", *Focus Telephony,* Jul., 1981, pp. 38–39.

Zahlungsverkehr, E., "Kreditkarten Merken sich den Betrag", *Electronik/Nachrichtentechnik.*

Arden, Bruce "What can be automated?" The Computer science and Engineering research Study.*

Bagley, "Impacts of calling Card Service (CCS) Implementation" May/Jun. 1982.*

Hopper "European prepayment telephone card systems" Jan. 1984.*

Landis et al. "Apparatus for cashless telephoning" Jun. 24, 1981.*

Mearns et al. "Don't tell it—dial it" May/Jun. 1982.*

Notes on the BOC INTRA LATA networks.*

* cited by examiner

US 4,706,275 C1

# REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1–23** is confirmed.

\* \* \* \* \*