# EXHIBIT C

(12) **EX PARTE REEXAMINATION CERTIFICATE** (5433rd)
# United States Patent
Kamil

(10) Number: **US 4,706,275 C2**
(45) Certificate Issued: **Jun. 27, 2006**

(54) **TELEPHONE SYSTEM**

(75) Inventor: **Zvi Kamil**, Ramat Gan (IL)

(73) Assignee: **Aerotel Ltd.**, Ramat Gan (IL)

**Reexamination Request:**
No. 90/006,517, Jan. 17, 2003
No. 90/007,099, Jun. 25, 2004

**Reexamination Certificate for:**
Patent No.:  **4,706,275**
Issued:      **Nov. 10, 1987**
Appl. No.:   **06/797,658**
Filed:       **Nov. 13, 1985**

Reexamination Certificate B1 4,706,275 issued Apr. 8, 2003

(30)    **Foreign Application Priority Data**

Jan. 13, 1985  (IL) .................................................. 74048
Nov. 10, 1985  (IL) .................................................. 76993

(51) Int. Cl.
     *H04M 15/00*  (2006.01)

(52) **U.S. Cl.** ............................... **379/114.2**; 379/144.04;
                    379/144.17; 379/144.01; 379/154; 379/155

(58) **Field of Classification Search** ............ 379/114.01,
                379/114.15, 114.17, 114.2, 114.03, 121.01,
                379/115, 126, 91.01, 120, 144.04, 144.02,
                379/146, 144.07, 114.19, 114.02, 114.16,
                379/127.02, 115.01, 115.02, 144.01, 144.03,
                379/145; 455/405, 406, 407, 408, 409
         See application file for complete search history.

(56)        **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,022,381 A | 2/1962 | Pferd et al. | 179/6.4 |
| 3,087,018 A | 4/1963 | Pferd | 179/6.4 |
| 3,189,687 A | 6/1965 | Miller | 179/18 |
| 3,428,948 A | 2/1969 | Simjian | 340/147 |
| 3,564,210 A | 2/1971 | Presti | 235/61.7 |
| 3,571,799 A | 3/1971 | Coker, Jr. et al. | 340/152 |
| 3,652,795 A | 3/1972 | Wolf et al. | 179/2 DP |
| 3,676,597 A | 7/1972 | Peterson | 179/6.3 R |
| 3,769,463 A | 10/1973 | Graham et al. | 179/7.1 TP |
| 3,870,866 A | 3/1975 | Halpern | 235/61.6 R |
| 3,896,266 A | 7/1975 | Waterbury | 179/1 SB |
| 3,929,278 A | 12/1975 | Balavoine et al. | 235/61.8 R |
| 3,938,091 A | 2/1976 | Atalla et al. | 340/149 A |
| 3,985,998 A | 10/1976 | Crafton | 235/61.7 B |
| 4,028,494 A | 6/1977 | Zarouni | 179/6.3 R |
| 4,122,308 A | 10/1978 | Weinberger et al. | 179/7.1 R |
| 4,139,739 A | 2/1979 | von Meister et al. | 179/18 B |
| 4,146,746 A | 3/1979 | de Crepy et al. | 179/7.1 TP |
| 4,160,129 A | 7/1979 | Peyser et al. | 179/18 E |
| 4,162,377 A | 7/1979 | Mearns | |
| 4,182,934 A | 1/1980 | Keys et al. | 179/7 R |
| 4,191,860 A | 3/1980 | Weber | 179/18 B |
| 4,192,972 A | 3/1980 | Bertoglio et al. | 179/6.3 R |
| 4,204,113 A | 5/1980 | Giraud et al. | 235/375 |
| 4,224,472 A | 9/1980 | Zarount | 179/7.1 R |
| 4,232,199 A | 11/1980 | Boatwright et al. | 179/18 B |
| 4,256,955 A | 3/1981 | Giraud et al. | 235/380 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 1 143 494 | 3/1983 |
| CA | 1 162 336 | 2/1984 |
| DE | 23 51 949 | 4/1975 |

(Continued)

OTHER PUBLICATIONS

Notice of Motion to Disqualify (with exhibits), dated Oct. 11, 2005 in *Aerotel v. IDT Corp. and Union Telecard,* Case No. 03 Civ. 6496 (RJH).

Memorandum of Law in Support of Defendants' Motion to Disqualify, dated Oct. 11, 2005 in *Aerotel v. IDT Corp. and Union Telecard,* Case No. 03 Civ. 6496 (RJH).

(Continued)

*Primary Examiner*—Rexford Barnie

(57)           **ABSTRACT**

A telephone system enabling prepayment for telephone calls, wherein special code and credit information is stored in memory in special exchanges and debited as the call progresses.



U.S. PATENT DOCUMENTS

| Patent No. | Kind | Date | Inventor | Class |
|---|---|---|---|---|
| RE30,821 | E | 12/1981 | Goldman | 340/825.54 |
| 4,326,123 | A | 4/1982 | Hosterman | 235/380 |
| 4,332,985 | A | 6/1982 | Samuel | |
| 4,367,402 | A | 1/1983 | Giraud et al. | 235/380 |
| 4,410,765 | A | 10/1983 | Hestad et al. | |
| 4,439,636 | A | 3/1984 | Newkirk et al. | 179/7.1 R |
| 4,449,040 | A | 5/1984 | Matsuoka et al. | 235/380 |
| 4,467,424 | A | 8/1984 | Hedges et al. | 364/412 |
| 4,468,529 | A | 8/1984 | Samuel et al. | |
| 4,501,958 | A | 2/1985 | Glize et al. | 235/382 |
| 4,506,116 | A | 3/1985 | Genest | 179/90 |
| 4,513,175 | A | 4/1985 | Smith | |
| 4,517,412 | A | 5/1985 | Newkirk et al. | 179/7.1 R |
| 4,518,824 | A | 5/1985 | Mondardini | 179/6.3 CC |
| 4,559,415 | A | 12/1985 | Bernard et al. | 179/2 DP |
| 4,577,061 | A | 3/1986 | Katzeff et al. | 179/2 AM |
| 4,577,066 | A | 3/1986 | Bimonte et al. | 379/60 |
| 4,580,011 | A | 4/1986 | Glaser | 179/10 |
| 4,595,983 | A | 6/1986 | Gehalo et al. | 364/401 |
| 4,611,096 | A | 9/1986 | Asmuth et al. | 179/18 B |
| 4,616,852 | A | 10/1986 | Cash | 282/27 R |
| 4,640,986 | A | 2/1987 | Yotsutani et al. | 179/18 B |
| 4,669,730 | A | 6/1987 | Small | 273/138 A |
| 4,673,802 | A | 6/1987 | Ohmae et al. | 235/379 |
| 4,674,111 | A | 6/1987 | Monet et al. | |
| 4,680,785 | A | 7/1987 | Akiyama et al. | 379/57 |
| 4,685,127 | A | 8/1987 | Miller et al. | 379/221 |
| 4,698,752 | A | 10/1987 | Goldstein et al. | 364/200 |
| 4,707,592 | A | 11/1987 | Ware | 235/379 |
| 4,759,056 | A | 7/1988 | Akiyama | 379/197 |
| 4,768,222 | A | 8/1988 | Kalfon | 379/91 |
| 4,768,223 | A | 8/1988 | Kinoshita et al. | 379/143 |
| 4,782,519 | A | 11/1988 | Patel et al. | 379/221 |
| 4,791,640 | A | 12/1988 | Sand | 370/58 |
| 4,792,968 | A | 12/1988 | Katz | 379/92 |
| 4,792,973 | A | 12/1988 | Gilhousen et al. | 380/24 |
| 4,870,679 | A | 9/1989 | Hanna et al. | 379/114 |
| 4,879,744 | A | 11/1989 | Tasaki et al. | 379/144 |
| 4,897,870 | A | 1/1990 | Golden | |
| 4,926,996 | A | 5/1990 | Eglise et al. | 194/212 |
| 5,003,585 | A | 3/1991 | Richer | 379/144 |
| 5,068,891 | A | 11/1991 | Marshall | 379/91 |
| 5,153,906 | A | 10/1992 | Akiyama | 379/112 |
| 5,251,252 | A | 10/1993 | Katz | 379/92 |
| 5,359,645 | A | 10/1994 | Katz | 379/93 |
| 5,790,636 | A | 8/1998 | Marshall | 379/67 |
| 5,898,762 | A | 4/1999 | Katz | 379/93.12 |

FOREIGN PATENT DOCUMENTS

| Country | Number | Date |
|---|---|---|
| DE | 23 03 423 | 7/1975 |
| DE | 29 03 450 | 8/1980 |
| DE | 29 03 479 | 8/1980 |
| DE | 34 06 615 | 8/1984 |
| DE | 34 01 319 | 7/1985 |
| EP | 0 009 684 | 4/1980 |
| EP | 0 015 120 | 9/1980 |
| EP | 0 041 261 | 12/1981 |
| EP | 0 048 868 | 4/1982 |
| EP | 0060643 | 9/1982 |
| EP | 0 066 823 | 12/1982 |
| EP | 0 088 639 | 9/1983 |
| EP | 0 152 198 B1 | 10/1991 |
| FR | 2 522 850 | 9/1983 |
| FR | 2 542 115 | 9/1984 |
| FR | 2 575 016 | 6/1986 |
| GB | 1 124 945 | 8/1968 |
| GB | 1 400 654 | 7/1975 |
| GB | 1 442 883 | 7/1976 |
| GB | 1 505 718 | 3/1978 |
| GB | 1 520 529 | 8/1978 |
| GB | 1 544 542 | 4/1979 |
| GB | 1544542 | 4/1979 |
| GB | 1 352 600 | 5/1979 |
| GB | 2046556 A | 11/1980 |
| GB | 2 057 740 | 4/1981 |
| GB | 2 065 353 | 6/1981 |
| GB | 2 141 309 | 6/1983 |
| GB | 2 118 341 | 10/1983 |
| GB | 2 120 507 | 11/1983 |
| GB | 2141309 A | 12/1984 |
| JP | 48-90110 | 11/1973 |
| JP | 52-16941 | 2/1977 |
| JP | 52-17740 | 2/1977 |
| JP | 52-21738 | 2/1977 |
| JP | 53-39808 | 4/1978 |
| JP | 53-115109 | 10/1978 |
| JP | 53-132919 | 11/1978 |
| JP | 54-95592 | 5/1979 |
| JP | 54-89509 | 7/1979 |
| JP | 55-107375 | 8/1980 |
| JP | 55-125738 | 9/1980 |
| JP | 55-166370 | 12/1980 |
| JP | 56-4969 | 1/1981 |
| JP | 56-20371 | 2/1981 |
| JP | 56-020371 | 2/1981 |
| JP | 56-072568 | 6/1981 |
| JP | 56-98966 | 8/1981 |
| JP | 57-24157 | 2/1982 |
| JP | 57-023358 | 2/1982 |
| JP | 57-73471 | 5/1982 |
| JP | 57-125567 | 8/1982 |
| JP | 57-125569 | 8/1982 |
| JP | 57-125570 | 8/1982 |
| JP | 57-127903 | 8/1982 |
| JP | 57-140062 | 8/1982 |
| JP | 58-003367 | 1/1983 |
| JP | 58-165473 | 9/1983 |
| JP | 58-221559 | 12/1983 |
| JP | 58-223952 | 12/1983 |
| JP | 59-16068 | 1/1984 |
| JP | 59-108446 | 6/1984 |
| JP | 59-190771 | 10/1984 |
| JP | 59-208973 | 11/1984 |
| JP | 60-10868 | 1/1985 |
| JP | 60-14563 | 1/1985 |
| JP | 60-35868 | 2/1985 |
| JP | 60-220655 | 11/1985 |
| JP | 61-006163 | 1/1986 |
| JP | 61-210754 | 9/1986 |
| JP | 2763082 | 10/1993 |
| JP | 5-284257 | 10/1993 |
| JP | 7-212504 | 8/1995 |
| WO | WO/81/01664 | 6/1981 |
| WO | WO 84/01073 | 3/1984 |
| WO | WO 87/02208 | 4/1987 |

OTHER PUBLICATIONS

Aerotel's Memorandum of Law in Opposition to Defendants' Motion to Disqualify (with exhibits), dated Oct. 24, 2005 in *Aerotel* v. *IDT Corp. and Union Telecard*, Case No. 03 Civ. 6496 (RJH).

Defendants' Amended Answer and Counterclaims (with exhibits), dated Oct. 25, 2005, in *Aerotel* v. *IDT Corp. and Union Telecard*, Case No. 03 Civ. 6496 (RJH).

Transcript, Deposition of John C. Donovan, Apr. 30, 2003.

Transcript, Deposition of John C. Donovan, May 9, 2003.

Transcript, Deposition of Jeffrey H. Ingerman, Mar. 28, 2003.

Aerotel's Reply to Defendant's Counterclaims, dated Dec. 15, 2005 in *Aerotel* v. *IDT Corp. and Union Telecard,* Case No. 03 Civ. 6496 (RJH).
Defendants' Reply in Further Support of Their Motion to Disqualify (with exhibits), dated Nov. 1, 2005 in *Aerotel* v. *IDT Corp. and Union Telecard,* Case No. 03 Civ. 6496 (RJH).
Letter dated Sep. 28, 2005 in *Aerotel* v. *IDT Corp. and Union Telecard* Case No. 03 Civ. 6496 (RJH).
Transcript, Deposition of Zvi Kamil, Apr. 1, 1997.
Transcript, Deposition of Zvi Kamil, Apr. 2, 1997.
Transcript, Deposition of Zvi Kamil, Jun. 16, 1998.
Transcript, Deposition of Zvi Kamil, Jun. 17, 1998.
Transcript, Deposition of Zvi Kamil, Dec. 14, 2000.
Transcript,. Deposition of Zvi Kamil, Apr. 8, 2003.
Unidentified Japanese Article.
An, Chungming et al, "Direct Dialing of Credit Card Calls," *Bell Telephone Laboratories,* pp. 44.1.1–44.1.5.
Adolphs, V.D., "Münzfernsprecher NT 2000 mit Mikrorechner*", *Feinwerktechnik—Messtechnik,* 1988.
Aisenberg, A. & Sorani, S., "A Distributed Control System for Public Telephones in Israel", p. 171.
Aldrich, N., "Choosing A Telecommunications Consultant", *Hospital Topics,* Mar./Apr. 1981, pp. 7–8.
American Telephone and Telegraph Company, "Noted on the BOC Intra–LATA Networks," 1983, p. 14.
"An active device for charge analysis and monitoring", *Telecommunications Journal,* Mar. 1983, p. 152.
An, C. et al."Helping the Stored Program Controlled Network Respond Quickly", *Bell Laboratories Record,* May/Jun. 1982, pp. 120–122.
Anderson, L. "French 'Smart Cards' Explained to American", *Telephony,* Apr. 19, 1982, pp. 9–10.
Antelman, Leonard, "Hart Industries Files Bankruptcy", *Electronic News,* Dec. 7, 1981.
Armstrong, S., "The 'smart card': revolution in the way you pay bills?", Sep. 13, 1983.
Arnold, P.A. "Card Operated Payphones Can Simplify Service and Security" *Telephony,* Sep. 1982, pp. 56–57.
"AT&T Card Caller Public Telephone 'A Significant Technical Advance,'" *AT&T Consumer Products Challenge,* No. 11, Dec. 19, 1983.
"Autelca", *Telecommunications Journal,* Sep. 1985.
Baggott, A.J., "Token Meters", *Telecommunicatoins Journal,* Apr., 1977, pp. 35–37.
Berenyl, I.,. "Telefax, Smart Phones Debut in Hungary, but Service Remains Limited", *Telephony,* Sep. 23, 1985, pp. 85–86.
Bertman, L.A., "Communications Are Integrally Related To Cost Containment, Employee Retention, and Increased Revenue", *Hospital Topics,* Jul./Aug. 1984.
Block, V., "FCC Rules Pay Phones Subject to Regulation", *In The Nation's Capital,* Jun. 3, 1985, pp. 16–18.
Borison, V. S. "TRANSACTION—Telephone Gets the Facts at the Point of Sale", *Bell Laboratories Record,* Oct., 1975, pp. 377–383.
Bowin, W.F., "Understanding the Paystation—types, control, terminology, improvements (all in simple English)", *Telephone Engineer & Management,* Jun. 15, 1972, pp. 54–60.
Brooks, A.P., "Operand Consistency Attendant: An Associative Solution to the Data Field Consistency Problem", *IBM Technical Disclosure Bulletin,* vol. 19 No. 1, Jun. 1976, pp. 222–224.
"Broward man charged in phone fraud" Nov. 24, 1981.
Caesperlein, Hermann, "Münzfunkfernsprecher bei der Deutschen Bundesbahn", 1980, pp. 551–554.
Cane, A., "The 'electronic chequebook' makes its debut", *Financial Times,* Aug. 9, 1983.
"Call up the future with Phonocard. Pre–paid card public telephone box", *Telecommunications Journal,* Aug. 1979.
Cariou, J. & Lardy, D. "The Freephone Service: A New Application for the E12 System", *Commutation and Transmission,* 1982, vol. 5, pp. 63–73.
Chen, D. et al., "Approximating the Performance of Two Phase Locking Using an Iteration Solution Model", *the University of Michigan Computing Research Laboratory Technical Report CRL–TR–25–84,* Apr. 1984, pp. 1–3.
"Coin–Operated Phones—Back To The Future", *TE&M,* Mar. 15, 1987, pp. 57–59, 61.
*Communication & Electronics,* Nov. 1970–Oct. 1971.
*Communication & Electronics,* vol. 6, No. 1, Nov. 1971.
*Communication & Electronics,* vol. 7, No. 1, Nov. 1972.
*Communication & Electronics,* vol. 8, No. 1, Nov. 1973.
*Communication & Electronics,* Nov. 1973–Oct. 1974.
*Communication & Electronics,* vol. 9, No. 11, Sep. 1975.
*Communication & Electronics,* May 1980–Apr. 1981.
*Communication & Electronics,* May 1981–Apr. 1983.
Corman, B., "Resale—A Case History." *Telephone Engineer & Management,* May 15, 1982.
Crabbe, E., et al., "DMTM: A Data Management and Transmission Module", *CTE Automatic Electric Journal,* 1983, pp. 51–56.
Curran, L., "Revisiting the Luddites", *BYTE Publications, Inc.,* vol. 9, No. 1, Jan., 1984, p. 4.
"Data Sheet", *Data Communications,* Oct. 20, 1982.
Demeautis, M. & Hummel, F. "The TV 2000 A Transactional Telephone".
Dickerson, B., "Bell Cuts WATS Service to Hart" (1981).
Dickerson, B., "Canadian Firm Could Get Hart Industries' Remaining Assets" 1982.
Dickerson, B., "Credibility the First Hurdle for Discount Phone Call Firm" *Communications,* Mar. 9, 1981.
Dickerson, B., "FCC Delay Snarls Long–Distance Phone Plan" 1980.
Dickerson, B., "State Orders Hart To Offer Full Refunds".
Dickerson, B., "Hart Delays Long Distance Service Again".
Dickerson, B., "Hart Gets Approval for Long–distance Calls", *The Miami Herald,* Apr. 29, 1981, p. 6D.
Dickerson, B., "Hart Industries' Lines Still Clogged" Jul. 15, 1981.
Dorros, I., "Reaching Into the Future with Stored Program Control", *Bell Laboratories Record,* Dec. 1980, pp. 387–393.
"Eighty Years of Public Telephones" NTT Business, vol. 32., No. 1, 1981, pp. 8–11.
*Eiektrisches Nachrichtenwesen,* Band 58, Nummer 1, 1983.
"Electronisches Geld" *Kommunikationstechnik,* Mar. 1985, pp. 39–41.
Eriksson, G., "Voice and Data Workstations and Services in the ISDN", *Ericsson Review,* 1984, pp. 14–19.
Estes, B. "Charge–A–Call Spreading Rapidly", *Telephone Engineer and Management,* Jan. 1, 1979, p. 89.
"Fernsprechapparate" *Elektriscnes Nasnachterwesen,* 1983, pp. 54–55 and 58–59.
"FCC Approves World's First Smart Card Telephone", Jul. 15, 1985.

Finneran, M.F., "Data Comm Focus", *Business Communications Review,* Nov./Dec. 1985, pp. 35–40.
"Fire Destroys Hart Industries", 1981.
"For every telephone *Monoprint* records the price, the hour, the date, the length, the number. And that's not all . . . ", *Telecommunications Journal,* Dec., 1979.
"France: Poised to Deliver the Backbone for the information age", *Data Communications,* Jun. 1983.
Freeman, P., *Software System Principles,* 1975, p. 137.
"French EFT Program Enters its Final Phase", *Data Communications,* Jun. 1983.
Fritz, M.S. & Talley, J., "Bloomington Hospital's Experience With Lifeline", *Hospital Topic,* Sep./Oct. 1982, pp. 14–18.
"The French Smart Card Finally Arrives in the U.S.", *Data Communications,* Nov. 1984, pp. 263–265.
Gibson, G.T., "A Fleeting Market for AT&T's Resellers," *Venture,* Oct. 1982, pp. 62, 64–65.
Grizzle, J.W., & Marcus, S.I., "A Decentralized Control Strategy For Multiaccess Broadcast Networks", pp. 75–88, (1982).
Grunig. R., "Halser Mailmaster F 204 Franking Machine", Hasler Review, vol. 11, No. 1, 1978.
Gunn, H., "Efficiency and Savings Boosted by BVA and BNS Techniques," *Telephony,* Feb. 21, 1983, pp. 114, 116.
Haggerty, M., "Firms Sell Varying Ways To Save", Aug. 8, 1981.
Haggerty, M., "Talk is Cheaper Long–distance callers have alternatives to Bell" *Money,* Aug. 8, 1982.
Harrop, P., "New Electronics for Payment", 1982, pp. 339–342.
"Hart Industries settles", Jul. 28, 1981.
"The History of the Payphone", http://www.kitecom.co.uk/phone/histor1.html.
Harvey, D., "This BOSS Works for Residence Customers", *Bell Laboratories Record,* Mar. 1980, pp. 81–86.
Higashiyama, F. & Murata, M., "Credit Call Service", *Engineering Bureau NTT,* pp. 308–309.
Hopper, C., "European Prepayment Telephone Card Systems," *Communications International,* vol. 11, No. 1, Jan. 1984, pp. 76–80.
Hughes, L.A., "New Phone Service Faces First–Day Problems", *The Miami Herald,* Jul. 8, 1981.
Hughes, L.A., "Hart Users Still Hear Busy Signals", *The Miami Herald.*
"IC Cards Are On The Way", *TE&M,* May 15, 1987, pp. 71, 74–75.
*IEEE,* Apr. 22–Apr. 24, 1975.
*IEEE,* Oct. 10–13, 1977.
*IEEE,* Oct. 23–25, 1979.
*IEEE,* May 24–28, 1981.
JP. Ref No. 12.
Kamil, Z., "Procédé pour effectuer des appels téléphoniques et systéme téléphonique", Nov. 10, 1985.
KDD Technical Journal, Oct. 1978, No. 98.
Komatsu, Hiroyuki, "Station Message Detailed Accounting System KX–400", *Iwatsu Gino,* vol. 21., No. 1. 1982.
Korth, Henry F., "Locking Primitives in a Database System", J.ACM 30, 1(Jan. 1983), pp. 55–79).
Kutler, J., "Experts Discussing Future of Smart Card Wonder When Their Chip Will Come In", *BACK PAGE.*
Lannon, J.F., "How To Save Money and Increase Our Telecommunications Capabilities", *Hospital Topics,* Sep/Oct. 1982, pp. 30–34.
Lawser, J.J., & Sheinbein, D., "Realizing the Potential of the Stored Program Controlled Network", *Bell Laboratories Record,* Mar. 1979, pp. 85–89.
Ledger, V. W., "US Vanguard Visits France To Look at the Smart Card", *American Banker,* Aug. 11, 1982.
Lessien, "Smart Card Technology and How It Can Be Used", *American Banker,* May 20, 1982.
Lipman, A.D., "Computer II and Coinless Pay Phones", *Telephony,* Sep. 16, 1985, pp. 53–57.
Lissandrello, G.,J., "Future's Bright For Smart Cards" *Telephone Engineer & Management,* Nov. 1, 1985.
"Long–distance refunds sought".
Lucking, K.F.C. "Card Operated Pre–Payment Metering".
"MAKATEL, das Authorisierungstelefon im Geschäftsverkehr mit Kreditkarden".
Matsui, H. et al., "A Multi–Functional Telephone with Memory Cards Which Expand Talking Services" *Consumer Electronics,* vol. 34 No. 3, Aug. 1988, pp. 749–758.
Meadow, C. T., *Applied Data Management,* 1976, p. 147.
Mearns, A., et al., "Don't Tell It—Dial It", *Bell Laboratories Record,* May/Jun. 1982, pp. 117–119.
Meier, A.R., "Major Real Estate Developers Building Huge New Telephone Resale and Tenant Services Industry", *Business Communications Reveiw,* pp. 21–22.
Merzer, M., "Cut–rate Long Distance Calls Replace AT&T's Monopoly", *Communications,* p. 6.
"Microcomputers for the Telephone", *Telecommunications Journal,* Mar. 1983. pp. 151–152.
Mier, E. E., "Inside the Smart Card", *Data Commuications,* Jun. 1982.
Mills, M., "Memory Cards: a New Concept in Personal Computing", *BYTE Publications Inc.,* Jan. 1984, pp. 154, 156, 159–160, 162, 164, 166, 168.
Moshavi, S., "Please Deposit No Cents", *Forbes,* Aug. 16, 1993, p. 102.
Moskoff, George R., "Options for Call Accounting", *Business Communications Review,* Mar.–Apr. 1985.
"Multimil Introduces Credit Cardsized Computer and Related Communications Products to Industry Leaders During Dallas Launch" May 1, 1985.
Nather, V.P., "Prüfung von Digitalen Bausteinen und Leiterplatten Schwerpunkt: LSI", *Feinwerktechnik—Messtechnik,* 1980.
National Applied Computer Technologies, "ATS III/65 Automated Long Distance Telephone Service User's Guide," Version 1.5, Jul. 1983.
National Applied Computer Technologies, "ATS III/65 Automated Long Distance Telephone Service User's Guide," Version 2.0, Oct. 1983.
"National Pay Telephone Answers The Call For Credit–Card Phones", *Business Week,* Dec. 17, 1984, p. 112.
"Newsfront", *Data Communications,* Jan. 1984.
"Phonecard. A Solid Investment", *Telecommunications Journal,* Aug. 1985.
"Phonotaxe BTE60. Sodeco simplifies the coin telephone", *Telecommunications Journal,* Sep. 1985.
"PR Newswire", Jul. 15, 1985.
"Public Telephone" pp. 17–22.
"Public Telephony/Exchange Systems", http://wwww.ur-net.it/ertt2.htm, 1996.
"Remote Management by Soderco. A New Form of Intelligence.", *Telecommunications Journal,* Oct. 1985, p. a34.
Salant, J.D., "Firm Gives Alternative to Ma Bell".

Sinopoli, J., "Adapting RFP's for Shared Tenant Services", *Business Communications Review,* May–Jun. 1985, pp. 7–10.

"Simple call meters or electronic control units, our systems meet everyone's requirements: from private subscribers to telecommunications administrations", *Telecommunications Journal,* Nov. 1979.

Sheets, L.L., "Signaling Systems" pp. 165–174.

Smart, T., "Hart Accused of Giving 'Pathetic' Telephone Service", Oct. 10, 1981.

"A Smart Card Combine on the Verge of a Standard", *Data Communications,* Apr. 1984.

"Smart Cards Ready for Major Push in France", *Data Communications,* Sep. 1985.

"State–of–the–art technologies for the metering and handling of telephone charges", *Telecommunications Journal,* Jun. 1983, pp. a33.

Svigals, J., "Low Cost Point–of–Sale Terminal" *IBM Technical Disclosure Bulletin,* vol. 25 No. 4, Sep. 1982, pp. 1835.

"A Switch in the Resale Direction," *Telephone Engineer & Management,* Mar. 15, 1983, pp. 64–66.

*Telephone Engineer & Management,* Oct. 1, 1984.

"Telephone Management System User Manual," Version 1.0, Oct. 23, 1981.

"Telephone Products Win Federal Approval", American Banker, Aug. 7, 1985.

Toth, V.J., et al., "Does Resale Have an Identity Crisis?"*Telephone Engineeer & Management,* Mar. 15, 1983, pp. 147–148, 150.

"Toward a More Automated Network TSPS Enhancements Lead the Way", Feb. 8, 1982.

Turbat, A., "Telepayment and Electronic Money—The Smart Card."

"US Banks Prodded on Smart Card", *American Banker,* Feb. 7, 1983, pp. 3 and 10.

"US Sprint Greets Second Year With Operator Service, Foncard", *Telephony,* Jul. 6, 1987.

Young, E., "Competition Rings A Bell", May 26, 1981.

Wainwright, R., "Subscriber Electronics", pp. 56–57.

"We are the specialists for telephone call charge meters", *Telecommunications Journal,* Apr. 1977, p. a33.

Weinstein, S.B., "Smart Credit Cards: The Answer to Cashless Shopping," *IEEE Spectrum,* Feb. 1984, pp. 43–49.

Weinstein, S. B., "Emerging Telecommunications Needs of the Card Industry", *IEEE Communications Magazine,* vol. 22 No. 7, Jul., 1984, pp. 26–31.

White, J.A., "Western Union Buys 50% AirFone Stake, Airlines Sign for In–Flight Phone Service," *The Wall Street Journal,* Dec. 17, 1981, p. 52.

Wiblé, P.A., "Le Téléphone à Carte: Un Nouveau Service," *La Revue Polytechnique,* No. 1402, pp. 1171–1175.

Wible, V.P., "Bargeldloses Telephonieren mit PHONO-CARD", *Janrgang,* 1990.

Williamson, J., "British Telecom Invests in New Payphones", *Telephony,* Feb. 25, 1985, pp. 25–26.

Winspur, W. "A Design for File Management in a Computer Network" Computer Department for Health Sciences, Faculty of Medicine, University of Manitoba, 1975, pp. 126–128.

Wyatt, S. et al., "Telephone Decrementing Cards", *Focus Telephony,* Jul., 1981, pp. 38–39.

Yoshizawa, K., et al., "Voice Response System for Telephone Betting," *Hitachi Review,* vol. 26, No. 6 (1977), pp. 215–220.

Zahlungsverkehr, E., "Kreditkarten Merken sich den Betrag", *Electronik/Nachrichtentechnik.*

Bob Stoffels, "Resale—an Overview," *Telephone Engineer & Management,* May 1, 1982, pp. 67–69.

Frank D. Reese, "Reseller Analyses Equipment Options," *Telephone Engineer Management,* Jun. 1, 1983.

John Bagley, "Impacts of Calling Card Service (CSS) Implementation," *GTE Automatic Electric Journal,* May–Jun. 1982, pp. 99–108.

Bruce W. Arden, ed., *What Can be Automated?: The Computer Science and Engineering Research Study* (*COSERS*), MIT Press, 1980, pp. 762–764.

R. G. Basinger, et al., "Calling Card Service—Overall Description and Operational Characteristics," *The Bell System Technical Journal,* Sep. 1982, pp. 1655–1673.

J. R. Lewin "Payphones in the Nineteen–Eighties," *British Telecommunications Engineering,* Apr. 1982, pp. 2–9.

US 4,706,275 C2

**EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307**

NO AMENDMENTS HAVE BEEN MADE TO THE PATENT

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claims **1**–**23** is confirmed.

\* \* \* \* \*