Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein *(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA  23219
(804) 788-8788
meckstein@hunton.com

*Attorneys for Defendant*
*BellSouth Long Distance, Inc. d/b/a AT&T Long Distance Service*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AEROTEL, LTD., AEROTEL U.S.A., INC. and          :
AEROTEL U.S.A., LLC,                              :
                      Plaintiffs,                       :
         v.                                                :
                                                  :
AT&T INC., (formerly SBC Communications, Inc.),   :
BELLSOUTH CORPORATION, AT&T CORP.,                :
AT&T LONG DISTANCE, LLC (formerly SBC             :
Long Distance LLC), AT&T MOBILITY                 :
CORPORATION (formerly Cingular Wireless           :   07-CV-3217 (RJH)(MHD)
Corporation), AT&T MOBILITY LLC (formerly         :          ECF Case
Cingular Wireless LLC), NEW CINGULAR WIRELESS     :
SERVICES, INC., (formerly AT&T Wireless           :
Services, Inc.), CINGULAR WIRELESS II,            :
LLC (formerly Cingular Wireless II, Inc.),        :
NEW CINGULAR WIRELESS PCS, LLC (formerly          :
Bellsouth Mobility, LLC), BELLSOUTH               :
MOBILITY DCS, INC., BELLSOUTH                     :
TELECOMMUNICATIONS, INC. d/b/a                    :
AT&T SOUTHEAST, and BELLSOUTH                     :
LONG DISTANCE, INC. d/b/a AT&T LONG               :
DISTANCE SERVICE,                                 :
                      Defendants.                       :
------------------------------------------------------------------------X

**DEFENDANT BELLSOUTH LONG DISTANCE, INC.'S**
**<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record certifies that Defendant BellSouth Long Distance, Inc. d/b/a AT&T Long Distance Service is 100% owned by BellSouth Corporation.  No public entity owns 10% or more of BellSouth Long Distance, Inc.

Dated: New York, New York
       September 26, 2007

HUNTON & WILLIAMS LLP

By: /s/ Shawn Patrick Regan
    Shawn Patrick Regan
    200 Park Avenue, 52nd Floor
    New York, New York  10166
    (212) 309-1000
    sregan@hunton.com

-and-

Maya M. Eckstein
*(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA  23219
(804) 788-8788
meckstein@hunton.com

*Attorneys for Defendant*
*BellSouth Long Distance, Inc.*
*d/b/a AT&T Long Distance Service*

**DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service.

That on September 26, 2007, I served a true copy of the foregoing Rule 7.1 Disclosure Statement on all counsel of record via the Court's Electronic Case Filing (ECF) System and via First Class Mail to all counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2007.    /s/ Bradford C. Mulder
                                      Bradford C. Mulder

TO:   Dennis Michael Flaherty, Esq.
      Glenn F. Ostrager, Esq.
      Joshua Seth Broitman, Esq.
      Ostrager, Chong, Flaherty & Broitman, P.C.
      570 Lexington Avenue, 17th Floor
      New York, NY  10022

      *Attorneys for Plaintiffs*

      Joseph Paul Zammit, Esq.
      Fulbright & Jaworski L.L.P.
      666 Fifth Avenue
      New York, NY  10103

      *Attorneys for Defendants*
      *AT&T, Inc., AT&T Corp., AT&T Mobility Corporation,*
      *AT&T Mobility, LLC, New Cingular Wireless Services, Inc.*
      *(formerly known as AT&T Wireless Services, Inc.)*
      *Cingular Wireless II, LLC (formerly Cingular Wireless II, Inc.*
      *formerly known as Cingular Wireless II, Inc.)*
      *New Cingular Wireless PCS, LLC, Bellsouth Mobility DC, Inc.*
      *Bellsouth Corporation & Bellsouth Telecommunications, Inc.*