UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/07
```

-------------------------------------------------------------X

AEROTEL, LTD., et al.,

                       Plaintiffs,

           -against-

AT&T INC., et al,

                      Defendants.

-------------------------------------------------------------X

07 Civ. 3217 (RJH)

**ORDER**

      The Court grants defendants' request to file a new motion to dismiss addressing

plaintiffs' Amended Complaint. Defendants' motion shall be filed by October 12, 2007

and shall not exceed thirty pages. Plaintiffs' opposition shall be filed by November 9,

2007 and shall not exceed thirty pages. Defendants' reply shall be filed by November 16,

2007. The Court hereby denies defendants' original motion to dismiss [17] as moot.

SO ORDERED.

Dated: New York, New York
       September 28, 2007

                                        Richard J. Holwell
                           United States District Judge