Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein *(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA 23219
(804) 788-8788
meckstein@hunton.com

*Attorneys for Defendant*
*BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service*



ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

| | |
|---|---|
| AEROTEL, LTD., AEROTEL U.S.A., INC. and AEROTEL U.S.A., LLC, | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| AT&T INC., (formerly SBC Communications, Inc.), BELLSOUTH CORPORATION, AT&T CORP., AT&T LONG DISTANCE, LLC (formerly SBC Long Distance LLC), AT&T MOBILITY CORPORATION (formerly Cingular Wireless Corporation), AT&T MOBILITY LLC (formerly Cingular Wireless LLC), NEW CINGULAR WIRELESS SERVICES, INC., (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC (formerly Bellsouth Mobility, LLC), BELLSOUTH MOBILITY DCS, INC., BELLSOUTH TELECOMMUNICATIONS, INC. d/b/a AT&T SOUTHEAST, and BELLSOUTH LONG DISTANCE, INC. d/b/a AT&T LONG DISTANCE SERVICE, | : |
| Defendants. | : |

07-CV-3217 (RJH)(MHD)
ECF Case

NOTICE OF MOTION
FOR ADMISSION OF
MAYA M. ECKSTEIN
*PRO HAC VICE*

--------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the annexed Declaration of Shawn Patrick Regan, with exhibits, dated October 5, 2007, Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service, hereby moves this Court for an order pursuant to Local Civil Rule 1.3 (c) admitting Maya M. Eckstein, *pro hac vice,* to appear as counsel for Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service.

Dated: New York, New York
October 5, 2007

HUNTON & WILLIAMS LLP

By: _____

Shawn Patrick Regan
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein
*(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA  23219
(804) 788-8788
meckstein@hunton.com

*Attorneys for Defendant*
*BellSouth Long Distance, Inc.*
*d/b/a AT&T Long Distance Service*

TO:     Dennis Michael Flaherty, Esq.
Glenn F. Ostrager, Esq.
Joshua Seth Broitman, Esq.
Ostrager, Chong, Flaherty & Broitman, P.C.
570 Lexington Avenue, 17th Floor
New York, NY  10022

*Attorneys for Plaintiffs*

Joseph Paul Zammit, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103

*Attorneys for Defendants*
*AT&T, Inc., AT&T Corp., AT&T Mobility Corporation,*
*AT&T Mobility, LLC, New Cingular Wireless Services, Inc.*
*(formerly known as AT&T Wireless Services, Inc.)*
*Cingular Wireless II, LLC (formerly Cingular Wireless II, Inc.*
*formerly known as Cingular Wireless II, Inc.)*
*New Cingular Wireless PCS, LLC, Bellsouth Mobility DC, Inc.*
*Bellsouth Corporation & Bellsouth Telecommunications, Inc.*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746 that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Defendant BellSouth Long Distance, Inc. d/b/a AT&T Long Distance Service.

That on October 5, 2007, I served a true copy of the foregoing Notice of Motion on all counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2007.

Bradford C. Mulder

TO:    Dennis Michael Flaherty, Esq.
       Glenn F. Ostrager, Esq.
       Joshua Seth Broitman, Esq.
       Ostrager, Chong, Flaherty & Broitman, P.C.
       570 Lexington Avenue, 17th Floor
       New York, NY  10022

       *Attorneys for Plaintiffs*

       Joseph Paul Zammit, Esq.
       Fulbright & Jaworski L.L.P.
       666 Fifth Avenue
       New York, NY  10103

       *Attorneys for Defendants*
       *AT&T, Inc., AT&T Corp., AT&T Mobility Corporation,*
       *AT&T Mobility, LLC, New Cingular Wireless Services, Inc.*
       *(formerly known as AT&T Wireless Services, Inc.)*
       *Cingular Wireless II, LLC (formerly Cingular Wireless II, Inc.*
       *formerly known as Cingular Wireless II, Inc.)*
       *New Cingular Wireless PCS, LLC, Bellsouth Mobility DC, Inc.*
       *Bellsouth Corporation & Bellsouth Telecommunications, Inc.*

4

Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein *(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA  23219
(804) 788-8788
meckstein@hunton.com

*Attorneys for Defendant*
*BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

| | |
|---|---|
| AEROTEL, LTD., AEROTEL U.S.A., INC. and AEROTEL U.S.A., LLC, | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| AT&T INC., (formerly SBC Communications, Inc.), BELLSOUTH CORPORATION, AT&T CORP., AT&T LONG DISTANCE, LLC (formerly SBC Long Distance LLC), AT&T MOBILITY CORPORATION (formerly Cingular Wireless Corporation), AT&T MOBILITY LLC (formerly Cingular Wireless LLC), NEW CINGULAR WIRELESS SERVICES, INC., (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC (formerly Bellsouth Mobility, LLC), BELLSOUTH MOBILITY DCS, INC., BELLSOUTH TELECOMMUNICATIONS, INC. d/b/a AT&T SOUTHEAST, and BELLSOUTH LONG DISTANCE, INC. d/b/a AT&T LONG DISTANCE SERVICE, | : : : : : : : : : : : : : : : |
| Defendants. | : |

07-CV-3217 (RJH)(MHD)
ECF Case

DECLARATION OF
SHAWN PATRICK REGAN
IN SUPPORT OF MOTION
TO ADMIT MAYA M.
ECKSTEIN *PRO HAC VICE*

---------------------------------------------------------------------X

Shawn Patrick Regan , pursuant to 28 U.S.C. § 1746, hereby declares:

1.      I am a member of the bar of this Court and counsel to Defendant BellSouth Long

Distance, Inc., d/b/a AT&T Long Distance Service. I make this Declaration in support of the

admission *pro hac vice* of Maya M. Eckstein as an attorney for Defendant BellSouth Long

Distance, Inc., d/b/a AT&T Long Distance Service in the above-captioned action, pursuant to

Rule 1.3(c) of the Local Rules of the Southern District of New York.

2.      Maya M. Eckstein is admitted to practice law in the State of New York and the

Commonwealth of Virginia, and is a partner at the law firm of  Hunton & Williams LLP located

at Riverfront Plaza, East Tower, 941 East Byrd Street, Richmond, VA  23219, (804) 788-8788

3.      Attached hereto as Exhibit "A" are Certificates of Good Standing attesting to Ms.

Eckstein's membership in good standing with the State Bars of Virginia and New York. I am

informed that since her admission to the State Bars of Virginia and New York, Ms. Eckstein has

never been reprimanded, nor has she had a grievance, complaint or order of discipline of any

kind filed against her in any state or jurisdiction.

4.      The New York office of Hunton & Williams LLP and the undersigned will

continue to act as counsel of record in this case for purposes of service of papers and otherwise.

5.      Granting of this application will not delay the trial of this matter or any

proceedings presently pending before the Court, as the case is in its earliest stages and all are

fully familiar with the facts herein.

        **WHEREFORE**, Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long

Distance Service respectfully requests that the Court admit Maya M. Eckstein, *pro hac vice*, to

represent Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service for all

purposes before this Court in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 5th day of October, 2007.

_____
Shawn Patrick Regan

# 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔙𝔦𝔯𝔤𝔦𝔫𝔦𝔞

## AT RICHMOND

## ℭ𝔢𝔯𝔱𝔦𝔣𝔦𝔠𝔞𝔱𝔢

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia,

do hereby certify that

### MAYA MIRIAM ECKSTEIN

was admitted to practice as an attorney and counsellor at the bar of this Court on

October 28, 1997.

I further certify that so far as the records of this office are

concerned, MAYA MIRIAM ECKSTEIN is a member of the bar of this

Court in good standing.

𝔚𝔦𝔱𝔫𝔢𝔰𝔰 my hand and seal of said Court

This 24th day of September

A.D. 2007

By: _____

Deputy Clerk



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

———

*I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

# Maya Miriam Eckstein

*having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **17th day of September, 1996**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.*

*In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **21st day of September, 2007**.*



_____
Clerk