Joseph P. Zammit
Edward P. Dolido
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103           - and -
Tel: (212) 318-3000
Fax: (212) 318-3400
Attorneys for Defendants
AT&T Inc., BellSouth Corporation,
AT&T Corp., SBC Long Distance, LLC
(incorrectly named herein as AT&T Long Distance, LLC),
AT&T Mobility Corporation, AT&T Mobility LLC,
New Cingular Wireless Services, Inc.,
Cingular Wireless II, LLC,
New Cingular Wireless PCS LLC,
BellSouth Mobility DCS, Inc.
and BellSouth Telecommunications, Inc.

Shawn Patrick Regan
**HUNTON & WILLIAMS LLP**
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1000
Attorneys for Defendant
BellSouth Long Distance, Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

AEROTEL, LTD., AEROTEL U.S.A., INC. and AEROTEL U.S.A., LLC,

      Plaintiffs,

      -v-

AT&T INC. (formerly SBC Communications, Inc.), BELLSOUTH CORPORATION, AT&T CORP., AT&T LONG DISTANCE, LLC (formerly SBC Long Distance, LLC), AT&T MOBILITY CORPORATION (formerly Cingular Wireless Corporation), AT&T MOBILITY LLC (formerly Cingular Wireless LLC), NEW CINGULAR WIRELESS SERVICES, INC. (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC (formerly BellSouth Mobility, LLC), BELLSOUTH MOBILITY DCS, INC., BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST, and BELLSOUTH LONG DISTANCE, INC. d/b/a AT&T LONG DISTANCE SERVICE,

      Defendants.

FILED ELECTRONICALLY

Civil Action No.
07-Civ-3217 (RJH)

**NOTICE OF MOTION
(1) OF DEFENDANTS AT&T INC. AND BELLSOUTH CORPORATION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION; (2) OF ALL DEFENDANTS TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR A MORE DEFINITIVE STATEMENT; AND (3) OF ALL DEFENDANTS TO DISMISS THE CLAIMS OF AEROTEL U.S.A., INC. AND AEROTEL U.S.A., LLC FOR <u>LACK OF STANDING</u>**

---

      PLEASE TAKE NOTICE that upon the annexed declaration Edward P. Dolido, dated

October 12, 2007, and the exhibits thereto including the declarations of Terrence Britt, dated

August 6, 2007; James W. Lacy, Jr., dated August 7, 2007; and Joseph P. Zammit, dated August 10, 2007, and upon the accompanying Memorandum of Law and all pleadings and proceedings heretofore had herein, Defendants, by their undersigned counsel, will move this Court before the Honorable Richard J. Holwell, U.S.D.J., in Courtroom 17B of the United States Courthouse, 500 Pearl Street, New York, NY, at a date and time to be designated by the Court, for an order: (1) dismissing the Amended Complaint as against AT&T Inc. and BellSouth Corporation, pursuant to Fed. R. Civ. P. 12(b)(2), on the ground that there is no personal jurisdiction over them since they are not present in, and do not conduct business in, New York; (2) dismissing the Amended Complaint as against all Defendants pursuant to Fed. R. Civ. P. 12(b)(6) or, in the alternative, granting a more definite statement pursuant to Fed. R. Civ. P. 12(e), on the ground that the Complaint does not identify any products or services alleged to infringe Plaintiffs' patent or identify what each Defendant is supposed to have done; (3) dismissing the claims of Aerotel U.S.A., Inc. and Aerotel U.S.A., LLC, pursuant to Fed. R. Civ. P. 12(b)(6), for lack of standing; and (4) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the September 28, 2007, Order of the Court, opposition papers, if any, are to be filed on or before November 9, 2007, and reply papers, if any, are to be filed on or before November 16, 2007.

Dated: New York, New York
October 12, 2007

| **FULBRIGHT & JAWORSKI, L.L.P.** | **HUNTON & WILLIAMS LLP** |
|---|---|
| By: /s/ Joseph P. Zammit<br>    Joseph P. Zammit<br>    Edward P. Dolido | By: /s/ Shawn Patrick Regan<br>    Shawn Patrick Regan |
| 666 Fifth Avenue, 31st Floor<br>New York, New York  10103-3198<br>Telephone:  (212) 318-3000 | 200 Park Avenue<br>New York, NY  10166<br>(212) 309-1000 |
| Attorneys for Defendants<br>AT&T Inc., BellSouth Corporation, AT&T Corp., SBC Long Distance, LLC (incorrectly named herein as AT&T Long Distance, LLC), AT&T Mobility Corporation, AT&T Mobility LLC, New Cingular Wireless Services, Inc., Cingular Wireless II, LLC, New Cingular Wireless PCS LLC, BellSouth Mobility DCS, Inc. and BellSouth Telecommunications, Inc. | Attorneys for Defendant<br>BellSouth Long Distance, Inc. |