| | | |
|---|---|---|
| Joseph P. Zammit | | Shawn Patrick Regan |
| Edward P. Dolido | | |
| **FULBRIGHT & JAWORSKI L.L.P.** | | **HUNTON & WILLIAMS LLP** |
| 666 Fifth Avenue | | 200 Park Avenue |
| New York, New York 10103 | - and - | New York, NY 10166 |
| Tel: (212) 318-3000 | | Tel: (212) 309-1000 |
| Fax: (212) 318-3400 | | Attorneys for Defendant |
| Attorneys for Defendants | | BellSouth Long Distance, Inc. |

Attorneys for Defendants
AT&T Inc., BellSouth Corporation,
AT&T Corp., SBC Long Distance, LLC
(incorrectly named herein as AT&T Long Distance, LLC),
AT&T Mobility Corporation, AT&T Mobility LLC,
New Cingular Wireless Services, Inc.,
Cingular Wireless II, LLC,
New Cingular Wireless PCS LLC,
BellSouth Mobility DCS, Inc.
and BellSouth Telecommunications, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

AEROTEL, LTD., AEROTEL U.S.A., INC. and
AEROTEL U.S.A., LLC,

    Plaintiffs,

-v-

AT&T INC. (formerly SBC Communications, Inc.), BELLSOUTH CORPORATION, AT&T CORP., AT&T LONG DISTANCE, LLC (formerly SBC Long Distance, LLC), AT&T MOBILITY CORPORATION (formerly Cingular Wireless Corporation), AT&T MOBILITY LLC (formerly Cingular Wireless LLC), NEW CINGULAR WIRELESS SERVICES, INC. (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC (formerly BellSouth Mobility, LLC), BELLSOUTH MOBILITY DCS, INC., BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST, and BELLSOUTH LONG DISTANCE, INC. d/b/a AT&T LONG DISTANCE SERVICE,

    Defendants.

FILED ELECTRONICALLY

Civil Action No.
07-Civ-3217 (RJH)

**DECLARATION OF**
**EDWARD P. DOLIDO**

---

EDWARD P. DOLIDO declares and states as follows:

1.    I am a member of Fulbright & Jaworski L.L.P., attorneys for certain of the Defendants in the above-captioned action. I submit this declaration in support of the motion of

Defendants AT&T Inc. and BellSouth Corporation to dismiss for lack of personal jurisdiction, the motion of all Defendants to dismiss for failure to state a claim, or in the alternative for a more definite statement, and the motion of all Defendants to dismiss the claims of Aerotel U.S.A., Inc. and Aerotel U.S.A., LLC for lack of standing. I have personal knowledge of the facts and circumstances set forth herein.

2. A true copy of Plaintiffs' Amended Complaint in this action dated September 17, 2007, without its exhibits, is annexed hereto as Exhibit A.

3. A motion to dismiss Plaintiffs' original complaint in this action was filed on August 10, 2007. The following declarations were filed in support of that motion:

    A. The Declaration of Terrence Britt dated August 6, 2007, a true copy of which is attached hereto as Exhibit B.

    B. The Declaration of James W. Lacy, Jr. dated August 7, 2007, a true copy of which is annexed hereto as Exhibit C.

    C. The Declaration of Joseph P. Zammit dated August 10, 2007, a true copy of which is annexed hereto as Exhibit D (Plaintiff's original complaint in this action was annexed as Exhibit B to Mr. Zammit's declaration as filed, but is omitted from the copy annexed hereto).

4. On September 17, 2007, Aerotel Ltd. and Aerotel U.S.A., Inc. filed a voluntary notice of dismissal of their claims against AT&T Inc. in the action entitled <u>AT&T Corp. v. Aerotel, Ltd.</u>, No. 07-cv-2294 (RJH)(S.D.N.Y)(the "Declaratory Judgment Action") after AT&T Inc. moved to dismiss them for, *inter alia*, lack of personal jurisdiction. On October 3, 2007, Aerotel, Ltd. voluntarily dismissed its claims against AT&T Inc. in the ICDR arbitration to which the Declaratory Judgment Action relates.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 12, 2007.

_____
EDWARD P. DOLIDO