Joseph P. Zammit
Edward P. Dolido
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York  10103
Tel:    (212) 318-3000
Fax:    (212) 318-3400
Attorneys for Defendants
AT&T Inc., BellSouth Corporation,
AT&T Corp., SBC Long Distance, LLC
(incorrectly named herein as AT&T Long Distance, LLC),
AT&T Mobility Corporation,
AT&T Mobility LLC, New Cingular Wireless Services, Inc.,
Cingular Wireless II, LLC,
New Cingular Wireless PCS LLC,
BellSouth Mobility DCS, Inc.
and BellSouth Telecommunications, Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AEROTEL, LTD., AEROTEL U.S.A., INC. and AEROTEL U.S.A., LLC,<br><br>        Plaintiffs,<br><br>        -v-<br><br>AT&T INC. (formerly SBC Communications, Inc.), BELLSOUTH CORPORATION, AT&T CORP., AT&T LONG DISTANCE, LLC (formerly SBC Long Distance, LLC), AT&T MOBILITY CORPORATION (formerly Cingular Wireless Corporation), AT&T MOBILITY LLC (formerly Cingular Wireless LLC), NEW CINGULAR WIRELESS SERVICES, INC. (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC (formerly BellSouth Mobility, LLC), BELLSOUTH MOBILITY DCS, INC., BELLSOUTH TELECOMMUNICATIONS, INC., d/b/a AT&T SOUTHEAST, and BELLSOUTH LONG DISTANCE, INC. d/b/a AT&T LONG DISTANCE SERVICE,<br><br>        Defendants. | FILED ELECTRONICALLY<br><br>Civil Action No.<br>07-Civ-3217 (RJH)<br><br>**SBC LONG DISTANCE, LLC'S STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant SBC Long

Distance, LLC (incorrectly named herein as "AT&T Long Distance, LLC (formerly SBC Long

Distance, LLC)") states that it is a privately held company, the ultimate corporate parent of which is AT&T Inc., a publicly held company.

Dated: New York, New York
October 12, 2007

**FULBRIGHT & JAWORSKI, L.L.P.**

By: /s/ Joseph P. Zammit
Joseph P. Zammit
Edward P. Dolido

666 Fifth Avenue, 31st Floor
New York, New York  10103-3198
Telephone:  (212) 318-3000

Attorneys for Defendants
AT&T Inc., BellSouth Corporation, AT&T Corp., SBC Long Distance, LLC (incorrectly named herein as AT&T Long Distance, LLC), AT&T Mobility Corporation, AT&T Mobility LLC, New Cingular Wireless Services, Inc., Cingular Wireless II, LLC, New Cingular Wireless PCS LLC, BellSouth Mobility DCS, Inc. and BellSouth Telecommunications, Inc.