✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

AEROTEL, LTD., et al.,

          Plaintiffs,

        V.

AT&T INC., et al.,

          Defendants.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER:  07 Civ. 3217 (RJH)

TO: (Name and address of Defendant)

AT&T Long Distance, LLC
5850 West Las Positas Boulevard
Pleasanton, California 94588

BellSouth Long Distance, Inc.
d/b/a AT&T Long Distance Service
400 Perimeter Center
Atlanta, Georgia 30346

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert C. Morgan
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704

Glenn F. Ostrager
OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
570 Lexington Avenue
New York, New York 10022-6894

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

SEP 1 7 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>10/1/2007 |
| NAME OF SERVER *(PRINT)*<br>Darrell Swayne | TITLE<br>Registered Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant.  Place where served:

   by serving Joanne "Doe" person in charge (W-F-55-glasses-5'4"-blond hair) at 5130 Hacienda Dr, Dublin, California on 9/27/07 at 10:30am

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     10/1/2007                
               Date               Signature of Server

              851 Cherry Avenue #27-105, San Bruno, CA 94066
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.