Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein *(to be admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA 23219
(804) 788-8788
meckstein@hunton.com

*Attorneys for Defendant*
*BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AEROTEL, LTD., AEROTEL U.S.A., INC. and
AEROTEL U.S.A., LLC,
                    Plaintiffs,
            v.

AT&T INC., (formerly SBC Communications, Inc.),
BELLSOUTH CORPORATION, AT&T CORP.,
AT&T LONG DISTANCE, LLC (formerly SBC
Long Distance LLC), AT&T MOBILITY
CORPORATION (formerly Cingular Wireless         07-CV-3217 (RJH)(MHD)
Corporation), AT&T MOBILITY LLC (formerly       ECF Case
Cingular Wireless LLC), NEW CINGULAR WIRELESS
SERVICES, INC., (formerly AT&T Wireless
Services, Inc.), CINGULAR WIRELESS II,          ORDER ADMITTING
LLC (formerly Cingular Wireless II, Inc.),      MAYA M. ECKSTEIN
NEW CINGULAR WIRELESS PCS, LLC (formerly        *PRO HAC VICE*
Bellsouth Mobility, LLC), BELLSOUTH
MOBILITY DCS, INC., BELLSOUTH
TELECOMMUNICATIONS, INC. d/b/a
AT&T SOUTHEAST, and BELLSOUTH
LONG DISTANCE, INC. d/b/a AT&T LONG
DISTANCE SERVICE,
                    Defendants.
-----------------------------------------------------------------X

Upon the motion Shawn Patrick Regan, attorney for Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED THAT

>Maya M. Eckstein
>HUNTON & WILLIAMS LLP
>Riverfront Plaza, East Tower
>941 East Byrd Street
>Richmond, VA 23219
>(804) 788-8788
>meckstein@hunton.com

is admitted to practice pro hac vice as counsel for Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
       October 15, 2007

_____
United States District Judge

2