Shawn Patrick Regan
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York  10166
(212) 309-1000
sregan@hunton.com

-and-

Maya M. Eckstein *(admitted pro hac vice)*
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
941 East Byrd Street
Richmond, VA  23219
(804) 788-8788
meckstein@hunton.com

*Attorneys for Defendant*
*BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| AEROTEL, LTD., AEROTEL U.S.A., INC. and AEROTEL U.S.A., LLC,<br>　　　　　　　　Plaintiffs,<br>　　　v.<br><br>AT&T INC., (formerly SBC Communications, Inc.), BELLSOUTH CORPORATION, AT&T CORP., AT&T LONG DISTANCE, LLC (formerly SBC Long Distance LLC), AT&T MOBILITY CORPORATION (formerly Cingular Wireless Corporation), AT&T MOBILITY LLC (formerly Cingular Wireless LLC), NEW CINGULAR WIRELESS SERVICES, INC., (formerly AT&T Wireless Services, Inc.), CINGULAR WIRELESS II, LLC (formerly Cingular Wireless II, Inc.), NEW CINGULAR WIRELESS PCS, LLC (formerly Bellsouth Mobility, LLC), BELLSOUTH MOBILITY DCS, INC., BELLSOUTH TELECOMMUNICATIONS, INC. d/b/a AT&T SOUTHEAST, and BELLSOUTH LONG DISTANCE, INC. d/b/a AT&T LONG DISTANCE SERVICE,<br>　　　　　　　　Defendants. | 07-CV-3217 (RJH)(MHD)<br>ECF Case |

-----------------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, Maya M. Eckstein hereby appears on behalf of Defendant BellSouth Long Distance, Inc., d/b/a AT&T Long Distance Service in the above-captioned action.

All papers in this action shall be served upon Maya M. Eckstein.

Dated: Richmond, Virginia
       November 8, 2007

    HUNTON & WILLIAMS LLP

By: /s/ Maya M. Eckstein
    Maya M. Eckstein *(admitted pro hac vice)*
    HUNTON & WILLIAMS LLP
    Riverfront Plaza, East Tower
    941 East Byrd Street
    Richmond, VA  23219
    (804) 788-8788
    meckstein@hunton.com

    -and-

    Shawn Patrick Regan
    200 Park Avenue, 52nd Floor
    New York, New York  10166
    (212) 309-1000
    sregan@hunton.com

    *Attorneys for Defendant*
    *BellSouth Long Distance, Inc.*
    *d/b/a AT&T Long Distance Service*

## **DECLARATION OF SERVICE**

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that on November 8th 2007, I caused to be served a true copy of the foregoing Notice of Appearance on all counsel of record via the Court's Electronic Case Filing (ECF) System and via First Class Mail to all counsel of record at the addresses listed below, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the Commonwealth of Virginia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 8, 2007.                    /s/ Maya M. Eckstein
                                                  Maya M. Eckstein

TO:   Dennis Michael Flaherty, Esq.
      Glenn F. Ostrager, Esq.
      Joshua Seth Broitman, Esq.
      Ostrager, Chong, Flaherty & Broitman, P.C.
      570 Lexington Avenue, 17th Floor
      New York, NY  10022

      *Attorneys for Plaintiffs*

      Joseph Paul Zammit, Esq.
      Fulbright & Jaworski L.L.P.
      666 Fifth Avenue
      New York, NY  10103

      *Attorneys for Defendants*
      *AT&T, Inc., AT&T Corp., AT&T Mobility Corporation,*
      *AT&T Mobility, LLC, New Cingular Wireless Services, Inc.*
      *(formerly known as AT&T Wireless Services, Inc.)*
      *Cingular Wireless II, LLC (formerly Cingular Wireless II, Inc.*
      *formerly known as Cingular Wireless II, Inc.)*
      *New Cingular Wireless PCS, LLC, Bellsouth Mobility DC, Inc.*
      *Bellsouth Corporation & Bellsouth Telecommunications, Inc.*