# BROITMAN DECLARATION
# EXHIBIT 2

# OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
COUNSELORS AT LAW

250 PARK AVENUE, SUITE 825
NEW YORK, NY 10177-0899
TEL: (212) 681-0600
FAX: (212) 681-0300

GLENN F. OSTRAGER
gostrager@ocfblaw.com

**FOR SETTLEMENT PURPOSES ONLY**
**SUBJECT TO FED. R. EVID. 408**

FILE COPY

February 12, 2007

**FEDEX**

Christopher M. Arena, Esq.
Woodcock Washburn LLP
2002 Summit Boulevard, Suite 800
Atlanta, Georgia 30319

Re:   U.S. Patent No. 4,706,275 (the "'275 Patent")
      AEROTEL, LTD.

Dear Mr. Arena:

Further to our recent correspondence, enclosed is a chart showing Aerotel's construction of claim 23 of the '275 Patent. For your reference, we also enclose documents cited from the prosecution history of the patent.

You requested that we identify products and services of Cingular for discussion. As a preliminary matter, we can identify Cingular products offered under the designations "Keep in Contact", "Cingular Prepaid", "Free-2-Go" and "GoPhone". Also, we wish to discuss ATT Wireless prepaid products, including "AT&T Free-2-Go".

We would appreciate your early advice concerning the scheduling of meeting.

Cordially,

/s/ Glenn F. Ostrager

Glenn F. Ostrager

cc: Robert C. Morgan, Esq.
    - w/enc.