# BROITMAN DECLARATION
# EXHIBIT 4

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)



## Investor Relations

### Our Leadership

**AT&T Board Bios**                           PAGE: 1 | 2 | 3 | 4



**Randall L. Stephenson**
is chairman of the board and chief executive officer of AT&T Inc. He was appointed to the position in June 2007. Before being named chairman and CEO, Mr. Stephenson served as chief operating officer and was responsible for all wireless and wireline operations. He was named COO for SBC Communications Inc. in April 2004 and continued as COO after the acquisitions of AT&T Corp. in November 2005 and BellSouth in December 2006. Prior to becoming COO, Mr. Stephenson held a variety of high-level finance and marketing positions with AT&T or its subsidiaries since 1996, including chief financial officer. He first joined AT&T through its subsidiary, Southwestern Bell Telephone Company, in 1982. He has been a director of AT&T since June 2005. Mr. Stephenson is a director of Emerson Electric Co.



**John B. McCoy, Lead Director**
was chairman from November 1999 and chief executive officer from October 1998 of Bank One Corporation (a commercial and consumer bank based in Chicago, Illinois) until his retirement in December 1999, and chairman and chief executive officer of its predecessor, Banc One Corporation, from 1987 to 1998. Mr. McCoy has been a director of AT&T since October 1999. He served as a director of Ameritech Corporation from 1991 until the company was acquired by AT&T in 1999. He is the chairman of the Finance/Pension Committee and a member of the Corporate Governance and Nominating Committee and the Executive Committee. He is a director of Cardinal Health, Inc., ChoicePoint Inc. and Onex Corporation.



**William F. Aldinger III**
is president and chief executive officer of Capmark Financial Group Inc. (an international commercial real estate finance company in Horsham, Pennsylvania) and has served in this capacity since June 2006. Mr. Aldinger was chairman and chief executive officer of HSBC North America Holdings Inc. (a financial services company in Prospect Heights, Illinois) from January 2004 until April 2005. He also served as chairman from 1996 and chief executive officer from 1994 of HSBC Finance Corporation (formerly Household International, Inc.) until April 2005. Mr. Aldinger has been a director of AT&T since November 2005. He served as a director of AT&T Corp. from 2003 until the company was acquired by AT&T Inc. (then known as SBC Communications Inc.) in 2005. Mr. Aldinger is a member of the Audit Committee and the Human Resources Committee. He is a director of Capmark Financial Group Inc., Illinois Tool Works Inc., KKR Financial Corp. and Charles Schwab Corporation.



**Gilbert F. Amelio**
is chairman and chief executive officer of Jazz Technologies, Inc. (formerly Acquicor Technology Inc.) and has served in this capacity since August 2005. Jazz Technologies is the parent company of Jazz Semiconductor, Inc., an independent semiconductor wafer foundry headquartered in Newport Beach, California. He has also been senior partner of Sienna Ventures (a privately-held venture capital firm in Sausalito, California) since April 2001. Dr. Amelio was chairman and chief executive officer of Beneventure Capital, LLC (a full-service venture capital firm in San Francisco, California) from 1999 to 2005 and was principal of Aircraft Ventures, LLC (a consulting firm in Newport Beach, California) from April 1997 to December 2004. Dr. Amelio was elected as a director of AT&T in February 2001 and had previously served as an advisory director of AT&T from April 1997 to February 2001. He served as a director of Pacific Telesis Group from 1995 until the company was acquired by AT&T in 1997. He is the chairman of the Human Resources Committee and a member of the Audit Committee and the Executive Committee. Dr. Amelio is a director of Jazz Technologies, Inc.

PAGE: 1 | 2 | 3 | 4

© 2003-2007 AT&T Knowledge Ventures. All rights reserved. Privacy Policy YELLOWPAGES.COM



## Investor Relations

### Our Leadership
**AT&T Board Bios**          PAGE: 1 | 2 | 3 | 4



**Reuben V. Anderson**
is a partner in the law firm of Phelps Dunbar, LLP in Jackson, Mississippi, and has served in this capacity since 1991. He served as a Mississippi Supreme Court justice from 1985 to 1990. Mr. Anderson was elected a director of AT&T in December 2006. He served as a director of BellSouth Corporation from 1994 until the company was acquired by AT&T in 2006. He is a member of the Finance/Pension Committee and the Public Policy and Environmental Affairs Committee. Mr. Anderson is a director of The Kroger Co. and Trustmark Corporation.



**James H. Blanchard**
was chairman of the board of Synovus Financial Corp. (a diversified financial services holding company in Columbus, Georgia) and served in this capacity from July 2005 to October 2006. He served as chief executive officer of Synovus Financial Corp. from January 1971 to July 2005. Mr. Blanchard was elected a director of AT&T in December 2006. He served as a director of BellSouth Corporation from 1994 until the company was acquired by AT&T in 2006. He is a member of the Corporate Development Committee and the Human Resources Committee. Mr. Blanchard is a director of Synovus Financial Corp. and Total System Services, Inc.



**August A. Busch III**
was chairman of the board of Anheuser-Busch Companies, Inc. (a brewing, packaging and family entertainment holding company in St. Louis, Missouri) from 1977 until his retirement in December 2006. Mr. Busch also served as chief executive officer of Anheuser-Busch Companies, Inc. from 1975 until June 2002. Mr. Busch has been a director of AT&T since October 1983. He served as a director of Southwestern Bell Telephone Company from 1980 to 1983. He is the chairman of the Corporate Governance and Nominating Committee and a member of the Corporate Development Committee and the Executive Committee. Mr. Busch is a director of Anheuser-Busch Companies, Inc., Emerson Electric Co., Grupo Modelo, S.A.B. de C.V., and Diblo. S.A. de C.V.



**James P. Kelly**
was chairman of the board and chief executive officer of United Parcel Service, Inc. (a global express carrier and package distribution logistics company in Atlanta, Georgia) from 1997 until his retirement in 2002. Mr. Kelly was elected a director of AT&T in December 2006. He served as a director of BellSouth Corporation from 2000 until the company was acquired by AT&T in 2006. He is a member of the Audit Committee and the Corporate Governance and Nominating Committee. Mr. Kelly is a director of Dana Corporation and United Parcel Service, Inc.

PAGE: 1 | 2 | 3 | 4

© 2003-2007 AT&T Knowledge Ventures. All rights reserved. Privacy Policy YELLOWPAGES.COM



## Investor Relations

### Our Leadership

**AT&T Board Bios**                    PAGE: 1 | 2 | 3 | 4



**Charles F. Knight**
was chairman of the board of Emerson Electric Co. (a manufacturer of electrical and electronic equipment in St. Louis, Missouri) from 1974 until his retirement in September 2004, when he was elected to the honorary position of chairman emeritus. Mr. Knight was also chief executive officer of Emerson Electric Co. from 1973 to 2000. He has been a director of AT&T since October 1983. He served as a director of Southwestern Bell Telephone Company from 1974 to 1983. He is the chairman of the Corporate Development Committee and a member of the Executive Committee and the Finance/Pension Committee. Mr. Knight is a director of Anheuser-Busch Companies, Inc.



**Jon C. Madonna**
was chairman and chief executive officer of KPMG (an international accounting and consulting firm in New York, New York) from 1990 until his retirement in 1996. He was with KPMG for 28 years, where he held numerous senior leadership positions throughout his career. Subsequent to his retirement from KPMG, Mr. Madonna served as vice chairman of Travelers Group, Inc. from 1997 to 1998 and president and chief executive officer of Carlson Wagonlit Corporate Travel, Inc. from 1999 to 2000. He was chief executive officer of DigitalThink, Inc. from 2001 to 2002 and was chairman of DigitalThink, Inc. from April 2002 to May 2004. Mr. Madonna has been a director of AT&T since November 2005. He served as a director of AT&T Corp. from 2002 until the company was acquired by AT&T Inc. (then known as SBC Communications Inc.) in 2005. Mr. Madonna is the chairman of the Audit Committee and a member of the Corporate Development Committee and the Executive Committee. He is a director of Freeport-McMoRan Copper & Gold Inc., Jazz Technologies, Inc. and Tidewater Inc.



**Lynn M. Martin**
is president of The Martin Hall Group, LLC (a human resources consulting firm in Chicago, Illinois) and has served in this capacity since January 2005. Ms. Martin was chair of the Council for the Advancement of Women and advisor to the firm of Deloitte & Touche LLP (an auditing and management consulting services firm in Chicago, Illinois) from 1993 until September 2005. She served as U.S. Secretary of Labor from 1991 to 1993 and as a member of the U.S. House of Representatives from Illinois from 1981 to 1991. Ms. Martin has been a director of AT&T since October 1999. She served as a director of Ameritech Corporation from 1993 until the company was acquired by AT&T in 1999. She is a member of the Finance/Pension Committee and the Public Policy and Environmental Affairs Committee. Ms. Martin is a director of Constellation Energy Group, Inc., certain Dreyfus Funds, The Procter & Gamble Company and Ryder System, Inc.



**Mary S. Metz**
is chair of the Board of Trustees of American Conservatory Theater (a nonprofit nationally renowned theater and an accredited conservatory in San Francisco, California) and has served in this capacity since November 2004. Dr. Metz is also president emerita of Mills College. She was president of S. H. Cowell Foundation in San Francisco, California from January 1999 until her retirement in March 2005, and was dean of the University Extension of the University of California at Berkeley, from 1991 until 1998. Dr. Metz has been a director of AT&T since April 1997. She served as a director of Pacific Telesis Group from 1986 until the company was acquired by AT&T in 1997. She is a member of the Corporate Governance and Nominating Committee and the Public Policy and Environmental Affairs Committee. Dr. Metz is a director of Longs Drug Stores Corporation, Pacific Gas and Electric Company and UnionBanCal Corporation.

PAGE: 1 | 2 | 3 | 4

© 2003-2007 AT&T Knowledge Ventures. All rights reserved. Privacy Policy YELLOWPAGES.COM



## Investor Relations

### Our Leadership

**AT&T Board Bios**                    PAGE: 1 | 2 | 3 | 4



**Toni Rembe**
was a partner in the law firm of Pillsbury Winthrop LLP (now known as Pillsbury Winthrop Shaw Pittman LLP in San Francisco, California) from 1971 until her retirement in December 2004. Ms Rembe was elected a director of AT&T in January 1998 and had previously served as an advisory director of AT&T from April 1997 to January 1998. She served as a director of Pacific Telesis Group from 1991 until the company was acquired by AT&T in 1997. She is the chairwoman of the Public Policy and Environmental Affairs Committee and a member of the Corporate Development Committee and the Executive Committee. Ms. Rembe is a director of AEGON N.V.



**Joyce M. Roché**
is president and chief executive officer of Girls Incorporated (a national nonprofit research, education and advocacy organization in New York, New York) and has served in this capacity since September 2000. Ms Roché was an independent marketing consultant from 1998 to 2000. She was president and chief operating officer of Carson, Inc. from 1996 to 1998 and executive vice president of global marketing of Carson, Inc. from 1995 to 1996. Ms. Roché has been a director of AT&T since October 1998. She served as a director of Southern New England Telecommunications Corporation from 1997 until the company was acquired by AT&T in 1998. She is a member of the Corporate Governance and Nominating Committee and the Public Policy and Environmental Affairs Committee. She is a director of Anheuser-Busch Companies, Inc., Federated Department Stores Inc. and Tupperware Corporation.



**Dr. Laura D'Andrea Tyson**
is professor of business administration and economics at the Walter A Haas School of Business, University of California at Berkeley, and has served in this capacity since January 2007. She was dean of London Business School, London, England, from January 2002 until December 2006. Dr Tyson was dean of the Walter A Haas School of Business at the University of California at Berkeley from July 1998 to December 2001. Dr. Tyson served as professor of economics and business administration at the University of California at Berkeley from 1997 to 1998. She served as national economic adviser to the president of the United States from 1995 to 1996 and as chair of the White House Council of Economic Advisers from 1993 to 1995. Dr. Tyson has been a director of AT&T since October 1999. She served as a director of Ameritech Corporation from 1997 until the company was acquired by AT&T in 1999. She is a member of the Corporate Development Committee and the Finance/Pension Committee Dr. Tyson is a director of Eastman Kodak Company and Morgan Stanley.



**Patricia P. Upton**
is president and chief executive officer of Aromatique, Inc. (a manufacturer and wholesaler of decorative fragrances in Heber Springs, Arkansas) and has served in this capacity since 1982. Ms. Upton has been a director of AT&T since June 1993. She is a member of the Human Resources Committee and the Public Policy and Environmental Affairs Committee.



PAGE: 1 | 2 | 3 | 4

© 2003-2007 AT&T Knowledge Ventures. All rights reserved  Privacy Policy YELLOWPAGES.COM