# BROITMAN DECLARATION
# EXHIBIT 5

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)



## Corporate Profile



**AT&T: Your World. Delivered.**
Setting the standard for a new era of communications and entertainment.

AT&T Inc. is the largest communications holding company in the United States and worldwide, by revenue. Operating globally under the AT&T brand, AT&T is recognized as the leading worldwide provider of IP-based communications services to businesses and the leading U.S. provider of wireless, high speed Internet access, local and long distance voice, and directory publishing and advertising services. As part of its "three screen" integration strategy, AT&T is expanding video entertainment offerings to include such next-generation television services as AT&T U-verse$^{SM}$ TV.

The merger of AT&T and BellSouth, along with the ownership consolidation of Cingular Wireless and YELLOWPAGES.COM, will speed convergence, competition and continued innovation in the communications and entertainment industry, creating new solutions for consumers and businesses.

AT&T continues to build on the heritage of its predecessor companies that have served customers for more than a century. The new AT&T will earn customer trust and loyalty with a continuing commitment to the deployment of innovative products and services, reliable, high-quality service and excellent customer care.

### Company Overview

Key Facts About AT&T

U.S. Presence

Global Reach

Mass Market: Consumer and Small Business Portfolio

Global, National, Midsize Business and Government: Enterprise Portfolio

Wholesale Offerings

Networks

Meaningful Innovation

Community Support

Recognition

Corporate History

**Key Facts**

- Operates one of the world's most advanced and powerful global backbone networks, carrying more than 10.9 petabytes of data traffic on an average business day to nearly every continent and country, with up to 99.999 percent reliability.

- The nation's premier wireless carrier based on subscribers, serving 65.7 million customers.

- The largest provider of broadband — 13.8 million lines in service (as of 3Q07) — and a major Wi-Fi

**Global Headquarters**
San Antonio, Texas

**Employees Worldwide**
303,670

**Industry Ranking**
If ranked among the 2007 Fortune 500, the combined company would place ninth on the full U.S. list and 21st on the full global list.

**Ticker Symbol**
NYSE: T
AT&T Inc. common stock is listed on the New York Stock Exchange. A Fortune 500 company, AT&T is one of the 30 stocks that make up the Dow Jones Industrial Average.

**Leadership**
Randall L. Stephenson, chairman and chief executive officer

**2006 Pro Forma Revenue AT&T Inc.**
More than $117 billion

provider, with more than 57,000 hot spots in 85 countries.

- Ranks as one of the world's largest providers of IP-based communications services for businesses, with an extensive portfolio of Virtual Private Network (VPN), Voice over IP (VoIP) and other offerings, all backed by innovative security and customer support capabilities.

- Offers one of the most extensive VoIP service portfolios for businesses, enabling enterprises to migrate seamlessly between traditional and next-generation services.

- Only communications provider to deliver interoperability with the world's five leading IP PBX vendors

- Leading U.S. provider of local and long distance voice services.

- Nation's largest directory publisher, delivering 178 million directories a year and publishing more than 1,250 different directories in 22 states.

- Through YELLOWPAGES.COM, operates a leading Internet Yellow Pages network that received more than 1 billion local searches in 2006.

- World leader in transport and termination of wholesale traffic and recognized by numerous industry experts for its industry-leading wholesale services portfolio.

**U.S. Presence**

AT&T is the premier U.S. provider of broadband, long distance and local voice services. The company serves millions of customers, with a concentration in 22 states: Alabama, Arkansas, California, Connecticut, Florida, Georgia, Illinois, Indiana, Kansas, Kentucky, Louisiana, Michigan, Mississippi, Missouri, Nevada, North Carolina, Ohio, Oklahoma, South Carolina, Tennessee, Texas and Wisconsin.

AT&T delivers a range of wireless voice and data services to customers across the United States and globally. AT&T is the nation's largest U.S. wireless carrier based on subscribers, with 65.7 million, and spectrum licenses in 50 states, the District of Columbia, Puerto Rico and the U.S. Virgin Islands. Further, AT&T's wireless unit is expanding the company's ability to provide a range of innovative and flexible solutions that integrate wireless and wireline communications.

**Global Reach**

AT&T provides communications services to customers in virtually every country and territory in the world. Remote access solutions, for example, are provided from more than 60,000 points of presence in 164 countries.

AT&T delivers the widest international coverage of any U.S.-based wireless carrier, giving customers the ability to make calls using an internationally enabled phone on six continents and 190 countries, with wireless data-roaming in 135 countries for laptops, hand-held devices and other data services.

**Mass Market: Consumer and Small Business Portfolio**

AT&T provides an unsurpassed array of wireless, voice, entertainment and Internet communications products and services for consumers and small businesses. By offering comprehensive, innovative service bundles, AT&T enables millions of consumers and small businesses to take advantage of competitive pricing and a single bill for wireline and wireless voice and data, broadband Internet and messaging services. The AT&T portfolio of services is perhaps the most robust in today's market, featuring choice, value and convenience across a range of service options that includes:

- High speed Internet access

- Wi-Fi connectivity at more than 57,000 hot spots in the United States and around the world, offering broadband service for on-the-go customers in more than 85 countries globally (including company-owned and third-party roaming locations)

- Home and small business networking

- Wireless services

- Satellite television services through strategic alliances

- AT&T Homezone$^{SM}$, which combines AT&T | DISH Network with AT&T Yahoo!® High Speed Internet

- Limited availability of AT&T U-verse$^{SM}$ services, including AT&T U-verse TV and AT&T Yahoo! High Speed Internet *U-verse Enabled*

- Local and long distance voice services
- Messaging services and call management features
- Print and online directory services, listings and advertising

AT&T is a leader in making the "three-screen" strategy a reality for customers, introducing a number of integrated, multiscreen services, with more soon to be launched.

---

**Global, National, Mid-Size, Regional and Government Portfolio**

Business customers benefit from access to a single source for comprehensive local, national, global and wireless services. AT&T provides an industry-leading portfolio of advanced IP and traditional networking solutions for both voice and data. Services are matched with an array of consulting and management services, providing businesses with professional support options for every element of network planning, design, deployment and ongoing management. Enterprise customers benefit from the industry's most powerful online service portal, which enables a range of automated sales and service functions.

The world's leading CIOs are increasingly recognizing AT&T as their global IT (information technology) strategic partner and networking integrator of choice — thanks to the company's relentless focus on delivering the industry's most reliable service, most globally consistent portfolio, and the most advanced network management and security tools. AT&T leadership in IP services is evident in the customers it serves, including all Fortune 1000 companies.

Services include:

- IP and IP-VPN services
- Voice over IP
- Hosting
- Enterprise mobility solutions
- Data/managed data services
- Network integration and consulting
- Security and business continuity
- Local and long distance voice and access services
- Contact management services
- Voice and data CPE

---

**Wholesale Offerings**

The AT&T wholesale organization is a global leader in transport and termination of wholesale traffic. The AT&T wholesale organization benefits carriers, wireless providers, systems integrators, cable operators, Internet service providers (ISPs) and content providers who require complete, end-to-end solutions on a global, regional and local basis. The AT&T wholesale group can help businesses grow by extending their footprint, strengthening their network infrastructure, making their internal business operations more efficient and complementing their existing offers with new value-added application services.

The AT&T wholesale organization offers a robust portfolio that recognizes the unique needs of wholesale customers such as the following:

- **Wireless Operators** — The AT&T wholesale organization provides wireless operators with a full portfolio of reliable and secure network services. From supporting traditional voice applications to delivering data applications over a secure MPLS network, the AT&T wholesale team implements tailored plans for the unique requirements of wireless operators.
- **Cable Operators** — The AT&T wholesale group enables cable operators to deliver voice, data and video over a reliable, secure state-of-the-art network. The portfolio of solutions offered provides cable operators with the flexibility to scale and deliver quality applications and, as a result, helps them to create a positive customer experience and reduce churn.
- **Wireline Carriers** — The AT&T network enables carriers to provide their end-user customers with one of the market's largest portfolios of traditional and advanced voice, video and data services. Carriers can take advantage of AT&T scalable network infrastructure to seamlessly expand their networks.
- **Systems Integrators** — The AT&T wholesale organization enables systems integrators (SIs) to deliver advanced networking solutions that complement their existing offer portfolios and help transform their

- customers' businesses. The portfolio of solutions offered by the AT&T wholesale organization provides SIs with the flexibility to successfully deliver new converged voice, data, and video applications over a reliable, secure, state-of-the-art network.
- **ISPs** — The AT&T wholesale organization enables ISPs to deliver voice, data and video over a reliable, secure, state-of-the-art network. The portfolio of solutions offered by AT&T provides ISPs with the flexibility to scale and successfully deliver new and exciting offers to their customers in a dynamic marketplace.
- **Content Providers** — Content providers with bandwidth-intensive applications like gaming and video require infrastructure, quality of service, storage options and high levels of security. AT&T enables content providers to meet their evolving business needs through a comprehensive range of innovative services such as Managed Security Services that help protect network infrastructure and storage options that help customers maintain continuous network performance.

**Networks**

AT&T owns and operates world-class local, national and global wireline, wireless and IP/data networks, including one of the world's most advanced and powerful IP backbone networks, which uses Multiprotocol Label Switching (MPLS) technology to enable seamless integration of multiple networking technologies. This reliable, high-performance infrastructure helps businesses to evolve toward IP and support diverse applications while still taking advantage of their existing network infrastructure.

The AT&T global backbone network includes:

- MPLS-based services available to 137 countries via 2,200+ nodes.
- More than 201,000 managed MPLS ports for customers.
- 36 Internet data centers on four continents across the globe.
- More than 547,000 worldwide fiber route miles.

In the summer of 2006, AT&T launched one of largest U.S. deployments of next-generation routing and optical networking technology. This upgrade immediately quadrupled the routing capacity of key portions of our IP backbone, which sits on one of the nation's most modern and sophisticated photonicly switched long-haul fiber networks.

The company's U.S. networks include:

- 62.9 million access lines.
- 13.8 million High Speed Internet subscribers.
- Access to more than 57,000 Wi-Fi hot spots in more than 85 countries.

AT&T's industry-leading wireless network includes:

- Superior spectrum availability in the nation's top 100 markets.
- A fully digital, GSM/GPRS (Global System for Mobile communications/General Packet Radio Service) infrastructure across its footprint.
- EDGE (Enhanced Datarate for GSM Evolution) wireless broadband across its footprint.
- UMTS/HSDPA (Universal Mobile Telecommunications System/High Speed Downlink Packet Access) broadband, which is currently being deployed to deliver higher-speed broadband services in metro markets.

**Meaningful Innovation**

AT&T Labs has a long history of innovation, with thousands of patents issued or pending worldwide, and is a successor to a heritage that produced seven Nobel Prizes.

AT&T is a leader in third-generation wireless technology, launching the first widely available service in the world to use HSDPA technology. It launched the world's first commercial deployment of wireless services using EDGE, a third-generation high speed mobile data and Internet access technology.

Researchers and engineers at AT&T Labs have developed some of the world's major technological inventions, including the transistor, the solar cell, the cell phone and the communications satellite. These groundbreaking technologies have enabled today's computers and electronic devices, wireless phones and VoIP.

AT&T Labs has been an industry leader in the development of DSL and other broadband Internet transport and delivery systems, wireless data networks, and new technologies and applications for networking and

enterprise business needs. AT&T's predecessor companies pioneered new technologies and developed promising new products and services in a wide range of areas, including IP network management and VoIP.

AT&T Labs will continue this commitment to developing and delivering meaningful innovation across market groups, from residential to small business to enterprise.

**Community Support**

AT&T has a proud heritage of corporate social responsibility that will continue to be an integral part of the company's future. AT&T and its employees are committed to enriching and strengthening the communities they serve through financial support and volunteerism.

In 2006, AT&T contributed more than $101 million through corporate, employee and AT&T Foundation giving programs. With its strong giving record, the Foundation is ranked as one of the most generous corporate foundations in the United States.

AT&T is proud to be a sponsor of the AT&T Pioneers, the world's largest company-sponsored community volunteer organization. Nearly 350,000 AT&T employees and retirees serve their communities through the Pioneers. In 2006, AT&T Pioneers donated 14.3 million hours to community outreach activities — more than $257 million worth of time.

**Recognition**

AT&T is the recipient of numerous industry and national awards and recognition. Honors include:

- Company of the Year (*Forbes* magazine, 2006)

- World's Most Admired Telecommunications Company (*Fortune* magazine, 1997 – 2000, 2002 – 2004, 2006)

- America's Most Admired Telecommunications Company (*Fortune* magazine, 1996 – 1998, 2000 – 2004, 2006)

- AT&T listed among the 25 most generous U.S. companies (*Forbes*, 2006)

- AT&T named to *BusinessWeek* InfoTech 100 (*BusinessWeek*, July 2006)

- AT&T listed in the leaders quadrant in all of Gartner's most recent regional Network Service Provider Magic Quadrants spanning Global, Asia Pacific and the U.S. markets. (Gartner, 2006)[1]

- "AT&T offers the strongest North American MPLS service lineup." (Forrester Research, "AT&T Leads in North American MPLS Services," Feb. 2006)

- AT&T rated best-in-class Web hosting provider. (IDC, 2006)

- AT&T BusinessDirect® identified as a leader in enterprise self-service in 2005. (Yankee Group, "Business ePortals Continue to Evolve to Continue to Meet Enterprise Customer Needs," April 2006)

- AT&T recognized in survey as an undisputed market leader, leading service providers selected, among current Ethernet users. (Yankee Group, 2006 WAN Ethernet Survey)

- AT&T named "Best National U.S. Wholesale Provider." (*Capacity* magazine, Dec. 2006)

[1] *Magic Quadrant for Global Network Service Providers, 2005 by D. Neil, J. Delcroix, J. Pultz and N. Rickard (12/15/05); Magic Quadrant for Asia/Pacific Network Service Providers, 2005 by To Chee Eng, Kobita Desai (1/16/06); Magic Quadrant for U.S. Network Service Providers, 1H06 by Jay Pultz, David Neil (05/11/06).*

**Corporate History**

The birth of the new AT&T is, in large measure, the culmination of the evolution of communications in the United States. AT&T's roots stretch back to 1876, with Alexander Graham Bell's invention of the telephone and the founding of the company that became AT&T. As the parent company of the Bell System, AT&T provided what was by all accounts the best telephone service in the world.

The Bell System was divested in 1984 by an agreement between the former AT&T and the U.S. Department of Justice, in which AT&T agreed to divest itself of its local telephone operations but retain its long distance, R&D and manufacturing arms. Out of the divestiture was born SBC Communications Inc. (formerly known as Southwestern Bell Corp.) and BellSouth Corporation.

In the face of dramatic changes to the competitive landscape triggered by the Telecommunications Act of 1996, SBC Communications Inc. embarked upon a series of acquisitions to establish itself as a global

communications provider: Pacific Telesis Group (1997), Southern New England Telecommunications (1998) and Ameritech Corporation (1999).

In 2005, SBC Communications Inc. acquired AT&T Corp. and created the new AT&T, poised to lead the industry in one of the most significant shifts in communications technology since the invention of the telephone nearly 130 years earlier.

With the merger of AT&T and BellSouth in 2006, along with consolidated ownership of Cingular Wireless and YELLOWPAGES.COM, the new AT&T will have greater financial, technical, research and development as well as network and marketing resources to better serve consumers and business customers of all sizes. The merger will accelerate the introduction of new and improved product and service sets for those customers.

© 2003-2007 AT&T Knowledge Ventures. All rights reserved. Privacy Policy YELLOWPAGES.COM