# BROITMAN DECLARATION
# EXHIBIT 7

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)

```
-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 ArS6flzxN6JPaCfhdV9Q7IR4gaZrCVsMY4MVKzC+6Ac1Nq2dcquoeS4LpKb2gAui
 VVY+pstdkAo+Ue8koOzKQA==

<SEC-DOCUMENT>0000950123-02-003272.txt : 20020415
<SEC-HEADER>0000950123-02-003272.hdr.sgml : 20020415
ACCESSION NUMBER:              0000950123-02-003272
CONFORMED SUBMISSION TYPE:     10-K
PUBLIC DOCUMENT COUNT:         15
CONFORMED PERIOD OF REPORT:    20011231
FILED AS OF DATE:              20020401

FILER:

        COMPANY DATA:
                COMPANY CONFORMED NAME:                AT&T CORP
                CENTRAL INDEX KEY:                     0000005907
                STANDARD INDUSTRIAL CLASSIFICATION:    TELEPHONE COMMUNICATIONS (NO RADIO TELEPHONE) [4813]
                IRS NUMBER:                            134924710
                STATE OF INCORPORATION:                NY
                FISCAL YEAR END:                       1231

        FILING VALUES:
                FORM TYPE:            10-K
                SEC ACT:              1934 Act
                SEC FILE NUMBER:      001-01105
                FILM NUMBER:          02597071

        BUSINESS ADDRESS:
                STREET 1:             295 NORTH MAPLE AVENUE
                CITY:                 BASKING RIDGE
                STATE:                NJ
                ZIP:                  07920
                BUSINESS PHONE:       9082214000

        MAIL ADDRESS:
                STREET 1:             295 NORTH MAPLE AVENUE
                CITY:                 BASKING RIDGE
                STATE:                NJ
                ZIP:                  07920

        FORMER COMPANY:
                FORMER CONFORMED NAME: AMERICAN TELEPHONE & TELEGRAPH CO
                DATE OF NAME CHANGE:   19920703
</SEC-HEADER>
<DOCUMENT>
<TYPE>10-K
<SEQUENCE>1
<FILENAME>e56632e10-k.txt
<DESCRIPTION>AT&T CORP.
<TEXT>
<PAGE>

AS FILED ELECTRONICALLY WITH THE SECURITIES AND EXCHANGE COMMISSION ON APRIL 1,
                                     2002

- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------

                       SECURITIES AND EXCHANGE COMMISSION
                             WASHINGTON, DC 20549

                                   FORM 10-K

<Table>
<C>       <S>
   [X]    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
          OF THE SECURITIES EXCHANGE ACT OF 1934



          FOR THE FISCAL YEAR ENDED DECEMBER 31, 2001



                                       OR




   [ ]    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
          OF THE SECURITIES EXCHANGE ACT OF 1934



          FOR THE TRANSITION PERIOD FROM          TO
</Table>
```

```
                    COMMISSION FILE NUMBER 1-1105

                              AT&T CORP.
```

<Table>
<S>                                              <C>
              A NEW YORK                         I.R.S. EMPLOYER
             CORPORATION                         NO. 13-4924710
</Table>

```
         295 NORTH MAPLE AVENUE, BASKING RIDGE, NEW JERSEY 07920
                      TELEPHONE NUMBER 908-221-2000

       SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:
                        SEE ATTACHED SCHEDULE A.

       SECURITIES REGISTERED PURSUANT TO SECTION 12(g) OF THE ACT:
                                NONE.
```

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X]    No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ ]

At February 28, 2002, the aggregate market value of voting common stock held by non-affiliates was approximately $54 billion. At February 28, 2002, 3,545,275,809 shares of AT&T common stock were outstanding.

```
                    DOCUMENTS INCORPORATED BY REFERENCE
                                  NONE.
```
- --------------------------------------------------------------------------------
- --------------------------------------------------------------------------------
<PAGE>

```
                                SCHEDULE A
```

SECURITIES REGISTERED PURSUANT TO SECTION 12(b) OF THE ACT:

<Table>
<Caption>
              TITLE OF EACH CLASS                 NAME OF EACH EXCHANGE ON WHICH REGISTERED
              -------------------                 -----------------------------------------
<S>                                              <C>
               Common Shares                        New York, Boston, Chicago,
          (Par Value $1 Per Share)                    Philadelphia and Pacific
                                                          Stock Exchanges


 Three Year 6 1/2% Notes due September 15, 2002    New York Stock Exchange
    Five Year 5 5/8% Notes due March 15, 2004      New York Stock Exchange
    Ten Year 6 3/4% Notes, due April 1, 2004       New York Stock Exchange
       Ten Year 7% Notes, due May 15, 2005         New York Stock Exchange
    Twelve Year 7 1/2% Notes, due June 1, 2006     New York Stock Exchange
    Twelve Year 7 3/4% Notes, due March 1, 2007    New York Stock Exchange
       Ten Year 6% Notes due March 15, 2009        New York Stock Exchange
Thirty Year 8 1/8% Debentures, due January 15, 2022 New York Stock Exchange
Thirty Year 8.35% Debentures, due January 15, 2025 New York Stock Exchange
  Thirty-Two Year 8 1/8% Debentures, due July 15,  New York Stock Exchange
                         2024
    Thirty Year 6 1/2% Notes due March 15, 2029    New York Stock Exchange
Forty Year 8 5/8% Debentures, due December 1, 2031 New York Stock Exchange
</Table>
<PAGE>

```
                                  PART I
```

ITEM 1.  BUSINESS

GENERAL

AT&T Corp. was incorporated in 1885 under the laws of the State of New York and has its principal executive offices at 295 North Maple Avenue, Basking Ridge, New Jersey (telephone number 908-221-2000).

AT&T is among the world's communications leaders, providing voice, data and video communications services to large and small businesses, consumers and government entities. AT&T and its subsidiaries furnish domestic and international long distance, regional, and local communications services, cable (broadband) television and Internet communications services. AT&T also provides directory and calling card services to support its communications business. AT&T's primary lines of business are AT&T Business Services; AT&T Consumer Services; and AT&T Broadband Services.

RESTRUCTURING

On October 25, 2000, AT&T announced a restructuring plan to be implemented

by various independent actions designed to fully separate or issue separately tracked stocks intended to reflect the financial performance and economic value of each of AT&T's four major operating units: Broadband Services, Business Services, Consumer Services and Wireless Services.

On December 19, 2001, AT&T and Comcast Corporation announced an agreement to combine AT&T Broadband with Comcast. Under the terms of the agreement, AT&T will spin off AT&T Broadband and simultaneously merge it with Comcast, forming a new company to be called AT&T Comcast Corporation. AT&T shareholders will receive a number of shares of AT&T Comcast common stock based on an exchange ratio calculated pursuant to a formula specified in the merger agreement. If determined as of the date of the merger agreement, the exchange ratio would have been approximately 0.34 shares of AT&T Comcast common stock for each share of AT&T Corp. common stock held, assuming the AT&T shares held by Comcast are included in the number of shares of AT&T common stock outstanding. Assuming Comcast retains its AT&T shares and converts them into exchangeable preferred stock of AT&T as contemplated by the merger agreement, the exchange ratio would be approximately 0.35 as of the date of the execution of the merger agreement. AT&T shareowners will own a 56% economic stake and have a 66% voting interest in the new company, calculated as of the date of the merger agreement. The merger remains subject to regulatory review, shareholder approval by both companies and certain other conditions and is expected to close by the end of 2002. AT&T also reaffirmed its commitment to seek shareholder approval to create a tracking stock designed to reflect the economic value and financial performance of its AT&T Consumer business.

On May 25, 2001, AT&T completed an exchange offer of AT&T common stock for AT&T Wireless stock. Under the terms of the exchange offer, AT&T issued 1.176 shares of AT&T Wireless Group tracking stock in exchange for each share of AT&T common stock validly tendered. A total of 372.2 million shares of AT&T common stock were tendered in exchange for 437.7 million shares of AT&T Wireless Group tracking stock.

On July 9, 2001, AT&T completed the split-off of AT&T Wireless as a separate, independently traded company. All AT&T Wireless tracking stock was converted into AT&T Wireless common stock on a one-for-one basis and 1,136 million shares of AT&T Wireless common stock, held by AT&T, were distributed to AT&T common shareowners on a basis of 0.3218 of a share of AT&T Wireless for each AT&T share outstanding. AT&T common shareowners received whole shares of AT&T Wireless and cash payments for fractional shares. The Internal Revenue Service (IRS) ruled that the transaction qualified as tax-free for AT&T and its shareowners for U.S. federal income tax purposes, with the exception of cash received for fractional shares. AT&T retained approximately $3 billion, or 7.3%, of AT&T Wireless common stock, about half of which was used in a debt-for-equity exchange in July 2001 and the remaining shares were monetized in the fourth quarter of 2001.

1

<PAGE>

On August 10, 2001, AT&T completed the split-off of Liberty Media Corporation as an independent, publicly-traded company. AT&T redeemed each outstanding share of Class A and Class B Liberty Media Group (LMG) tracking stock for one share of Liberty Media Corporation's Series A and Series B common stock, respectively. In the redemption, shares of Liberty Media Corporation were issued to former holders of Liberty Media Group tracking stock in exchange for their shares of Liberty Media Group tracking stock. The IRS ruled that the split-off of Liberty Media Corporation qualified as a tax-free transaction for AT&T, Liberty Media and their shareowners.

DESCRIPTION OF AT&T BUSINESS SERVICES

OVERVIEW

AT&T Business Services is one of the nation's largest business services communications providers, offering a variety of global communications services to over 4 million customers, including large domestic and multinational businesses, small and medium-sized businesses and government agencies. AT&T Business Services operates one of the largest telecommunications networks in the United States and, through AT&T's Global Network Services and other investments and affiliates, provides an array of services and customized solutions in 60 countries and 850 cities worldwide.

AT&T Business Services provides a broad range of communications services and customized solutions, including:

- long distance, international and toll-free voice services;

- local services, including private line, local data and special access services;

- data and Internet Protocol (IP) services for a variety of network standards, including frame relay and asynchronous transfer mode (ATM);

- managed networking services and outsourcing solutions; and

- wholesale transport services.

STRATEGY

AT&T Business Services intends to leverage its existing leadership position in communications connectivity and substantial customer base to become a leading provider of value-added managed communications services and outsourcing solutions. The following strategic objectives are critical to this