# BROITMAN DECLARATION
# EXHIBIT 8

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)

FORM 10-K

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

(Mark One)

X    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934 (Fee Required)

For fiscal year ended December 31, 1995

OR

___    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934 (No Fee Required)

For the transition period from        to

Commission File Number: 1-8610

SBC COMMUNICATIONS INC.

Incorporated under the laws of the State of Delaware
I.R.S. Employer Identification Number 43-1301883

175 E. Houston, San Antonio, Texas 78205-2233
Telephone Number 210-821-4105

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares (Par Value $1.00 Per Share) | New York, Chicago and Pacific Stock Exchanges |
| $75 Million 8.48% Medium-Term Notes Series D, Due December 8, 1999, of Southwestern Bell Capital Corporation | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes  X   No ____

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ( X )

Based on composite closing sales price on February 29, 1996, the aggregate market value of all voting stock held by non-affiliates was $33,393,200,000.

As of February 29, 1996, 609,127,657 shares of Common Stock were outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

(1)    Portions of SBC Communications Inc.'s Annual Report to Shareowners for the fiscal year ended December 31, 1995 (Parts I and II).

(2)    Portions of SBC Communications Inc.'s Notice of 1996 Annual Meeting and Proxy Statement dated March 12, 1996 (Parts III and IV).

TABLE OF CONTENTS

PART 1

Item                                              Page

1. Business
2. Properties

Source: SBC COMMUNICATIONS I, 10-K405, March 12, 1996

3. Legal Proceedings
4. Submission of Matters to a Vote of Security Holders


Executive Officers of the Registrant


PART II

5. Market for Registrant's Common Equity and Related
     Stockholder Matters
6. Selected Financial and Operating Data
7. Management's Discussion and Analysis of Financial Condition
     and Results of Operations
8. Financial Statements and Supplementary Data
9. Changes in and Disagreements with Accountants on Accounting
     and Financial Disclosure


PART III

10. Directors and Executive Officers of the Registrant
11. Executive Compensation
12. Security Ownership of Certain Beneficial Owners and
     Management
13. Certain Relationships and Related Transactions


PART IV

14. Exhibits, Financial Statement Schedules, and Reports on
     Form 8-K


PART I


ITEM 1. BUSINESS

GENERAL

SBC Communications Inc. (SBC) is a holding company whose
subsidiaries and affiliates operate predominantly in the
communications services industry. SBC's subsidiaries and
affiliates provide landline and wireless telecommunications
services and equipment, directory advertising, publishing and
cable television services. Southwestern Bell Telephone Company
(Telephone Company) is SBC's largest subsidiary, providing
telecommunications services in Texas, Missouri, Oklahoma, Kansas
and Arkansas (five-state area). SBC has its principal executive
offices at 175 E. Houston, San Antonio, Texas 78205-2233
(telephone number 210-821-4105).

At the 1995 Annual Meeting of Shareowners, a change in the
corporate name from Southwestern Bell Corporation to SBC
Communications Inc. was approved by shareowners. This change was
made in order to better reflect SBC's position as a diversified
global communications company.

SBC was incorporated under the laws of the State of Delaware in
1983 by AT&T Corp. (AT&T) as one of seven regional holding
companies (RHCs) formed to hold AT&T's local
telephone companies. AT&T divested SBC by means of a
spin-off of stock to its shareowners on January 1, 1984
(divestiture). The divestiture was made pursuant
to a consent decree, referred to
as the Modification of Final Judgment (MFJ), issued by the United
States District Court for the District of Columbia (District
Court).


FEDERAL LEGISLATION AND THE MFJ

On February 8, 1996, the Telecommunications Act of 1996 (the Act)
was enacted into law. The Act is intended to address various
aspects of competition within, and regulation of, the
telecommunications industry. The Act provides that all post-
enactment conduct or activities which were subject to the MFJ are
now subject to the provisions of the Act. Among other things,
the Act also defines conditions SBC must comply with before being
permitted to offer interLATA long-distance service and
establishes certain terms and conditions intended to promote

Source: SBC COMMUNICATIONS I, 10-K405, March 12, 1996