# BROITMAN DECLARATION EXHIBIT 15

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)







Card Issued by BellSouth Long Distance
All carrier services provided by U.S. South Communications
"Unlimited Residential Calling Plan"

**Terms and Conditions:**

Card Expires 30 days from first use. If card is purchased but never used, it will expire one year from date of purchase. Card may only be used at a residential dwelling and you must use a touch-tone phone. Card may NOT be used from a payphone, business phone, wireless phone or dorm rooms. Unauthorized use of the card will result in termination of service. The Unlimited Card is for domestic residential voice usage only. This plan may not be used to place calls to on-line services, or Internet access services, and the plan may not be used for any commercial use or for any services that do not involve a person-to-person conversation or voice messages. The unlimited card does not permit multi-party conference calls, calls to 900, 976, 500, or 700 numbers, directory assistance, calling card, operator services, international calling and toll free calling services. If U.S. South determines that usage is not consistent with these requirements, the Customer's card may be subject to disconnection. Cards are not refundable and neither BellSouth nor U.S. South assumes any liability for lost or stolen cards. Calls may be placed only from any of the 48 contiguous United States to any of the 50 United States. BellSouth, U.S. South and their affiliate's total liability for loss or damage by defects in performance or non performance of this card service shall be limited to a credit to you for the services that were not provided or performed in accordance with this agreement. BellSouth, U.S. South and their affiliates will not be liable under any circumstances for any direct, indirect, incidental, special or consequential damages, included but not limited to loss of profits or income, arising directly or indirectly from any action or failure by BellSouth, U.S. South and their affiliates. If you are unable to resolve a complaint with U.S. South, you may contact your local state regulatory agency. Patent Pending.



410757827