# BROITMAN DECLARATION EXHIBIT 16



## AT&T Wireless

350 Park Avenue
New York, NY  10022
(212)826-2020

### MASTERCARD Sale

```
3361 BLACK PREPAID                    99.99
797553007678  Part# 797553007678
ESN/SN 07312061380
$10 REFILL CARD                       10.00  E
797553401452  Part# EPW2-10B
  Subtotal                           109.99
  Sales Tax           8.6250%           9.49
  Sales Excise Tax    3.0000%           0.30
  Total                              119.78
MASTERCARD  5424XXXXXXXXXXXX         119.78
Auth# 595976
          Change Due                   0.00
Associate   Richard Young
F1 New Activation
```

||||||||||||||||||||||||||||||||||||||||||||||

087151610010029090303030FP0BW

```
09/03/03                15:39
08715161    001     0029
```

KEEP THIS RECEIPT FOR RETURN/EXCHANGE
WARRANTIES: Information regarding
manufacturer warranties is contained in
your original equipment packaging.
WE ARE NOT THE MANUFACTURE OF THIS
EQUIPMENT AND WE MAKE NO EXPRESS OR
IMPLIED WARRANTIES WITH RESPECT TO IT.
WE DISCLAIM ANY IMPLIED WARRANTY OF
MERCHANTABILITY OR FITNESS FOR A
PARTICULAR USE.
----------------------------------------
OTHER TERMS & CONDITIONS: Please refer
to your AT&T General Terms and
Conditions, and Rate Sheet for complete
information about your rights and
responsibilities regarding your wireless
service.  Please let us know if you need
an additional copy of these materials.
********************************************
        RECURRING ELECTRONIC
        FUNDS TRANSFER^^^^^
        (REFT) PAYMENT OPTION
********************************************

Recurring Electronic Fund Transfer(REFT)
is a free service for AT&T Wireless
customers that automatically deducts
the amount of the monthly bill
from the customer's checking or
savings account.
Please visit www.ATTWS.com or
contact CUSTOMER CARE at 1-800-888-7600
to receive an application to sign up
for this service.
************************************
N.Y.C Department of Consumer Affairs
License Number 1063550.
************************************
```

The item is in its original packaging.

- The item is in re-sellable condition (no cracks, scratches, liquid damage, etc.) If there is a question regarding re-sellable condition, AT&T Wireless will have final decision as to whether the item can be returned or exchanged.

- Equipment traded in will not be returned to customer.

- Cash refunds of up to $100 will be issued at the store if funds are available.

- AT&T Wireless Prepaid calling cards are non refundable, even if packaging has not been opened.

- Customer is responsible for all wireless service fees and charges incurred prior to return.



797553356141

When you activate new service with AT&T Wireless, we are confident that you will be pleased with your purchase. If within (30) days of your original purchase you are not completely satisfied with the items you purchased, AT&T Wireless will issue an exchange or refund provided that:

- Returned item(s) are accompanied by a proof of purchase.

- All original materials (accessories, manuals, packaging, etc.) are included with the item.

- The item is in its original packaging.

- The item is in re-sellable condition (no cracks, scratches, liquid damage, etc.) If there is a question regarding re-sellable condition, AT&T Wireless will have final decision as to whether the item can be returned or exchanged.

- Equipment traded in will not be returned to customer.

- Cash refunds of up to $100 will be issued at the store if funds are available.

- AT&T Wireless Prepaid calling cards are non refundable, even if packaging has not been opened.

- Customer is responsible for all wireless service fees and charges incurred prior to return.



797553356141

When you activate new service with AT&T Wireless, we are confident that you will be pleased with your purchase. If within (30) days of your original purchase you are not completely satisfied with the items you purchased, AT&T Wireless will issue an exchange or refund provided that:

- Returned item(s) are accompanied by a proof of purchase.

- All original materials (accessories, manuals, packaging, etc.) are included with the item.

- The item is in its original packaging.

- The item is in re-sellable condition (no cracks, scratches, liquid damage, etc.) If there is a question regarding re-sellable condition, AT&T







YOUR LIFE
MADE TRULY MOBILE



**AT&T FREE•2•GO WIRELESS℠**



› Domestic long
distance included*

Refill cards as low as
$10 conveniently available

› Choice of Local or
National Calling Plans

Includes voice mail,
caller ID, call waiting
and more

welcome to mlife.

NOKIA 3361 PHONE

› Text messaging with
predictive text input

Vibrating alert for
calls and messages

Phonebook stores
up to 200 contacts

› Alarm clock, games
and reminders

25 built-in ring tones,
room to download
10 more

Plus so much more

 AT&T Wireless


NOKIA
3361

Except on calls made with AT&T Free2Go Wireless prepaid airtime. AT&T Free2Go Wireless Rate Plans and Conditions included inside the box or the service indicate a distance of the Terms and Conditions. Your phone comes preinstalled software so only AT&T Wireless allows the software will prevent the phone from being activated with any other carrier. Calls are deducted in full minute increments with partial minutes of use rounded up, and using up to the next full minute. Refill Cards and airtime added to your account are nontransferable, nonrefundable, or redeemable. Airtime minutes expire 45 days from the date added to your account. Service only available for purchase and use in limited areas. Due to coverage and system limitations, service may not be accessible at all times. AT&T Wireless Digital PCS Features are only available to the AT&T Wireless Digital PCS Features Area. Roaming and additional charges may apply. Wireless operates as part of the AT&T Wireless network, special dialing patterns may be required. Certain states and areas restrict, limit, or prohibit cellular phone use while driving, or impose special equipment requirements. Use care. Check laws in the areas where you are driving. ©2002 AT&T Wireless

EVERYTHING YOU NEED IS INSIDE

Nokia 3361 Digital
multi-network phone

Battery,
charger, headset

Starter
Airtime Card

**AT&T** Wireless

797553007678

7  97553 00767  8

MATERIAL 0074835

ESN 07312061380

MADE IN KOREA

**3361 Prepaid package:**

NPW – 1PA Nokia 3361 Transceiver
BMC – 3 3.6V NIMH
ACP – 7U Travel Charger
HDE – 2 Headset
Nokia User Literature
and Warranty Information
AT&T Digital PCS Information
Terms and Conditions



## WHY IS FREE2GO WIRELESS THE RIGHT CHOICE?

Simple. Flexible. Prepaid.

- No annual contract
- No credit check
- No deposits
- Just pay as you go
- Add minutes as you need them



Choose the option that's best for you and buy the airtime you need.

If you already have an AT&T Wireless Digital phone:

## BUY THE PACKAGE
The package includes:
- Digital phone
- Starter Airtime Card
- Standard battery and charger
- Hands-free headset

**OR**

## PICK UP THE STARTER KIT
Grab a Starter Kit and you'll receive a refill card at the counter when you make your purchase.

## ACTIVATE YOUR PHONE
Activating your phone is easy. Simply call 1 888 588-1669, provide some basic information and choose your calling plan and features.

## REFILL YOUR ACCOUNT
Convenient airtime refill amounts available in $10, $25, $50, $75 or $100 denominations. Buy airtime by calling 611 on your wireless phone or 1 800 888-7600. You can also purchase "eMinutes" online at attwireless.com/free2go or visit an authorized retail location.



simple. flexible.
# prepaid

your mobile life made better.

mlife.

AT&T Wireless
1 888 MY mLIFE
attwireless.com

For Online Customer Service visit attwireless.com/ocs

New York/New Jersey

 AT&T Wireless

AT&T FREE2GO WIRELESS

 AT&T Wireless




# THE CHOICE IS YOURS

## LOCAL OR NATIONAL? YOU CHOOSE.

### KEEPING IT LOCAL

The Local Plan offers you one rate for domestic calls, including domestic long distance placed within your Home Service Area to anywhere in the U.S.

### TAKING IT NATIONAL

If you have friends and family across the country, the National Plan offers you one rate for local calls, roaming and domestic long distance placed within the U.S.

# CALLING PLANS



| Card Value[1] | LOCAL PLAN | | NATIONAL PLAN | |
|---|---|---|---|---|
| | Total Minutes[2] | Rate per Minute[3] | Total Minutes[2] | Rate per Minute[3] |
| $10 | up to 20? | 10¢ | up to 11 | 86¢ |
| $25 | up to 71? | | up to 38 | 65¢ |
| $50 | up to 166 | | up to 100 | 50¢ |
| $75 | up to 500? | | up to 300 | 25¢ |
| $100 | up to 88? | | up to 455 | 22¢ |
| Domestic Long Distance | Included | | Included | |
| Canada Roaming[5] | | | | 85¢/min |
| Domestic Roaming[4] | Included | | Included | |

1 At select dealers you can purchase airtime in amounts over $10 in $1 increments. Rates correspond to the next lowest card value.
2 Number of minutes are based on all voice minutes used within the applicable Home Service Area for domestic calls.
3 Per minute airtime rates apply to calls placed and received within your Home Service Area. Additional charges apply to international and directory assistance calls
4 For the Local Plan, make and receive calls in the U.S. for 85¢ per minute where services is available. Roaming in the U.S. is included in the National Plan Long Distance charges for international calls will apply.
5 Calls made while roaming in Canada will be billed at 85¢ per minute plus applicable long distance.

Funds deposited into your account expire after 45 days. However, if additional funds are placed into your account before the current account balance expires, the existing balance will be carried over to the new expiration date.







Carry a spare card so you'll never run out of minutes

## Do more with these included features:

- Text Messaging
  Receive unlimited text messages for free.
  Send, forward and reply to text messages for just 10¢ per message.
  Compatible phone required
- Ring Tones
- VoiceInfo
- Caller ID
- Voice Mail

**AT&T FREE2GO WIRELESS SERVICE AREA**

## LOCAL SERVICE AREA



### Service Not Available

### Digital Local Service Area
Voice usage in this area will be billed according to the included minutes in your plan.

### Roaming Area
Voice usage in this area will be billed according to the roaming rate listed for your plan.

This map is a general representation of wireless coverage and the areas shown are approximate. Actual coverage depends on system availability and system capacity, system repairs and modifications. The map is not a representation of where service can be purchased. Long distance charges may apply whenever a non-AT&T Wireless network is used to place or receive the call, regardless of location.

## NATIONAL SERVICE AREA



### National Home Service Area
Voice usage in this area will be applied to any included minutes in your plan. Home airtime rates apply to National Calling Plan customers only. No domestic long distance and no roaming charges. Credit card calls excluded.

### Digital Service Area
All digital features will be available.

### Wireless Service Area
Digital features may be available.

### Canada Roaming Area
Voice usage in this area will be billed according to the roaming rate listed for your plan.

### Service Not Available

This map is a general representation of wireless coverage and the areas shown are approximate. Actual coverage depends on system availability and system capacity, system repairs and modifications, customer's equipment, terrain, signal strength, weather and other conditions. This map is not a representation of where service can be purchased. Long distance charges may apply. Roaming rates may apply whenever a non-AT&T Wireless network is used to place or receive the call regardless of location.

NM03-2212





simple. flexible.
**prepaid**

AT&T Wireless

New York/New Jersey

AT&T Wireless



## EXPLANATION OF RATES AND CHARGES

A compatible Digital phone is required. Service and features are not available for purchase or use in all areas. You must be over the age of 18 to purchase service. You will be required to provide us with your name, address and other information about you in order to use the service. For all incoming calls, the length of the call will be measured during the time that you are connected to our system, which is approximately from the time you press "Send" or other key to answer a call until approximately the time you press "End," or other key to terminate the call. For all outgoing calls, the length of the call will be measured from when you are released by the automated balance notification system until approximately the time you press "End," or other key to terminate the call. Airtime, roaming and long distance for each call is billed in full-minute increments with partial minutes rounded up to the next full minute. While on the AT&T Wireless network, there is no charge for busy or unconnected calls if you end the call within 30 seconds. Availability and reliability of service are subject to radio transmission limitations caused by system capacity, system repairs and modifications, your equipment, terrain, signal strength, weather and other conditions. Call waiting and three-way calling will incur airtime or roaming and applicable international long distance charges. You will incur airtime or roaming plus applicable international long distance charges when accessing voice mail from your wireless phone. Call forwarding will be charged at 40¢ per minute for the entire time that our switch handles the call, plus applicable long distance. Directory assistance is charged at $1.25 per call plus airtime or roaming and applicable long distance. Your airtime rates apply to calls placed and received when in your Home Service Area. Roaming rates apply to calls placed and received when outside this area. Rates are not available when using your phone outside the United States. International wireless long distance charges are subject to change and will be incurred for calls placed from your wireless phone. Different rates apply for calling card or credit card calls. You will not be able to receive calls where a credit card is required. All charges incurred will be deducted automatically from your account. Any amounts loaded into your account are not transferable or refundable. No refunds or other compensation will be given for returned, expired, lost or stolen cards. The maximum account balance at any time is $1000. Funds deposited to your account expire after 45 days. However, if additional funds are deposited into your account before the current account balance expires, the existing balance will be carried over to the new expiration date. If new funds are not added to your account prior to the expiration date, any remaining funds will be forfeited and you may lose your wireless number. Credit card replenishment is available; limitations apply. Credit approval and selection of a new calling plan are required to migrate to a qualified standard post-paid calling plan. Upon migration to a post-paid plan any remaining prepaid balance will be lost.

Eligibility requirements, pricing, features and calling areas are subject to change without notice. Service is subject to the Terms and Conditions contained in your User Guide, which is included with your phone or available at point-of-purchase. For customer care, call 611 from your wireless phone or 1 800 888-7600. VoiceInfo: Only available in AT&T Wireless network areas. Accuracy, availability and timeliness of the information may not be accessible at all times. Airtime or roaming rates associated with your calling plan apply. While your requests are processed, advertisements we think will be of interest to you will be played. Your phone number will be shared with Tell Me Networks to personalize your service. Any information you voluntarily provide while using this service will be governed by Tell Me's policies. See printed materials regarding dialing VoiceInfo for details. **AT&T Wireless Text Messaging Service:** You can only send messages when using the AT&T Wireless network and then only in select geographic areas. Ability to receive messages in any geographic area is not an indication that you can send messages. You will be billed for all messages sent from your device. There is no guarantee of actual delivery or delivery within a specific period of time. If your phone is turned off, your phone's memory is full, or you are outside the service area, the network will store and re-send messages for up to 72 hours. Messages not delivered after 72 hours will be deleted. You cannot send or receive messages while on a call. Maximum message length is up to 160 characters, which includes the e-mail address. Any characters over the maximum will be deleted. If you have per-line call blocking on your account your phone number will still transmit as part of an AT&T Wireless text message. **AT&T Wireless Ring Tones:** A compatible phone and subscription to an eligible AT&T Wireless calling plan are required. You are only allowed to store and use the ring tone on your phone and you cannot forward, sublicense, share or disseminate the ring tone, in any other way. AT&T Wireless eWallet registration and a credit card may be required for purchase. You can only receive ring tones or graphics in AT&T Wireless network areas. Each phone can only store a limited number of ring tones. If you use the ASAP (2727) text messaging service from your phone, standard charges apply to all messages sent. These charges are in addition to the charges associated with the ring tone or graphic that you order and will be deducted from your prepaid account. Ring tones are a minimum of $0.99 each; premium ring tones are additional and additional data delivery charges may apply. Taxes apply to purchase price. See attwireless.com/ringtones for details.





## ENHANCE YOUR SERVICE WITH THESE FEATURES

### TEXT MESSAGING

Want to send a quick message to a friend? Stuck in a meeting but still need to get the word out? Go ahead. It's fast, fun and simple with Text Messaging.

### AT&T WIRELESS VOICEINFO

Get great information when and where you need it. Just dial #121 to stay informed, be entertained or get help with your day.

### CUSTOM RING TONES

Download your favorite tunes to play whenever you receive an incoming call and make it easier to recognize your phone ringing in a crowd. Select from hundreds of ring tones or create your own! Go to attwireless.com/ringtones for more information.

*Standard usage charges apply.
Products, services and prices may vary outside of the 50 United States.





life *your mobile life made better*

**AT&T** Wireless

# welcome to AT&T Wireless

Because you're a new AT&T Free•2•Go Wireless customer, you probably already know that mLife is all about freedom and convenience. Here, you'll find lots of great information about how to get the most from your new wireless service. Have fun exploring everything you get with Free•2•Go Wireless, and welcome to mLife.

Now that you've been making calls with your new Free•2•Go Wireless service, here are some ways to keep you talking.

Don't forget, Free•2•Go Wireless airtime expires in 45 days if not used. But don't worry, as long as you use the easy tools we provide to stay on top of your account and refill at least every 45 days, you'll never lose airtime. That's because we'll carry forward any unused portion to the next 45-day period. Keep a spare refill card handy, so you can keep talking and don't get caught without airtime.

You can manage your Free•2•Go Wireless account balance with these easy account management tools:

- visit our eMinutes™ site at **www.attwireless.com/free2go**: Click on the *Manage Your Account* link and register by entering your Free•2•Go Wireless phone number and PIN. Once you register, you can check your account balance, find out when your airtime will expire and more, all online.

  pre-call announcements: At the beginning of each outgoing call, you'll hear a message notifying you of the number of minutes available in your account.

- text message notifications: If your account balance falls to $5 or less, a short text message notification will appear on your phone's display at the end of every call.

  low-balance tones: If your available airtime falls below three minutes while you're on a call, you'll hear a tone reminding you that your account balance is low.

  dial **611** from your wireless phone or call **1 800 888-7600** to check your balance: 24 hours a day, 7 days a week. You'll need to enter your wireless phone number and four-digit PIN.

These tools give you an easy way to stay on top of your Free•2•Go Wireless account balance and avoid the risk of missing important calls. However, you may disable some of these tools if you prefer.

What's your preference? Online or store? Cash or credit? With Free•2•Go Wireless you get the freedom to choose the method for buying airtime that best fits your lifestyle.

visit our eMinutes site:

Go to **www.attwireless.com/free2go** and click on the *Buy eMinutes* link, then you can:

  Buy eMinutes with a valid credit card or debit card.

  Pay online from your checking account. Just fill out an online check with your account, routing and check numbers.

  Sign up for the convenient Auto Refill option, which automatically refills your account every 30 days from your credit card. It's simple, convenient and automatic, so it's easier to manage your monthly expenses.

other refill options:

  Call **611** from your wireless phone or **1 800 888-7600** to add airtime via our automated system with either a refill card or valid credit card.

- Buy refill cards at an AT&T Wireless Store (**www.attwireless.com/storelocator** for the store nearest you) or authorized dealer (see right panel for national dealers).

 

What else do you need?

 



FranklinCovey



*What the prepay world is coming to.™*

You can buy airtime in $10, $25, $50, $75 or $100 denominations—it's your choice!

Get the information you need, quickly and easily. Simply dial **411** while on the AT&T Wireless network to get:

Phone numbers: We can provide you local and national listings with call completion.

Category search: We can get you listings by category such as "a music store downtown."

Movie information: We'll tell you what movies are playing, times, locations, ratings and reviews.

Driving directions: Tell us where you are and where you need to be and we will help you get there turn by turn.

Restaurant reservations: We'll make reservations for you and call you back to confirm.

Receive up to four listings or services by pressing the star (*) key during a call to return to an operator for another listing or service.

Visit **www.attwireless.com/connect** for more information. AT&T Wireless Connect fee plus airtime or roaming charges apply per call. Not available in Alaska or Puerto Rico.

Voice mail gives you a convenient way to manage calls when you're not available. It's included with your Free•2•Go Wireless service and is easy to activate. Just call Customer Care at **611** from your wireless phone or **1 800 888-7600**.

with voice mail:

An icon will let you know when you have a message.

When callers leave messages for you, none of your airtime is used.

Airtime charges apply ONLY when you use your wireless phone to retrieve your messages, not if you use another phone to retrieve them.

Once you've activated your service, please refer to the enclosed insert for more information, including how to establish a password and a personal greeting. Voice mail usage incurs standard airtime or roaming charges.

You can get even more convenience, comfort, safety and style with accessories offered by AT&T Wireless. The complete line including headsets, hands-free kits, faceplates, batteries, chargers and more is available via the Web, at any AT&T Wireless Store or by phone. Just go to **www.attwireless.com/accessories**, or call **1 888 933-1212** toll-free.

*Text messaging: Compatible device and active voice plan required. You can only send short text messages in select geographic areas. You will be billed for all messages sent from your device. There is no guarantee of actual delivery or delivery within a specific period of time. See www.attwireless.com/text for complete details on text messaging.

Service and features not available for purchase or use in all areas. Compatible Digital phone required. Usage is rounded up to the next full minute. Cards and airtime are non-refundable. Funds deposited into your account expire after 45 days unless additional funds are placed into your account before that expiration date. **Minutes:** A $1.00 processing fee applies to checking account transactions. Directory Assistance is billed at $1.25 per call plus applicable per-minute airtime or roaming charges. Full terms and conditions are contained in the AT&T Free•2•Go Wireless user guide and other prepaid materials.

AOL® Instant Messenger™ is a trademark or registered trademark of America Online, Inc.

With text messaging, you can send messages to almost anyone, anytime, anywhere from our Digital network. It's a whole new way to stay in touch when you can't talk, for example:

Check on the kids without an embarrassing call from Mom or Dad.

At a concert or sporting event, send a text message and save your vocal cords. No need to shout.

Babysitter has a question when you're at a movie? No problem. She can send a text message!

Sending text messages is easy. All you need is the 10-digit wireless phone number of the person you'd like to send a message to. You can even get AOL® Instant Messenger™ service on your phone, so you can take your online buddies mobile. Best of all, you get unlimited incoming messages free and it's only 10¢ to send one.

You already have text messaging, so use it right now! Please see the enclosed *Thumb Talk 101* insert for additional information, especially the info about receiving text messages, so that you can read your account balance notifications. Or, you can visit us online and see a demo at **www.attwireless.com/text.***



Roberto Gomez
135 E. 54th St.
New York, NY 10022

70-159-7103
©2003 AT&T Wireless. All Rights Reserved

AT&T Wireless | Frequently Asked Questions

Page 1 of 5

AT&T Wireless home                                    att.com home    AT&T Wireless Personal    AT&T Wireless Business

**AT&T** Wireless    › store    SEARCH [        ] ⊗

VIEW CART

ORDER STATUS

STORE LOCATOR

PRODUCTS    PLANS    FEATURES & SERVICES    SPECIAL OFFERS    CUSTOMER SERVICE

›› GoPhone    ˅ Free2Go

## our biggest store : AT&T Free2Go Wireless

› Free2Go

› rate plans

˅ faq

› store locator

› coverage map

### frequently asked questions

⊗ **What is AT&T Free2Go Wireless?**

⊗ **What calling plans can I choose from?**

⊗ **What is the price per minute?**

⊗ **What else comes with these calling plans?**

⊗ **Once the phone is purchased, what do I need to do to get started?**

⊗ **How long do I have to use my airtime?**

⊗ **How will I know how much time I have left on my account?**

⊗ **How do I add airtime to my account?**

⊗ **Who do I contact for questions about eMinutes?**

⊗ **How do I use my phone?**

⊗ **How do I find rates for International Calls?**

⊗ **Can Prepaid Long Distance cards be used with this service?**

⊗ **Can I move to an AT&T Wireless postpaid plan later?**

⊗ **Can I purchase additional batteries and accessories?**

⊗ **What is Roaming?**

**Q. What is AT&T Free2Go Wireless?**

**A.** AT&T Free2Go Wireless is an exciting Prepaid Wireless product that
gives customers the freedom and flexibility to buy airtime only as you
need it without the commitment -- no monthly bills, no credit check, no
deposit and no annual contract. You also have digital features included
like Call Waiting, Voicemail, Text Messaging, and Caller ID. Everything
you need is in one convenient box that includes a Nokia 2260, a standard
battery charger, a $10 refill card, hands-free headset and a user guide.

top of page

**Q. What calling plans can I choose from?**

**A.** AT&T Free 2 Go Wireless customers activating initial service after
3/31/04 are eligible for the new Flat Rate plan.

> **Manage your AT&T
Free2Go Wireless
or other prepaid
accounts:**

- Buy prepaid
  minutes
- Check account
  balance
- Refill your account
- View expiration
  date

> **Sign in to my
account now**

Call toll-free 1 800
888-7600, 24 hours a
day, 7 days a week

Visit an AT&T Wireless
Store, or Authorized
Dealer, including
participating Western
Union locations across
the United States.

### included AT&T
### Wireless features

**Service includes:***
- Text Messaging**
- VoiceMail
- Caller ID
- Three-Way Calling
- AT&T Wireless
  VoiceInfo
- Line Blocking
- Call Waiting
- Call Forwarding
- Per-Call Blocking

Plus, you can also get
AT&T Wireless Ring
Tones**

* Use of some features will
incur airtime or roaming
charges.
** Feature requires
compatible phone.

Important Note: Customers who activated their service prior to 3/31/04 can remain on either the The Local Calling Plan or The National Calling Plan if they so choose, however they also have the option to switch to the new Flat Rate plan by calling Care.

top of page

### Q. What is the price per minute?

**A.** The price per minute depends on the calling plan you activated on. Activations on or after 3/31/04 receive the Flat Rate Calling Plan.

**Flat Rate Calling Plan**

| Cards*** | **Flat Rate Calling Plan** | | |
|---|---|---|---|
| Amount | Per Minute Charge | Included Minutes** | Expiration Period |
| $10 | $0.25 | Up to 40 | 90 Days |
| $25 | $0.25 | Up to 100 | 90 Days |
| $50 | $0.25 | Up to 200 | 90 Days |
| $75 | $0.25 | Up to 300 | 90 Days |
| $100 | $0.15 | Up to 665 | 1 Year |
| Domestic Long Distance | Included | | |
| Domestic Roaming | On-net - Included Off-net - $0.69 Canada - $0.85 | | |

*Available for activations on or after 3/31/04

**Local & National Calling Plan**
(for existing customers who activated service prior to 3/31/04)

| Cards*** | **Local Calling Plan** | | **National Calling Plan** | |
|---|---|---|---|---|
| Amount | **Per Minute Charge** | **Included Minutes** | **Per Minute Charge** | **Included Minutes** |
| $10 | 50¢ | Up to 20 | 85¢ | Up to 11 |
| $25 | 35¢ | Up to 71 | 65¢ | Up to 38 |
| $50 | 30¢ | Up to 166 | 50¢ | Up to 100 |
| $75 | 15¢ | Up to 500 | 25¢ | Up to 300 |
| $100 | 12¢ | Up to 833 | 22¢ | Up to 455 |
| Domestic Long Distance | Included | | Included | |
| Domestic Roaming | 85¢ | | Included | |

* Per minute airtime rates apply to calls placed and received within your Local Calling Area. Applicable International long distance and directory assistance charges apply.
** Number of minutes are based on all minutes being used only for local calling before the expiration date.
*** At select dealers, you can purchase airtime in any amount over $10 in $1 increments. Rates correspond to the next lowest card value.

top of page

### Q. What else comes with these calling plans?

**A.** AT&T Free2Go Wireless offers several features at no additional monthly charge*:

○ Text Messaging
○ VoiceMail (Added on request)
○ Call Waiting
○ Caller ID
○ Call Forwarding
○ Three-Way Calling
○ Line Blocking
○ Per-Call Blocking
○ AT&T Wireless VoiceInfo
○ And get AT&T Wireless Ring Tones**

*Use of features will incur airtime or roaming and international long
distance charges.
**Features require compatible phone.

top of page

**Q. Once the phone is purchased, what do I need to do to get
started?**

**A.** If you purchase your phone on-line, it will be sent within 72 hours of
when you placed your order. You need to charge your phone for 24
hours.

When placing your first outgoing call you will be routed to an automated
system and given the option to choose either English or Spanish
messaging for voice prompts, audible messages and balance
notifications. You will also be prompted to select a 4-digit Personal
Identification Number (PIN) to be used for Customer Care. If you forget
your PIN, you can call **1 800 888-7600** to reset it. This will complete
your activation process.

Once your phone is activated, your first call will be to add airtime to
your account with an AT&T Prepaid Wireless Refill Card (in your box) by
calling 1 800 888-7600.

top of page

**Q. How long do I have to use my airtime?**

**A.** Effective 3/31/04, airtime on $10, $25, $50, and $75 denominations
expires 90 days from the date it is added to your account, increased
from 45 days. Airtime on the $100 denomination expires in 365 days. If
additional funds are placed into your account before the current account
balance expires, the existing balance will be carried over to the new
expiration date. The amount of the new card deposited into your
account will determine your new expiration date. You can hear the
expiration date of your account by selecting 2 from the Options Menu

| Cards | NEW Flat Rate | Local Plan* | Natl. Plan* | Exp. |
|-------|---------------|-------------|-------------|---------|
| $10   | $0.25/min     | $0.50/min   | $0.85/min   | 90 Days |
| $25   | $0.25/min     | $0.35/min   | $0.65/min   | 90 Days |
| $50   | $0.25/min     | $0.30/min   | $0.50/min   | 90 Days |
| $75   | $0.25/min     | $0.15/min   | $0.25/min   | 90 Days |
| $100  | $0.15/min     | $0.12/min   | $0.22/min   | 1 Year  |

*for existing customers who activated service prior to 3/31/04

top of page

**Q. How will I know how much time I have left on my account?**

**A.** As an AT&T Free2Go Wireless customer, you will have the following tools to assist you in managing your account balance:

1. **Pre-Call Announcements:** You will hear a message at the beginning of each call notifying you of the number of minutes available to make that call.
2. Check account balance and expiration online
3. **Text Messaging Notifications:** A short text message will appear on your phone display at the end of every call if your account balance reaches $5 or less.
4. **Low Balance Tones:** If your airtime balance falls below 3 minutes while you are on the call, you will hear a tone. This tone is to remind you that your balance is low and that you need to replenish your account to avoid service interruption.

It is important to note that you are not able to call or receive calls if you do not have time left in your account.

top of page

**Q. How do I add airtime to my account?**

**A.** You can purchase AT&T Free2Go Wireless airtime in $10, $25, $50, $75, or $100 denominations in these convenient ways:



1 Buy eMinutes Online

2 Call toll-free **1 800 888-7600**, 24 hours a day, 7 days a week

3 Visit an AT&T Wireless Store, or Authorized Dealer, including participating Western Union locations across the United States.

Once airtime is purchased, it is nonrefundable and non transferable

top of page

**Q. Who do I contact for questions about eMinutes?**

A. If you have questions about your eMinute replenishment or the eMinute charge on your credit card please call Customer Care at 1 800-888-7600 or visit us online for eMinute account information. .

top of page

**Q. How do I use my phone?**

A. There are three very important things to remember when using your phone:

1. You must have funds in your account to place and receive calls.
2. Make sure your phone is turned on and properly charged. (Please see your User Guide for more information on charging your battery.)
3. You must be in a wireless coverage area.

Please refer to your phone's User Manual for complete operating instructions

top of page

**Q. How do  find rates for International Calls?**

**A.** To hear an automated rate quote for international calls, dial 611 from your wireless phone. Under "Account Information," voice prompts will instruct you to enter the destination number to receive a rate quote. Voice prompts will then provide the per-minute cost of the call.

top of page

**Q. Can Prepaid Long Distance cards be used with this service?**

**A.** No. Our service does not allow use of Prepaid Long Distance Cards.

top of page

**Q. Can I move to an AT&T Wireless postpaid plan later?**

**A.** Absolutely! At any time, you can call Customer Care are 1-800-888-7600 to request a migration to an eligible postpaid calling plan. However, you will need to go through the normal credit application procedures, and Prepaid account balances will not apply to the new account.

top of page

**Q. Can I purchase additional batteries and accessories?**

**A.** Yes. Compatible accessories are available at the AT&T Wireless Website (www.att.com/wireless/accessories) or by calling the AT&T Accessory Hotline at 1 888-933-1212 or 1 888-933-1313. Most accessories can also be found at our AT&T Wireless Stores, Kiosks and Authorized Dealers.

top of page

**Q. What is Roaming?**

**A.** Roaming is the term applied to using your wireless phone outside your Local Calling Area. Look at your coverage map to identify your Home Calling Area.

top of page

> **en español**   > **company info**   > **developer resources**   > **contact us**

©2004 AT&T Wireless, All Rights Reserved.
Acceptable Use Policy     Site Access Agreement     Privacy Policy     Reviewed by Trust-E     Consumer Code



AT&T Wireless | Free2Go Wireless                                                    Page 1 of 2

AT&T Wireless home                    att.com home    AT&T Wireless Personal    AT&T Wireless Business

**AT&T** Wireless    > store    SEARCH [          ] ⊗

**VIEW CART**

**ORDER STATUS**

**STORE LOCATOR**

PRODUCTS    PLANS    FEATURES & SERVICES    SPECIAL OFFERS    CUSTOMER SERVICE

›› GoPhone    ⌄ Free2Go

## our biggest store : AT&T Free2Go Wireless

⌄ Free2Go

› rate plans

› faq

› store locator

› coverage map

### simple. flexible. prepaid.

**Nokia 2260**



› Details

**To order call
1-866 reachout**

**PAY AS YOU GO**
- No Annual Contracts
- No Credit Checks
- No Monthly Bills
- Account balance good for 90 days
- $100/1 Year card available

**AT&T Free2Go Wireless includes:**
- Nokia 2260 TDMA Digital multi-network handset
- Battery Charger
- Hands-free headset
- $10 airtime refill card

Shipping available to billing address only.

**Give the gift of airtime:**

Purchase prepaid minutes as a gift for friends or family members with an AT&T Free2Go Wireless account.


buy prepaid minutes now!

› **Manage your AT&T Free2Go Wireless or other prepaid accounts:**

- Buy prepaid minutes
- Check account balance
- Refill your account
- View expiration date

› **Sign in to my account now**

Call toll-free 1 800 888-7600, 24 hours a day, 7 days a week

Visit an AT&T Wireless Store, or Authorized Dealer, including participating Western Union locations across the United States.

**included AT&T Wireless features**

**Service includes:***
- Text Messaging**
- VoiceMail
- Caller ID
- Three-Way Calling
- AT&T Wireless VoiceInfo
- Line Blocking
- Call Waiting
- Call Forwarding
- Per-Call Blocking

Plus, you can also get AT&T Wireless Ring Tones**

* Use of some features will incur airtime or roaming charges.
** Feature requires compatible phone.

### Calling Plans

**Flat Rate Calling Plan***

Starting 3/31/04, all new customers get one low rate when calling local or long distance anywhere in the country on the AT&T Wireless national network. You also have even longer to use your airtime—now 90 days instead of 45 or buy the $100 denomination and take up to one year to use your minutes.

View Details

Explanation fo Rates and Charges

**Already Have a Phone?**

If you have a Digital multi-network phone* that is compatible with the AT&T Wireless network, simply pick up a Starter Kit to sign up for service. Starter Kits are available in authorized dealers locations. It includes a comprehensive user guide and quick tips to get you started.

*Does not include the Sony Ericsson R280LX, R289LX or Mitsubishi T25ᵕ Internet Ready Phones.

> **en español**    > **company info**    > **developer resources**    > **contact us**

©2004 AT&T Wireless, All Rights Reserved.

Acceptable Use Policy     Site Access Agreement     Privacy Policy     Reviewed by Trust-E     Consumer Code

AT&T Wireless | Free2Go Wireless Rate Plans

AT&T Wireless home                    att.com home    AT&T Wireless Personal    AT&T Wireless Business

**AT&T** Wireless    > store    SEARCH [          ] ⊗

VIEW CART

ORDER STATUS

STORE LOCATOR

PRODUCTS    PLANS    FEATURES & SERVICES    SPECIAL OFFERS    CUSTOMER SERVICE

>> GoPhone    ⌄ Free2Go

# our biggest store : AT&T Free2Go Wireless

## rate plans

› Free2Go

⌄ rate plans

› faq

› store locator

› coverage map

### NEW FLAT RATE CALLING PLAN

Get one low rate when calling local or long distance anywhere on the AT&T Wireless national network. You now have extra days to use your airtime—now 90 days instead of 45 or buy the $100 denomination and take up to one year to use your minutes.

| Cards*** | **Flat Rate Calling Plan** | | |
|---|---|---|---|
| Amount | Per Minute Charge | Included Minutes** | Expiration Period |
| $10 | $0.25 | Up to 40 | 90 Days |
| $25 | $0.25 | Up to 100 | 90 Days |
| $50 | $0.25 | Up to 200 | 90 Days |
| $75 | $0.25 | Up to 300 | 90 Days |
| $100 | $0.15 | Up to 665 | 1 Year |
| Domestic Long Distance | Included | | |
| Domestic Roaming | On-net - Included Off-net - $0.69 Canada - $0.85 | | |

### RATE PLANS FOR ACTIVATION PRIOR TO 3/31/04

**Local Calling Plan*:** A great plan if you mostly call within a local area. You get one rate when you place calls from your Home Calling Area - including long distance calls. You will have a different rate for roaming calls made while outside your Home Calling Area.**

**National Calling Plan*:** Get one low rate for all calls placed while traveling in the U.S.** That means you get one rate for local, roaming and domestic long distance calls placed within the United States.

*Existing customers only.
**Additional charges will apply for international and directory assistance calls. Credit card calls excluded.

| Cards*** | **Local Calling Plan** | | **National Calling Plan** | |
|---|---|---|---|---|
| Amount | Per Minute Charge | Included Minutes | Per Minute Charge | Included Minutes |
| $10 | 50¢ | Up to 20 | 85¢ | Up to 11 |
| $25 | 35¢ | Up to 71 | 65¢ | Up to 38 |
| $50 | 30¢ | Up to 166 | 50¢ | Up to 100 |
| $75 | 15¢ | Up to 500 | 25¢ | Up to 300 |

> **Manage your AT&T Free2Go Wireless or other prepaid accounts:**

• Buy prepaid minutes
• Check account balance
• Refill your account
• View expiration date

> **Sign in to my account now**

Call toll-free 1 800 888-7600, 24 hours a day, 7 days a week

Visit an AT&T Wireless Store, or Authorized Dealer, including participating Western Union locations across the United States.

**included AT&T Wireless features**

**Service includes:***
• Text Messaging**
• VoiceMail
• Caller ID
• Three-Way Calling
• AT&T Wireless VoiceInfo
• Line Blocking
• Call Waiting
• Call Forwarding
• Per-Call Blocking

Plus, you can also get AT&T Wireless Ring Tones**

* Use of some features will incur airtime or roaming charges.
** Feature requires compatible phone.

| $100 | 12¢ | Up to 833 | 22¢ | Up to 455 |
|---|---|---|---|---|
| Domestic Long Distance | Included | | Included | |
| Domestic Roaming | 85¢ | | Included | |

\* Per minute airtime rates apply to calls placed and received within your Local Calling Area. Applicable international long distance and directory assistance charges apply.
\*\* Number of minutes are based on all minutes being used only for local calling before the expiration date.
\*\*\* At select dealers, you can purchase airtime in any amount over $10 in $1 increments. Rates correspond to the next lowest card value.

Features:
**AT&T Wireless Text Messaging**

Now, AT&T Free2Go Wireless customers with a 2-way messaging enabled phone can send, receive, reply to or forward short text message, up to 160 characters in length to another compatible digital phone or to any Internet e-mail address. This service is perfect for those times when a phone call is inappropriate – like when you're in a meeting or don't want to be overheard. Learn More.

- Receive unlimited messages per month for **Free**.
- Just 10¢ per message sent.
- Just 25¢ per international message sent

**NEW!**
**AT&T Wireless RingTones**

AT&T Wireless RingTones make it easy to identify who's calling you just by the sound of the ring. Browse and download lots of ring tones directly from a compatible wireless phone-you don't even need a credit card.

- Visit www.attwireless.com/ringtones/ for complete details.

**NEW!**
**AT&T Wireless VoiceInfo**

With AT&T Wireless VoiceInfo, you get the information you want, when and where you need it. Simply dial #121 from your wireless phone and by voice command you can request and hear directions, stock quotes, movie listings, sports scores, weather and news. Standard airtime and/or roaming charges apply.

- Visit www.attwireless.com/voiceinfo for complete details.

**Call 1-866-reachout to order.**

Explanation of rates and charges

> **en español**    > **company info**    > **developer resources**    > **contact us**

©2004 AT&T Wireless, All Rights Reserved.
Acceptable Use Policy    Site Access Agreement    Privacy Policy    Reviewed by Trust-E    Consumer Code

**Términos y condiciones de AT&T Free•2•Go Wireless**

- LOS FONDOS DE LAS TARJETAS DE $10, $25, $50 Y $75 QUE SE DEPOSITEN EN LA CUENTA VENCEN DESPUÉS DE 90 DÍAS. LOS FONDOS DE LAS TARJETAS DE $100 QUE SE DEPOSITEN EN LA CUENTA VENCEN DESPUÉS DE 365 DÍAS. SI SE AGREGAN FONDOS ADICIONALES A LA CUENTA ANTES DE LA FECHA DE VENCIMIENTO DEL SALDO ACTUAL, LA NUEVA FECHA DE VENCIMIENTO TAMBIÉN SE APLICARÁ AL SALDO EXISTENTE. EL MONTO DE LA NUEVA TARJETA QUE SE DEPOSITE EN LA CUENTA DETERMINARÁ LA NUEVA FECHA DE VENCIMIENTO.

- Al cargar los fondos de la tarjeta a cuenta, se añadirán minutos de tiempo de uso según el valor de la tarjeta y del plan de llamadas.

- El servicio de atención al cliente atiende las 24 horas: llame al 1 800 888-7600.

- La duración de las llamadas entrantes se medirá durante el tiempo en que esté conectado a nuestro sistema, que es, aproximadamente, desde el momento en que se oprime "Send" u otra tecla para coestelar una llamada, hasta, aproximadamente, el momento en que se oprime "End" u otra tecla para terminar la llamada. La duración de las llamadas salientes se medirá desde el momento en que concluye la notificación automática de salida hasta, aproximadamente, el momento en que se oprime "End" u otra tecla para terminar la llamada. El tiempo de uso de cada llamada se factura en incrementos de minutos completos; los minutos parciales de uso se redondean al siguiente minuto completo.

- No se le cobrarán las llamadas efectuadas dentro de Estados Unidos que queden ocupado o que no se conecten si se oprime "End" o "No" dentro de 30 segundos.

- No se puede devolver o cambiar las tarjetas después de adquirirlas.

- El servicio no se ofrece en todas las áreas.

- Se cobrarán tarifas diferentes si se exige una tarjeta de crédito para hacer la llamada.

- Las tarifas locales de tiempo de uso se aplican a las llamadas efectuadas y recibidas dentro del área local de servicio. Las tarifas de roaming se aplican a las llamadas nacionales efectuadas o recibidas fuera del área de servicio. Consulte el folleto del plan de llamadas para ver un mapa con el área de servicio.

- Las tarifas internacionales están sujetas a cambio.

- No se podrá efectuar llamadas a números 500, 700, 855, 900 o 976 ni llamadas vía operador, como por ejemplo, llamadas con cargo a otra persona o llamadas por cobrar.

- Las llamadas a números 800, 866, 886, 877 y otras llamadas "sin cargo de larga distancia" se facturarán según las tarifas nacionales de tiempo de uso.

- Puede haber un cargo adicional por llamadas entrantes efectuadas desde teléfonos públicos.

- Se cobra $0.25 por llamada, más los cargos correspondientes por minuto de tiempo de uso y roaming, por llamadas al servicio de información.

- No se cobran cargos por mensajes de texto recibidos. Podrá enviar, reenviar y contestar mensajes por sólo 10¢ por mensaje.

- Si una llamada entrante ha sido transferida a otro número de teléfono, se le cobrará 40¢ por minuto por el tiempo completo durante el cual el equipo conmutador de AT&T Wireless se encargue de la llamada.

Su relación con AT&T Wireless se rige por el contrato de servicio que se incluye en la Guía para el usuario que recibió al suscribirse al servicio. El contrato de servicio explica los derechos legales respectivos concernientes a nuestra relación, incluso:

- Tarifas y cargos
- Disponibilidad del servicio y de las funciones
- Recarga de tiempo de uso y vencimiento de saldos
- Privacidad y confidencialidad
- Cambios al contrato
- Limitaciones de responsabilidad civil y garantía
- Resolución de disputas mediante arbitraje en lugar de juicios o demandas de grupo

AL RECARGAR EL SALDO DE LA CUENTA O AL UTILIZAR EL SERVICIO O EL TELÉFONO, EL SUSCRIPTOR ACEPTA EL CONTRATO DE SERVICIO Y LOS TÉRMINOS Y CONDICIONES QUE AQUÍ SE ESTABLECEN. SI NO TIENE UNA COPIA DEL CONTRATO DE SERVICIO, EL SUSCRIPTOR DEBERÁ VISITAR UNA TIENDA DE AT&T WIRELESS O EL SITIO attwireless.com/free2go. La información se ofrece sólo en inglés. En el sitio attwireless.com/espanol/free2go se ofrece información general.

---

## Adding airtime to your account:

1) Call Customer Care at 611 from your wireless phone, or 1 800 888-7600 from another phone.

2) Follow menu prompts. Press 1 at the Main Menu to add airtime.

3) Next, press 1 to add airtime with a refill card.

4) Enter 1 800 241-3252, and then enter the airtime code from this card.

5) Press 1 to confirm the transfer.

Airtime from this card expires 90 days from the date added to your account. This card is not refundable, returnable or exchangeable and has no surrender value. AT&T Wireless is not responsible for lost or stolen cards.

This refill card expires on 12/31/06.
©2004 AT&T Wireless.
All Rights Reserved.

## Cómo agregar tiempo a su cuenta:

1) Llame al 611 desde su teléfono inalámbrico o al 1 800 888-7600 desde otro teléfono.

2) Siga las instrucciones del menú. Oprima 1 en el menú para agregar tiempo de uso.

3) Luego, oprima 1 para agregar tiempo de uso con una tarjeta con tiempo de uso.

4) Marque 1 800 241-3252 y luego ingrese el código de esta tarjeta.

5) Oprima 1 para confirmar la transferencia.

El tiempo de uso vence 90 días después de la fecha en que se agregó a su cuenta. No se puede devolver o cambiar las tarjetas después de adquiridas ni se puede cambiar por dinero en efectivo. AT&T Wireless no se hace responsable por tarjetas perdidas o robadas.



**036-376-1405**

1617Z0401014 90

1617Z0401014 90

16172
797553401605

VI/0304
16172
This refill card expires on 12/31/06.
Esta tarjeta con tiempo de uso vence al 31 de diciembre de 2006.
©2004 AT&T Wireless. All Rights Reserved.

7 97553 40160 5



AT&T Wireless

**Dial 611** from your wireless phone to check out when your balance expires.

**Refill your account** within 90 days and your entire balance will roll over to the new expiration date.



AT&T Wireless

$25 service value



AT&T FREE•2•GO WIRELESS®

refill card

- FUNDS FROM THE $10, $25, $50, AND $75 CARDS DEPOSITED INTO YOUR ACCOUNT EXPIRE AFTER 90 DAYS. FUNDS FROM THE $100 CARD DEPOSITED INTO YOUR ACCOUNT EXPIRE AFTER 365 DAYS. IF ADDITIONAL FUNDS ARE PLACED INTO YOUR ACCOUNT BEFORE THE CURRENT ACCOUNT BALANCE EXPIRES, THE EXISTING BALANCE WILL BE CARRIED OVER TO THE NEW EXPIRATION DATE. THE AMOUNT OF THE NEW CARD DEPOSITED INTO YOUR ACCOUNT WILL DETERMINE YOUR NEW EXPIRATION DATE.
- When loaded into your account, the value of the card will be converted into airtime minutes based on the card value and your calling plan.
- Customer Care is available 7 days a week, 24 hours a day. Dial 1 800 888-7600.
- The length of incoming calls will be measured during the time that you are connected to our system, which is approximately from the time you press "Send" or other key to answer a call until approximately the time you press "End," or other key to terminate the call. The length of outgoing calls will be measured from when you are released by the automated balance notification system until approximately the time you press "End," or other key to terminate the call. Airtime usage on each call is deducted in full minute increments, with partial minutes of use rounded up to the next full minute.
- For calls placed in the United States, you will not be charged for busy or unconnected calls if you press "End" or "No" within 30 seconds.
- Cards cannot be returned or exchanged once purchased.
- Service is not available in all areas.
- Rates not available when a credit card is required to place a call.
- Home airtime rates apply to calls placed and received within your applicable Service Area. Roaming rates apply to domestic calls placed and received outside your Service Area. Your Calling Plan brochure includes a Service Area map.
- International rates are subject to change.
- You cannot place calls to 500, 700, 855, 900 or 976 numbers; or place operator-assisted calls such as third-party-billed and collect calls.
- You will be billed at domestic airtime rates for calls to 800, 866, 888, 877 and other "toll free" numbers.
- There may be a surcharge for incoming calls made from pay phones.
- Directory Assistance is billed at $1.25 per call plus applicable per-minute airtime or roaming charges.
- No charge for text messages received. Send, forward and reply to messages to domestic numbers for 10¢ per message.
- If an incoming call has been forwarded to another phone number, you will be charged 40¢ per minute for the entire time that the AT&T Wireless switch handles the call.

Your relationship with AT&T Wireless is governed by the Service Agreement contained in the User Guide you received when you signed up for service. The Service Agreement explains our respective legal rights concerning our relationship, including:
- Rates and charges
- Availability of the service and features
- Replenishment and expiration of balances
- Privacy and confidentiality
- Modifications to the agreement
- Limitations of liability and warranty
- Resolution of disputes by arbitration instead of court trials and class actions

IF YOU REFILL YOUR ACCOUNT OR USE THE SERVICE OR THE PHONE, YOU CONSENT TO THE SERVICE AGREEMENT AND THE TERMS AND CONDITIONS IN THIS CARD PACKAGING. IF YOU DO NOT HAVE A COPY OF THE SERVICE AGREEMENT PLEASE VISIT AN AT&T WIRELESS STORE OR VISIT attwireless.com/free2go.







AT&T FREE·2·GO WIRELESS®

$25 service value

## AT&T Free·2·Go Wireless Rates

### Local and National Calling Plans

| Cards | Local Calling Plan** | National Calling Plan** | Flat Rate Calling Plan** |
|---|---|---|---|
| $10* | 50¢/min. | 85¢/min. | 25¢/min. |
| $25* | 35¢/min. | 65¢/min. | 25¢/min. |
| $50* | 30¢/min. | 50¢/min. | 25¢/min. |
| $75* | 15¢/min. | 25¢/min. | 25¢/min. |
| $100* | 12¢/min. | 22¢/min. | 15¢/min. |
| Domestic Long Distance | Included | Included | Included |
| Domestic Roaming on Network | 85¢/min. | Included | Included |
| Domestic Roaming off Network | 85¢/min. | Included | 69¢/min. |

*Per-minute airtime rates apply to calls placed and received within your applicable Service Area. **Plans and rates valid only for customers who signed up for AT&T Free·2·Go Wireless service prior to 3/31/04. Those customers may elect to switch to the Flat Rate plan.

### International Long Distance Rates

| Regional Zone Rates | Per Minute Rate |
|---|---|
| Canada | 15¢/min. |
| Mexico | 50¢/min. |
| Western Europe | $1.88/min. |
| Africa/Middle East | $3.70/min. |
| Central Europe | $2.86/min. |
| Caribbean | $1.91/min. |
| Latin America | $1.91/min. |
| Asia Pacific | $3.70/min. |

International per-minute rates are in addition to the airtime or roaming rates listed above on the Local and National calling plans grid. Calling available to more than 220 countries. Call Customer Care for country availability.

TEAR AT PERFORATION





# simple. flexible. prepaid.

get the card. stay in control.





on the wireless service America trusts

©2004 AT&T Wireless. All Rights Reserved.
Version 17 02/04
Change Code: NEW
NAT04-589



  



**EXPLANATION OF RATES AND CHARGES**

A compatible Digital phone is required. Service is not available for purchase or use in all areas. You must be over the age of 18 to purchase service. You will be required to provide us with your name, address and other information about you in order to use the service. For all incoming calls, the length of the call will be measured during the time that you are connected to our system, which is approximately from the time you press "Send" or other key to answer a call until approximately the time you press "End," or other key to terminate the call. For all outgoing calls, the length of the call will be measured from when you are released by the automated balance notification system until approximately the time you press "End," or other key to terminate the call. Airtime, roaming and long distance for each call is measured in full-minute increments, with partial minutes rounded up to the next full minute. While on the AT&T Wireless network, there is no charge for busy or unconnected calls if you end the call within 30 seconds. Availability and reliability of service are subject to radio transmission limitations caused by system capacity, system repairs and modifications, your equipment, terrain, signal strength, weather and other conditions. Call waiting and three-way calling will incur airtime or roaming and applicable international long distance charges. You will incur airtime or roaming charges when accessing voicemail from your wireless phone. Call forwarding will be charged at 40¢ per minute for airtime or roaming and applicable international long distance charges. Directory assistance is charged at $1.25 per call plus airtime or roaming and applicable long distance. Your airtime rates apply to calls placed and received when in your Service Area and on the AT&T Wireless network. Roaming rates apply to calls placed and received when outside this area when off the AT&T Wireless network. Rates are not available when using your phone outside the United States. International wireless long distance charges are subject to change and will be incurred for calls placed from your wireless phone. Different rates apply for calling card or credit card calls. You will not be able to receive calls where a credit card is required. All charges incurred will be deducted automatically from your account. Any amounts loaded into your account are not transferable or refundable. No refunds or other compensation will be given for returned, expired, lost or stolen cards. The maximum account balance at any time is $1000. Funds deposited to your account in $10, $25, $50 and $75 denominations expire after 90 days. Funds deposited to your account in $100 denominations expire after 365 days. However, if additional funds are placed into your account before the current account balance expires, the expiring balance will be carried over to the expiration date that corresponds to the new funds added. If new funds are not added to your account prior to the expiration date, any remaining funds will be forfeited and your account will be terminated. Credit card and bank account replenishment is available; restrictions apply. Credit approval and selection of a new calling plan are required to migrate to a qualified standard post-paid calling plan. Upon migration to a post-paid plan any remaining prepaid balance will be lost. Eligibility requirements, pricing, features and calling areas are subject to change without notice. Service is subject to the Terms and Conditions contained in your User Guide, which is included with your phone or available at point-of-purchase. For customer care, call 611 from your wireless phone or 1 800 888-7600. **VoiceInfo:** Only available on AT&T Wireless network areas. Accuracy, availability and timeliness of the information may not be accessible at all times. Airtime or roaming rates apply. Applicable long distance charges apply. While your call is processed and connected, we may think it will be of interest to you be played. Your phone number will be shared with TalkMe Networks to personalize your service. Any information you voluntarily provide while using this service will be governed by TalkMe's policies. See printed materials regarding dialing #121 VoiceInfo for details. **Text Messaging:** You can only send messages when using the AT&T Wireless network and then only in select geographic areas. Ability to receive messages in any geographic area is not an indication that you can send messages. You will be billed for all messages sent from your device. There is no guarantee of actual delivery or delivery within a specific period of time. If your phone is turned off, your phone's message box is full or up to 72 hours, the service area, the network will attempt to deliver the message for up to 72 hours. Messages not delivered after 72 hours will be deleted. You cannot send or receive messages while on a call. Maximum message length is up to 160 characters, which includes the email address. Any characters over the maximum will be deleted. If you have per-line call blocking on your account, your phone number will still transmit as part of an AT&T Wireless text message. **AT&T Wireless Ring Tones:** A compatible phone and subscription to an eligible AT&T Wireless calling plan are required. You are only allowed to store and use the ring tone on your phone and you cannot forward, sublicense, share or disseminate the ring tone, or any other way. AT&T Wireless eWallet registration and a credit card may be required for certain ring tones. Ring tones take up memory in your AT&T Wireless network area. Each phone can only store a limited number of ring tones. If you use the A2&P (2727) Text Messaging service from your phone, standard charges apply to all messages sent. These charges are in addition to the charges associated with the ring tone or graphic that you order and will be deducted from your prepaid account. Ring tones are a minimum of $0.99 each; premium ring tones are additional and additional data delivery charges may apply. Taxes apply to purchase ... See attwireless.com/ringtones for details.



## Enhance your service with these features

### Text Messaging

Want to send a quick message to a friend? Stuck in a meeting but still need to get the word out? Go ahead. It's fast, fun and simple with Text Messaging. It's free to receive messages and costs only 10¢ to send one.

### AT&T Wireless VoiceInfo*

Get great information when and where you need it. Just dial #121 to stay informed, be entertained or get help with your day.

### Custom Ring Tones

Download your favorite tunes to play whenever you receive an incoming call and make it easier to recognize your phone ringing in a crowd. Select from hundreds of ring tones or create your own! Go to attwireless.com/ringtones for more information.

### AT&T Wireless Connect**

Get the information you want, when you want it. Dial 411 from the AT&T Wireless network to get phone numbers, driving directions and movie information. You can even get listings sent to your wireless phone via Text Messaging! Visit attwireless.com/connect for more information.



*Standard usage and other charges apply.

†Products, services and prices may vary outside of the ...

## It's easy to get started.

**1** Buy the package, which includes:

- Digital phone
- Starter Airtime Card
- Standard battery and charger
- Hands-free headset

_(or)_

If you already have an AT&T Wireless digital phone:

**Pick up the Starter Kit**

Grab a Starter Kit and you'll receive a refill card at the counter when you make your purchase.

**2** Activate your phone

Activating your phone is easy. Simply call 1 888 588-1669 and provide some basic information.

**3** Refill your account

Convenient airtime refill amounts available in $10, $25, $50, $75, or $100 denominations. Buy airtime by calling 611 on your wireless phone or 1 800 888-7600. You can also purchase eMinutes™ online at attwireless.com/free2go or visit an authorized retail location.

Carry a spare card so you'll never run out of minutes.



Case 1:07-cv-03217-RJH    Document 34-17    Filed 11/09/2007    Page 28 of 29

# AT&T Free-2-Go Wireless Service Area

For local coverage detail, go to attwireless.com/free2go



**National Service Area**
Voice usage in this area will be deducted from your account balance at the standard rate per minute. No domestic long distance or roaming charges apply.

**Roaming Area**
Voice usage in this area will be deducted from your account balance at the off network roaming rate provided.

**Canada Roaming Area**
Voice usage in this area will be billed according to the roaming rate listed for your plan.

**Service Not Available**

This map is a general representation of wireless coverage and the areas shown are approximate. Actual coverage depends on system availability and system capacity, system repairs and modifications, customer's equipment, terrain, signal strength, weather and other conditions. This map is not a representation of where service can be purchased. Long distance charges may apply. Roaming rates may apply wherever a non-AT&T Wireless network is used to place or receive the call, regardless of location.

NATT04—R89





## simple. flexible.
### prepaid.
get the card, stay in control.

AT&T FREE-2-GO WIRELESS

$25

AT&T Wireless

## Why is Free-2-Go Wireless the right choice?

### Simple. Flexible. Prepaid.

- No annual contract
- No credit check
- No deposits
- Pay as you go
- Minutes are good for 90 days or longer

- Add minutes as you need them
- Pay one rate whether you call locally or nationally from the AT&T Wireless network

### Call close. Call far.

Get a low, flat rate no matter where on the AT&T Wireless network you're calling from. With the new Flat Rate Calling Plan, you can call coast-to-coast. It's the same low price for local calls and domestic long distance.

## Flat Rate Calling Plan

| Card Value[1] | Total Minutes[2] | Rate per Minute[5] | Card Expiration[4] | Domestic Long Distance[3] | Domestic Roaming on Network[4] | Domestic Roaming off Network[4] | Canada Roaming[6] |
|---|---|---|---|---|---|---|---|
| $10 | up to 100 | 25¢/min. | 30 days | included | included | 69¢/min. | 85¢/min. |
| $25 | up to 200 | | | | | | |
| $50 | up to 300 | | | | | | |
| $75 | | | | | | | |
| $100 | up to 666 | 15¢/min. | 1 year | included | included | 69¢/min. | 85¢/min. |

1 At select dealers, you can purchase airtime in amounts over $10 in $1 increments. Rates correspond to the next lowest card value.
2 Number of minutes based on domestic calling within the applicable Service Area before the expiration date.
3 Per-minute airtime rates apply to calls placed and received within your Service Area. Additional charges apply to international, directory assistance and off-network calls.
4 Funds deposited in your account for $10, $25, $50, and $75 cards will expire after 90 days. Funds deposited into your account for $100 cards will expire after 365 days. If additional funds are placed in your account before the current account balance expires, the existing balance will be carried over to the expiration date that corresponds to the new funds.
5 On-network minutes in the U.S. is included. Calls made while roaming off-network will be billed at 69¢ per minute. Long distance charges for international calls will apply.
6 Calls made while roaming in Canada will be billed at 85¢ per minute plus applicable long distance. Refer to map for coverage area.



Buy a $100 card and call nationwide for just 15¢ per minute when calling from the AT&T Wireless network.



Do more with these included features:

- Text Messaging
  Receive unlimited text messages free.
  Send, forward and reply to text messages for just 10¢ per message.
  Compatible phone required.
- Ring Tones
- VoiceInfo
- Caller ID
- Voicemail
- 411 Connect
  $1.25 plus usage charges.

