# BROITMAN DECLARATION EXHIBIT 17

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)

DSL Internet, Phone, Wireless and Satellite TV Services | AT&T



Welcome back!  New York  Change Location  En Español  Other Languages  Contact Us  Find a Sto

Residential    Small Business    Enterprise    Wireless

## Bundle Services and Save
Great prices in one combined bill ▼

Internet    Bundles    Home Phone    Wireless    Digital TV





### Free Camera Phones
Online exclusive deals on phones with cameras, video,
Bluetooth® and more! Free offer with mail-in rebate.
Restrictions apply.

View Wireless services

Learn More



**iPhone — exclusively from AT&T and Apple.**
Learn more

**Fast Internet. Great Price!**
Plans starting at $19.95 per month.
Learn more

**Manage Your AT&T Services**
Go to services & support

**Support for Wildfire Victims**
Learn more

Text Only | Corporate Information | Privacy Policy | AT&T Store: Home & Small Office Phones & Batteries

©2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, BellSouth logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.
AT&T 36USC220506



att.com | Wireless Home | Personal | Business Center | About Us

Find a Store | Español | Cart | Search

**free z310a. color your world.**

Sony Ericsson z310a with custom color lighting effects. free!

- Choose black or pink
- Integrated VGA camera
- Bluetooth® wireless capable

Get a free Z310a

ONLINE ONLY!

z310a free after instant rebate. Two-year agreement and restrictions apply.

Previous | Next





**iPhone**
In AT&T stores now.
Surf. Talk. Play.

iPhone details

**Large Selection of Free Phones**
Online deals on popular camera phones and more!

Get a free phone

# Cell Phones and cell phone plans - Wireless from AT&T, formerly Cingular

## Online Exclusive

Blackberry® Pearl refurb. Choose red or black.

Get a Pearl refurb

## White Hot Deal

Save on a Pantech C150 camera phone with Bluetooth® and more.

Get this deal

## Packages & Deals

Online Only deals on your favorite phones.

Get your deal

### Top Selling Cell Phones

| | |
|---|---|
| Sony Z310a Lush Pink | LG CE110 |
| Sony Z310a Black | RAZR V3 - Black |

### New Cell Phones

| | |
|---|---|
| Samsung A517 | AT&T Tilt™ |
| Samsung A127 | Pantech Duo |

## GoPhone®

More benefits. No commitments. Prepaid is the easy choice.

Go

Sony Ericsson W580i
Pantech C150

MOTO Q™ Global
iPhone



Service provided by AT&T Mobility.

| Careers | Contact Us | Site Map | Other Wireless Sites | Privacy Policy | Terms of Use | Wireless Service Agreement | Cingular History |
|---|---|---|---|---|---|---|---|
| | | att.com | Wireless Home | Personal | About Us | | |
| | | | | Business Center | My Account | | |

©2007 AT&T Intellectual Property.
All rights reserved. AT&T, AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

YELLOWPAGES.COM







# at&t

RESIDENTIAL | SMALL BUSINESS | ENTERPRISE | ABOUT US

enter search criteria here » search

» Log In | » Register

- Establish New Service
- Moving?

**Bundle Your Services** and get up to $300 cash back

- **LOCAL** Phone Service
- **LONG DISTANCE** Service Plans
- **INTERNET** FastAccess® DSL
- **WIRELESS SERVICES** Phones and Plans
- **DIGITAL TV** DIRECTV® Service from BellSouth

**Limited Time Offer**
FastAccess DSL as low as $19.95 per month
LEARN MORE

**Triple Choice℠**
$99.95 per month* for three great services
*Not an introductory price
LEARN MORE

**Moving to a new place?**
GET UP TO $300 cash back
Combine your services & save $180 per year
Learn more...

**Online-Only Offers**
Save even more online!
LEARN MORE

**QUICK LINKS**
» Check E-mail
» View Bill
» Pay Bill
» Modify Service
» Switch to BellSouth
» Order Status
» Track Your Rewards
» All Ordering Options
» Products & Services

**Get Help & Support**

**FastAccess® DSL**
Enter your phone number:
» Check Availability
How to get $19.95

©2007 AT&T Intellectual Property. All rights reserved. AT&T, AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.
Legal Notices | Privacy Policy | Careers