# BROITMAN DECLARATION
# EXHIBIT 18

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)

# NYS Department of State

## Division of Corporations

**Entity Information**

---

Selected Entity Name: AT&T CORP.

Selected Entity Status Information

**Current Entity Name:** AT&T CORP.
**Initial DOS Filing Date:** MARCH 03, 1885
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
ROBERTA A BIENFALT
300 N POINT PARKWAY
ALPHARETTA, GEORGIA, 30005

**Principal Executive Office**
AT&T CORP.
ONE AT&T WAY
BEDMINSTER, NEW JERSEY, 07921

**Registered Agent**
C T CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: SBC LONG DISTANCE, LLC

Selected Entity Status Information

**Current Entity Name:** SBC LONG DISTANCE, LLC
**Initial DOS Filing Date:** MAY 05, 2005
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

**Registered Agent**
CT CORPORATION SYSTEM
111 EIGHTH AVENUE
NEW YORK, NEW YORK, 10011

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

**Entity Information**

---

Selected Entity Name: AT&T MOBILITY LLC

Selected Entity Status Information

**Current Entity Name:** AT&T MOBILITY LLC
**Initial DOS Filing Date:** DECEMBER 05, 2000
**County:** ALBANY
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

NOTE: New York State does not issue organizational identification numbers.

Search Results         New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: AT&T WIRELESS SERVICES, INC.

Selected Entity Status Information

**Current Entity Name:** NEW CINGULAR WIRELESS SERVICES, INC.
**Initial DOS Filing Date:** NOVEMBER 15, 1999
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Chairman or Chief Executive Officer**
STANLEY SIGMAN
5565 GLENRIDGE CONNECTOR
ATLANTA, GEORGIA, 30342

**Principal Executive Office**
NEW CINGULAR WIRELESS SERVICES, INC.
5565 GLENRIDGE CONNECTOR
ATLANTA, GEORGIA, 30342

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE ST.
ALBANY, NEW YORK, 12207-2543

NOTE: New York State does not issue organizational identification numbers.

Search Results　　　New Search

Division of Corporations, State Records and UCC Home Page　　　NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

**Entity Information**

---

Selected Entity Name: NEW CINGULAR WIRELESS PCS, LLC

Selected Entity Status Information

**Current Entity Name:** NEW CINGULAR WIRELESS PCS, LLC
**Initial DOS Filing Date:** OCTOBER 15, 1999
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN LIMITED LIABILITY COMPANY
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: BELLSOUTH LONG DISTANCE, INC.

Selected Entity Status Information

**Curreut Entity Name:** BELLSOUTH LONG DISTANCE, INC.
**Initial DOS Filing Date:** AUGUST 29, 1996
**County:** NEW YORK
**Jurisdiction:** DELAWARE
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
BELLSOUTH LONG DISTANCE, INC.
80 STATE ST
ALBANY, NEW YORK, 12207

**Chairman or Chief Executive Officer**
ROBERT D EISON
28 PERIMETER CTR EAST
ATLANTA, GEORGIA, 30346

**Principal Executive Office**
BELLSOUTH LONG DISTANCE, INC.
28 PERIMETER CENTER EAST
ATLANTA, GEORGIA, 30346

**Registered Agent**
THE PRENTICE-HALL CORPORATION SYSTEM, INC.
80 STATE STREET
ALBANY, NEW YORK, 12207

NOTE: New York State does not issue organizational identification numbers.

Search Results        New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page