Joseph P. Zammit (JZ-3422)
Edward P. Dolido (ED-4084)
**FULBRIGHT & JAWORSKI L.L.P.**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
Attorneys for Defendants



RECEIVED
NOV 16 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

AEROTEL, LTD., AEROTEL U.S.A., INC. and
AEROTEL U.S.A., LLC,

    Plaintiffs,

v.

AT&T INC., (formerly SBC Communications, Inc.),
BELLSOUTH CORPORATION, AT&T CORP.,
AT&T LONG DISTANCE, LLC (formerly SBC
Long Distance LLC), AT&T MOBILITY CORPORATION
(formerly Cingular Wireless Corporation), AT&T
MOBILITY LLC (formerly Cingular Wireless LLC),
NEW CINGULAR WIRELESS SERVICES, INC.,
(formerly AT&T Wireless Services, Inc.), CINGULAR
WIRELESS II, LLC (formerly Cingular Wireless II, Inc.),
NEW CINGULAR WIRELESS PCS, LLC (formerly
Bellsouth Mobility, LLC), BELLSOUTH MOBILITY
DCS, INC., BELLSOUTH TELECOMMUNICATIONS,
INC. d/b/a AT&T SOUTHEAST, and BELLSOUTH
LONG DISTANCE, INC. d/b/a AT&T LONG
DISTANCE SERVICE,

    Defendants.

------------------------------------X

"ECF CASE"

Civil Action No.
07-CV-3217 (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

## STIPULATION

Plaintiffs and Defendants, through their undersigned counsel, hereby STIPULATE and AGREE that the Defendants' time to serve and file a reply to Plaintiffs' Opposition To

Defendants' Motions To Dismiss Or, In the Alternative, For A More Definite Statement is hereby extended to and including November 30, 2007.

OSTRAGER CHONG FLAHERTY
& BROITMAN P.C.

*/s/ Glenn F. Ostrager*

Glenn F. Ostrager (GO-2023)
Roberto Gomez (RG-6474)
570 Lexington Avenue, 17th Fl.
New York, NY 10022-6894
Tel.: (212) 681-0600
Fax: (212) 681-0300

Attorneys for Plaintiffs


HUNTON & WILLIAMS LLP

*/s/ Shawn Patrick Regan*

Shawn Patrick Regan
200 Park Avenue
New York, NY 10166
Tel.: (212) 309-1000
Fax: (212) 309-1100

Attorneys for Defendant
BellSouth Long Distance, Inc.
d/b/a AT&T Long Distance Service

FULBRIGHT & JAWORSKI L.L.P.

*/s/ Joseph P. Zammit*

Joseph P. Zammit (JZ-3422)
Edward P. Dolido (ED-4084)
666 Fifth Avenue
New York, NY 10103
Tel.: (212) 318-3000
Fax: (212) 318-3400

Attorneys for Defendants
AT&T Inc., BellSouth Corporation,
AT&T Corp., SBC Long Distance, LLC
(incorrectly named herein as AT&T
Long Distance, LLC), AT&T
Mobility LLC, New Cingular
Wireless Services, Inc., Cingular
Wireless II, LLC, New Cingular
Wireless PCS LLC, BellSouth
Mobility DCS, Inc. and BellSouth
Telecommunications, Inc.


It is SO ORDERED this 15 day of November 2007

_____
Hon. Richard J. Holwell
United States District Judge

60046436.1