# BROITMAN DECLARATION
# EXHIBIT 14

# ✖ cingular

**WIRELESS**
575 Fifth Avenue Retail, NYC
575 Fifth Avenue
New York, NY 10017
(212) 949-2164
Store No. 7802 Register No. 1

*X78022758VAMB*

Customer:

62023   SIM 32k GA1 PRO EMP        0.00
        SER. NO. 89 1150040212109270

Customer:
GOMEZ              , ROBERTO
    212-203-6144

ACTIVATION DEPOSIT  212-203-6144  0.00

Customer:

63125   PHO SERT226 BLU GSM N       49.99
        SER. NO. 010333600 98960

63028   PRE $30 NATIONAL PLATE       30.00
        1 @ 30.00

                    SUBTOTAL   79.99
     FEDERAL EXCISE TAX 3.00%    0.00
               TAX 8.63%         6.90
        TOTAL AMOUNT DUE        86.89
            VISA TENDERED       86.89
        Acct No. XXXXXXXXXXXX2421
              Auth No. 055544

                CHANGE DUE    $0.00

CHANGE DUE    0.00

CASHIER: SHEROD

*X78022758VAMB*

07/07/2004 17:56:03

CUSTOMER COPY

SAVINGS

Get a Hands-Free Headset and a Vehicle
Power Charger, both in a Bundle Pack, for
ONLY $24.99

Limited Time Offer. Not good with any
other offer. Bundle Packs may
not be available in all areas.
Certain restrictions apply.

Cingular will exchange/refund one device
per customer purchase for up to 15 days
from date of purchase with original
receipt. Must be in like-new condition
with all components. Refund issued
based on payment method with 10
business-day waiting period for checks.
Gift cards, ring tone cards and
activation fees are not refundable.
For more details go to Cingular.com.











**T226** Pacific Blue
DPY 101 1413/30  R5A
Cingular SKU: 63125

IMEI: 01033300 – 698905 – 0

S/N: BO30168GSM

Product meets current FCC Radio frequency
Exposure Guidelines, FCC ID  PY7A – 1041011
Additional detail within and at
http://www.fcc.gov/oet/fccid

Phone made in Malaysia. Accessories of multiple
countries of origin as indicated on each individual
accessory.

0  95673 02226  8





## Sony Ericsson T226 Phone Features

### Operations
- Operates on digital GSM/GPRS 850/1900 MHz systems
- Weighs only 2.8 ounces
- Standard battery: up to 7.5 hours talk time and up to 275 hours standby time*

### Convenient Features
- Caller ID
- Message and voice mail waiting indicators
- Call waiting
- 5-way joystick
- One button call back for returning pages and responding to text messages
- Silent mode for meetings, plus SilentVibe vibration
- Supports: English, Spanish and French

### Display Features
- 101 x 80 pixel, 512 color screen
- Adjustable 7 line display
- Changeable wallpapers and themes
- Time and date
- Signal strength and battery level indicators

### Memory Features
- Stores up to 250 names and numbers with multiple numbers per name
- Easy last 30 number redial

### Safety and Security Features
- Port for optional portable handsfree device
- Keypad lock

### Advanced Feature Capabilities**
- Wireless Internet Express
- Text Messaging Service - Send and receive text messages and email
- High-speed data transmission via GPRS
- Predictive text input
- Photo Messaging - take, store and forward pictures and email using optional camera accessory
- Multimedia Messaging Service - send pictures, sounds and text with integrated messaging
- Downloadable screensavers
- Downloadable polyphonic ringtones
- Picture and ringtone caller ID
- Event Reminders

*Battery performance depends on usage of features such as wireless internet and other accessories.
**Some features require a monthly subscription fee or separate accessory. Requires compatible receiving device. Messaging service is network dependent.



**K ii C** KEEP IN CONTACT

# I TALK ON
# MY TERMS

**FOR THE WEEKEND WARRIOR**
unlimited weekends plan
talk all weekend from
7pm Friday - 7am Monday

– or –

**PULL AN ALL-NIGHTER**
nights & weekends plan
10¢ a minute from 7pm - 7am
weeknights and all weekend

nationwide long distance
included

No dress code.
No age requirements.

No credit check required.
Ever.

Commitment free!
No contracts!

✖ cingular
fits you best™



## KEEP IN CONTACT

# YOU CHOOSE:

- Talk all night long and weekends too! Off-peak rates are effective from 7pm-7am weeknights and all day Saturday and Sunday. Or, choose KIC's *new* 10¢ Per Minute Plan for $1.00 daily access.

- Text message your friends, whether they're Cingular customers or not, for only 10¢/message sent.

- For your convenience, you can add funds to your account by phone and over the Internet using a credit card, major debit card or electronic check. Simply dial 1-866-290-0901 or go to: www.myprepaidrefill.com.

- Get instant balance information. Just dial ☆777# from your wireless phone to have your balance sent directly to your handset.

- Take advantage of local rates in a large coverage area. Long distance included on select plans. See map below.

**NIGHTS & WEEKENDS PLAN**

**LOCAL CALLS**
Peak Rate:      35¢/minute
Off-Peak Rate: 10¢/minute

Off-peak hours:
All day Saturday and Sunday
7pm to 7am weeknights

**LONG-DISTANCE CALLS**
U.S.: No additional charge
Includes: Puerto Rico, U.S. Virgin Islands, Guam, Mariana Islands

- or -

**UNLIMITED WEEKENDS PLAN**

**LOCAL CALLS**
Weekday Rate:
30¢/minute + $1.00 daily access
Weekend Rate:
per-minute included
$1.00 daily access

Weekend hours:
Friday 7pm - Monday 7am

Account balance must be $1.00 or more to make and receive calls
**LONG-DISTANCE CALLS**
U.S.: Additional 15¢/minute
Includes: Puerto Rico, U.S. Virgin Islands, Guam, Mariana Islands

- or -

**LOCAL CALLS**
10¢/minute + $1.00 daily access
Account balance must be $1.00 or more to make and receive calls
**LONG-DISTANCE CALLS**
U.S.: No additional charge
Includes: Puerto Rico, U.S. Virgin Islands, Guam, Mariana Islands

**ALL PLANS INCLUDE**

- Voice Mail
- Text Messaging
  (10¢ per message sent)
- Caller ID
- Call Waiting
- Call Forwarding
- 3-Way Calling
- 24/7 Account Replenishment

- International Calling
  (additional charge per min.)
  Canada & Mexico:         15¢
  Israel:                  29¢
  Western Europe:          39¢
  Caribbean:               69¢
  Central/South America:   69¢
  Eastern Europe:          79¢
  Asia Pacific:            89¢
  Africa/Middle East:      99¢

**Cingular Coverage**
**No Service Area**

NY

PA
Middletown   Lake Carmel   CT
Port Jervis
Branchville   Danbury
              Bridgeport
              Stamford
              Yonkers
              Brentwood

**New York**
**Jersey City**

NJ

River

Your phone's display does not indicate the rate you will be charged. Please review your coverage map for areas included in and out of plan. Map depicts an approximation of outdoor coverage. Map may include areas served by unaffiliated carriers and may depict their licensed area rather than an approximation of the coverage there. Actual coverage area may differ substantially from map graphics, and coverage may be affected by such things as terrain, weather, foliage, buildings and other construction, signal strength, customer equipment and other factors. Cingular does not guarantee coverage. Charges will be based on the location of the site receiving and transmitting the call, not the location of the subscriber.

 **KEEP IN CONTACT**

Mobile to Mobile rates apply to calls made to and received from other New York City Metro Cingular Wireless subscribers. Local rates apply on calls originating and terminating within the KIC Prepaid coverage area shown within the attached maps. Many additional charges and surcharges and other legal conditions will apply. Use the phone to reach *CALL (*225) for KIC help, #777 Automated Customer Service, 611 Customer Service, *777 for balance inquiry, text message, and 911 emergency. 900 numbers are not available. KIC cards are nontransferable and nonrefundable and may only be used with KIC Prepaid service plans. All KIC cards are subject to an expiration period ($10 card - 30 days, $20 and higher cards - 90 days). Unused account balance is forfeited at expiration date. KIC accounts will be canceled 60 days after expiration. A service activation fee and new wireless phone number will be required to reactivate service. Directory assistance is $1.29 plus airtime. International long-distance charges are in addition to regular airtime charges. Airtime is billed in one-minute increments. Certain advanced digital features are not available. Airtime charges apply on Call Forwarding, Operator Assistance, each part of a 3-way call and when retrieving Voice Mail messages. Access fee will be deducted daily (if applicable) regardless of usage. A fee applies on all rate plan changes. All service is subject to the KIC Prepaid Service Terms and Conditions. To obtain a replacement copy call 1.866.CINGULAR. Cingular and the graphic icon are Registered Trademarks of Cingular Wireless, LLC. Fits You Best, KIC and the KIC graphic icon are Service Marks of Cingular Wireless, LLC. © 2004 Cingular Wireless, LLC. All rights reserved. Questions? Call 1-866-CINGULAR.

  ✕ cingular
fits you best™





| **KIC Prepaid Wireless** | **Móvil Prepagado KIC** |
|---|---|

This card is valid for use with KIC Prepaid Wireless Service only. See our KIC Rate Brochure for details on coverage area, rate plans and service charges.

Airtime usage is billed in full minute increments and is rounded up to the next full minute. Directory Assistance calls will incur an additional charge. There is no charge for calls to KIC Customer Service (611) and emergency (911). Many government entities impose reoccurring taxes and other fees that will be debited from your account as the law provides.

All service is subject to the KIC Prepaid Wireless Service Terms and Conditions. By using KIC Prepaid Wireless Service, you signify that you agree to be bound by the KIC Terms and Conditions. If you require a copy of the Terms and Conditions, refer to your KIC User Guide or contact customer service. Coverage area is subject to change without notice.

Account balance is forfeited at expiration date. If your account has a zero balance for 60 consecutive days after the expiration date, your account will be terminated. A service activation fee and new wireless phone number will be required to reactivate service.

Cingular Fits You Best, KIC, and the KIC graphic icon are Service Marks of Cingular Wireless LLC. © 2003, Cingular Wireless LLC. All rights reserved.
REV. 12/03                  SKU-63028

Esta tarjeta sólo es válida para el Servicio KIC Móvil Prepagado. Para detalles acerca del área de cubrimiento, los planes de tarifas y los cargos de servicio, consulta nuestro Folleto de Tarifas KIC.

La utilización de tiempo al aire se factura en incrementos de minutos completos y se aproxima al siguiente minuto completo. Las llamadas a través de la Operadora generan un cargo adicional. No se cobran las llamadas a Servicio al Cliente KIC (611) ni a emergencias (911). Muchas entidades de gobierno cobran impuestos recurrentes y otros cargos que serán debitados de tu cuenta de acuerdo a como lo establezca la ley.

Todos los servicios están sujetos a los Términos y Condiciones de Servicio Móvil Prepagado KIC. Tu utilización del Servicio Móvil Prepagado KIC implica tu conformidad con los Términos y Condiciones KIC. Si necesitas una copia de los Términos y Condiciones, consulta tu guía del usuario KIC o ponte en contacto con servicio al cliente. El área de cubrimiento está sujeta a cambios sin previo aviso.

A la fecha de expiración se pierde el derecho al saldo de la cuenta. Si tu cuenta tiene un saldo en ceros por 60 días consecutivos después de la fecha de expiración, se dará por terminada tu cuenta. Para reactivar el servicio se requiere un nuevo número de teléfono móvil y un cargo de activación.

Cingular nos adaptamos a ti, KIC y el ícono gráfico KIC son marcas de servicio de Cingular Wireless LLC. (c) 2003, Cingular Wireless LLC. Todos los derechos reservados.
REV. 12/03                  SKU-63028



6  07375 01240  1

cingular
fits you best

| **KIC Prepaid Wireless · Cingular Fits You Best** | |
|---|---|
| **To refill your account:** | SKU-63028 |

**To refill your account or check your balance:**
CA, NV, WA, ID, and New York City customers dial #777 - a free call. All other markets, dial 611 from your wireless phone - a free call. Follow the instructions to add this card value to your account.

| Card Denomination | Expiration Period |
|---|---|
| • $10 card | 30 days |
| • $20 card | 90 days |
| • $30 card | 90 days |
| • $50 card | 90 days |

If you have questions, call Customer Service at 611 (from your wireless phone) or 1-800-901-9876.

*Service subject to KIC Prepaid Wireless Service Terms and Conditions. This product may be returned to the place of purchase within 15 days if the location still of use has not been removed. Refund policy may vary depending on place of purchase.*

**Para recargar tu cuenta:**
Para volver a flasear tu cuenta o consultar tu saldo:
Si eres un cliente de CA, NV, WA, ID o la Ciudad de Nueva York, marca #777 - la llamada es gratis.
En todos los demás mercados, marca 611 desde tu teléfono móvil - la llamada es gratis. Sigue las instrucciones para agregar a tu cuenta el valor de esta tarjeta.

| Denominación de la Tarjeta/Período de Expiración | |
|---|---|
| • Tarjeta de $10 | 30 días |
| • Tarjeta de $20 | 90 días |
| • Tarjeta de $30 | 90 días |
| • Tarjeta de $50 | 90 días |

Si tienes preguntas, llama a Servicio al Cliente marcando el 611 (desde tu teléfono móvil) o el 1-800-901-9876.

*El servicio está sujeto a los Términos y Condiciones de Servicios Móvil Prepagado KIC. Este producto puede ser devuelto al lugar donde se compró dentro de un plazo de 15 días si la cinta de raspar no ha sido retirada. La política de devoluciones puede variar dependiendo del lugar donde se realice la compra.*



39592-963-57212

Expiration Date:02/15/06



1039639730

CLOSE WINDOW X

## Plan Terms Applicable to Cingular Prepaid

Your phone's display does not indicate the rate you will be charged. Please review your coverage map for areas included in and out of plan. Map depicts an approximation of outdoor coverage. Map may include areas served by unaffiliated carriers and may depict their licensed area rather than an approximation of the coverage there. Actual coverage area may differ substantially from map graphics, and coverage may be affected by such things as terrain, weather, foliage, buildings and other construction, signal strength, customer equipment and other factors. Cingular does not guarantee coverage. Charges will be based on the location of the site receiving and transmitting the call, not the location of the subscriber. Mobile to Mobile rates apply to calls made to and received from other Cingular Wireless subscribers. Local rates apply on calls originating and terminating within the KIC Prepaid coverage area shown within the above map. Many legal entities impose recurring taxes and other legal fees that will be debited from your account as the law allows. Free calls: 611 Automated Customer Service, *777# for balance inquiry text message, and 911 emergency. 900 numbers are not available. KIC cards are nontransferable and nonrefundable and may only be used with KIC Prepaid service plans. All KIC cards are subject to an expiration period ($10 card, 30 days; $20 and higher cards, 90 days). Unused account balance is forfeited at expiration date. KIC accounts will be canceled 60 days after expiration. A service activation fee and new wireless phone number will be required to reactivate service. Directory assistance is $1.29 plus airtime. International long-distance charges are in addition to regular airtime charges or roaming charges. Airtime is billed in one-minute increments. Certain advanced digital features are not available. Airtime charges apply on Call Forwarding, Operator Assistance, each part of a 3-way call and when retrieving voicemail messages. Access fee will be deducted daily (if applicable) regardless of usage. A fee applies on all rate plan changes.

Text Messaging and Wireless Internet Express:Text Messaging and Wireless Internet Express service are automatically included on your rate plan for no monthly charge. Just pay as you use. You may remove these services at any time by contacting customer service by calling 611 from your wireless phone. There is a charge per message sent or received, whether read or unread, solicited or unsolicited. If you cancel the Text Messaging service, you will not be able to send and receive messages, but Cingular does not guarantee all incoming messages will be blocked. Wireless Internet Express usage for each billing record will be rounded up to the next kilobyte. In some cases our network will resend data packets to ensure complete delivery. You will be billed for these re-sent packets. The terms of Wireless Internet Express may be viewed at Cingular MEdia Net. Your use of Text Messaging and Wireless Internet Express acknowledges your agreement to these terms. Other restrictions apply.

All service is subject to the KIC Prepaid Service Terms and Conditions. To obtain a replacement copy call 1.866.CINGULAR. AOL, the triangle design and the Running Man icon are registered trademarks of America Online, Inc. Instant Messenger is a trademark of America Online, Inc. Cingular and the graphic icon are registered trademarks of Cingular Wireless LLC. Fits You Best, KIC and the KIC graphic icon are service marks of Cingular Wireless LLC. ©2004 Cingular Wireless LLC. All rights reserved.

## Plan Terms Applicable to Cingular Take Charge

GSM phone required. A credit card, debit card, or bank account is required for service (collectively "Your Debitable Account"). Monthly debits to Your Debitable Account shall be credited to your Cingular Account. Wireless service is available so long as a positive balance is in your Cingular Account ("Funds"). Cash is not an acceptable form of payment. Funds may be added to your

Cingular Account at any time. You must call 866-499-7888 to establish the debiting cycle for Your Debitable Account. You will electronically sign an agreement to have Your Debitable Account debited, and an agreement to the terms of wireless service at that time. Your Debitable Account will be debited on a monthly basis on the date you call. The only exceptions are if you call on the 29th, the recurring date is the 28th and if you call on the 30th or 31st the recurring date is the 1st of the following month. Funds deposited expire and your Cingular Account is suspended on the 34th day after the last date of debiting if automatic debits are discontinued. Your Cingular Account may be reinstated within 60 days from the date of suspension by reestablishing Your Debitable Account. However, if Funds are added to your Cingular Account before the current account balance expires, the existing balance will be carried over to the new expiration date, and these Funds can be used for a rolling twelvemonth period. Funds unused after 12 months from the date originally credited to your Cingular Account shall be deducted from your Cingular Account. Airtime and other measured usage are billed in full-minute increments, and actual airtime and usage are rounded up to the next full increment at the end of each call for billing purposes. Data transport usage is billed in full kilobyte increments, and actual transport usage is rounded up to the next full kilobyte at the end of each data session for billing purposes. Calls placed on networks served by other carriers may take longer to be processed. Prices are subject to change. Cingular does not guarantee availability of the network. Please retain your calling plan map to determine the scope of your calling plan area. Nights are 9 pm − 7 am. Weekends are 9 pm Friday − 7 am Monday. Funds are not redeemable for cash or credit and are not transferable. Night and Weekend minutes do not carry over. Free calls: 611 automated assistance & 911 emergencies. 611 is only available in the coverage area for this plan as shown on the attached map. Outside this area, use 866-499-7888 to reach Automated Assistance. 900 numbers are not available. Directory assistance (411) is $1.29 plus airtime. Per-minute charges apply on feature usage, including Call Waiting, Three-Way Calling and Voicemail deposits and retrievals. A 10¢ per message charge applies for normal text message or info alert sent or received. Included long distance applies to calls within the 50 United States, Puerto Rico and the Virgin Islands. International long distance rates vary. Customer must (1) use a GSM phone programmed with the Cingular Wireless preferred roaming database; (2) have a mailing address and live in the Home Area in which subscription is made. Caller ID cannot be blocked. Caller ID will be delivered on all calls, even if you have permanently blocked your name and number. You may stop using the service and return your handset in its original packaging with receipt to your place of purchase for a full refund if you do not agree with the above Terms of Service.



**Cingular Refill**

## Login   Print this page

Welcome to Cingular Refill where you can:

- Add funds to your Cingular phone;
- Add funds to someone else's Cingular phone;

Please enter your 10 digit wireless number, then select the Login button.

Cingular Phone Number:

Privacy Policy | Legal Notices    ©2004, Cingular Wireless. All Rights Reserved.



**Cingular Refill**

**Login**    Print this page

**Your account has been setup with a Passcode to allow you to access secure features of the website. Please login using your Passcode.**

Cingular Phone Number:

2122036144

Passcode (four-digit PIN):

Powered by V E S T A

Privacy Policy | Legal Notices    ©2004, Cingular Wireless. All Rights Reserved.



**Cingular Refill**

## Cingular Account Summary   Print this page

Current Balance:       $20.00 USD
Current Expiration:    Sunday, February 13, 2005

Current Profile Information
Name:                  Roberto  Gomez
Address:               135 East 54th St.
                       Apt. 6-L
                       New York, NY 10022
Daytime Phone:         (212) 203-6144
Email Address:         rgomez01@sprynet.com

Powered by  VESTA

Privacy Policy | Legal Notices        ©2004, Cingular Wireless. All Rights Reserved.



**Cingular Refill**

## Add Funds   Print this page

Cingular Account Summary
- Current Balance: $20.00 USD
- Current Expiration: Sunday, February 13, 2005

Please select the amount you wish to purchase

○ $100.00  ○ $50.00  ○ $30.00  ○ $20.00

Federal excise tax and state/local sales tax, if applicable, will added to the purchase amount.

Please select your payment option.

| New Credit Card ▼ |



Powered by V F S T A

Privacy Policy | Legal Notices   ©2004, Cingular Wireless. All Rights Reserved.

> Home > Rate Plans > Prepaid Rate Plans > Prepaid Mobile to Mobile

## Prepaid Mobile to Mobile   Print this page


Map

For more information on this prepaid plan, select any of the items under Included Features or Optional Features. To purchase this plan, select Add To Cart.

Standard airtime rates
**$0.25/min**

**Add to Cart**

Nights/weekends rates
**$0.25/min**

Nationwide long distance
**Included**

Long distance to Canada & Mexico
**$0.15/min add'l**

Roaming
**N/A**

The perfect plan for someone who talks under 120 minutes per month or expects to make calls to and from other Cingular Wireless customers. Nationwide long distance is included.

| **Included Features** | **Optional Features** |
|---|---|
| ⊃ Call Forwarding for Prepaid | ⊃ Basic Voice Mail for Prepaid |
| ⊃ Call Waiting for Prepaid | |
| ⊃ Caller ID for Prepaid | |
| ⊃ Instant Messaging for Prepaid | |
| ⊃ International Text Messaging for Prepaid | |
| ⊃ Text Messaging for Prepaid (5¢ per message) | |
| ⊃ Three-Way Calling for Prepaid | |
| ⊃ MEdia Net for Prepaid | |

Return Policy     Plan Terms

©2004, Cingular Wireless. All Rights Reserved.

> Home > Rate Plans > Prepaid Rate Plans > Prepaid 10¢ per minute

## Prepaid 10¢ per minute   Print this page


Map

For more information on this prepaid plan, select any of the items under Included Features or Optional Features. To purchase this plan, select Add To Cart.

Standard airtime rates

**$0.10/min**
**$1/day**

Nights/weekends rates

**$0.10/min**
**$1/day**

Nationwide long distance

**Included**

Long distance to Canada & Mexico

**$0.15/min add'l**

Roaming

**N/A**

Add to Cart

The perfect plan for someone who talks over 120 minutes per month. Nationwide long distance is included.

**Included Features**

⊃ Call Forwarding for Prepaid
⊃ Call Waiting for Prepaid
⊃ Caller ID for Prepaid
⊃ Instant Messaging for Prepaid
⊃ International Text Messaging for Prepaid
⊃ Text Messaging for Prepaid (5¢ per message)
⊃ Three-Way Calling for Prepaid
⊃ MEdia Net for Prepaid

**Optional Features**

⊃ Basic Voice Mail for Prepaid

Return Policy    Plan Terms

©2004, Cingular Wireless. All Rights Reserved.

> Home > Site Map

## Site Map   Print this page

### ◌ Shop Cingular

- Phones & PDAs
- Rate Plans
- Accessories
- PC Cards
- Wireless Packages

### ◌ My Account

- Login - My Account
- Register - My Account
- Prepaid Accounts

### ◌ MEdia & Services

- Ringtones & Graphics
- Multimedia Messaging
- Text Messaging
- Instant Messaging
- Games
- MEdia Net
- Cool Tools
- Compatible Phones

### ◌ Business Solutions

- Small & Home Office
- Small/Medium
- Large/Enterprise
- Government

### ◌ Customer Service

- Getting Started
- Billing Information
- Phones & Devices
- Features & Services
- Common Questions

### ◌ About

- Meet Us
- Contact Us
- Our Technology
- Newsroom
  - Media Contacts
  - Hot Topics
  - Unsubscribe
- Investor Relations
- Community Support
  - Charitable Contributions Guidelines
- Careers
- Doing Business
  - Supplier Diversity
  - Doing Business Form
  - Store Signs
- Disability Resources

### Useful Links

- Español
- Contact Us
- Find a Store
- Other Cingular Sites
- Careers
- Privacy Policy
- Terms of Use
- Consumer Code

©2004, Cingular Wireless. All Rights Reserved.

http://www.cingular.com/sitemap                                            11/16/2004

CLOSE WINDOW X

## Nights and Weekends Rate Plan Information    Print this page
Last Updated: 11/05/2003

Local Calls
Roaming Calls
International Calls
Service Features
Data Services

### Local Calls:

| | |
|---|---|
| **Daily Fee:** | Not applicable. |
| **Peak Rate:** | 35¢/min |
| **Off-Peak Rate:** | 10c/min |
| **Details:** | Off peak hours: All day Sat. & Sun. and 7 pm to 7 am weeknights. |
| **Mobile to Mobile:** | 10¢/min |
| **Long Distance Calls:** | No additional charge. |

Includes 50 states,
Puerto Rico, U.S. Virgin
Islands, Guam & Mariana
Islands.

### Roaming:

Not applicable.

### International Calls:

Charges in addition to local airtime.

| | |
|---|---|
| **Canada/Mexico:** | 15¢/min |
| **Western Europe:** | 39¢/min |
| **Caribbean:** | 69¢/min |
| **Central/S America:** | 69¢/min |
| **Eastern Europe:** | 79¢/min |
| **Asia Pacific:** | 89¢/min |
| **Africa/Middle East:** | 99¢/min |
| **Israel:** | 29¢/min |

### Service Features:

Caller ID, Voice Mail, Three Way Calling, Call Waiting, Call Hold, and Call Forwarding.

**SMS:**                10¢/message sent.

**Ringtones:**          Not applicable.

**Games:**              Not applicable.

**Graphics:**           Not applicable.

> Home > My Account > Prepaid Accounts

## Prepaid Accounts   Print this page

Based on your service, visit one of our prepaid account management sites to:

* Check your balance, expiration date, and account history.
* Purchase airtime.
* Review the details of your rate plan.

On one of AT&T Wireless's Pay As You Go services? Manage your account for:

· GoPhone
· Free2Go
· Ogo

 **Go to Take Charge**



Full Service—Your Way.

* Purchase extra time for the month.
* View your important account information.

**Go to KIC Prepaid**



Talk on Your Terms.

* Buy airtime as you need it.
* Decide how much airtime you need.

Other Cingular Sites  |  Careers  |  Site Map  |  Contact Us  |  Privacy Policy  |  Terms of Use

©2004, Cingular Wireless. All Rights Reserved.

 **KIC Online**

## KIC Online

**Help**



### KIC Online  Print this page

Welcome to KIC Online. In this section, you can:

- View your account history.
- Get information on your rate plan.
- Refill your account.
- Check your balance, expiration date, and more.



**Access Your KIC Prepaid Account**

Enter your 10-digit Wireless Phone
Number:

2122036144   »

(Numbers only)


Powered by Ericsson

Privacy Policy and Legal Notices   |   Legal Notices   ©2003, Cingular Wireless. All Rights Reserved.



**KIC Online**

---

**KIC Online**

- Personal Profile
- Account Details
- Account Refill
- Account History
- Change Password
- FAQ

Help

Terms and Conditions

Logout



Home > KIC Online > Account Details

**Account Details**   Print this page
**Wireless Phone Number** 212-203-6144

| | |
|---|---|
| **Main Account Balance** | $20.00 |
| **Promotional Account Balance** | $0.00   see below |
| **Account Status** | Active |
| **Airtime Expiration Date** | 02/13/2005 |
| **Cancel Date** | 04/14/2005 |
| **Rate Plan** | Nights & Weekends - PPNW (8) |
| **IVR & USSD Status** | Available |
| **IVR Language** | English   Edit |

**Promotional Account Details:**

| ID | Balance | Expiration |
|---|---|---|

No promotional accounts are defined.



Privacy Policy and Legal Notices   |   Legal Notices   ©2003, Cingular Wireless. All Rights Reserved.

CLOSE WINDOW X

## KIC Online Help    Print this page

This guide provides help on using the KIC Online service, version 1.29. The information in this guide is organized by topic. To display help for a topic select one of the links below.

### Help Topics:

- General Information
- View/Modify Personal Profile
- View/Modify Account Details
- Refill Your Account
- View Account History
- Change Your Password
- View FAQ
- Logging Out

### General Information

Most pages have two buttons: Clear and Submit/Save. Clear will clear the fields on the form. Submit/Save commits your changes.

On those pages that have multiple fields, required fields are denoted by an ¹ .

A confirmation message is displayed when you successfully change any data. Likewise, an error message is displayed when your request could not be satisfied.

Help and Logout links are always displayed on the left-hand side of a page. Select the Help link at any time to display this page. Select the Logout link at any time to end your KIC Online session.

> Return to top.

### View/Modify Personal Profile

To view your personal profile select the navigation link "Personal Profile" on the left-hand side of the page and your personal profile will be displayed. Your personal profile consists of the following information.

| | |
|---|---|
| **First Name** | Required. Limited to 20 characters. |
| **Middle Initial** | Optional. |
| **Last Name** | Required. Limited to 20 characters. |
| **Date of Birth** | Optional. Must be in the format mm/dd/yyyy. |
| **E-mail Address** | Required. Limited to 80 characters. |
| **Home Phone Number** | Optional. Must be a 10-digit number, e.g., 5553338888. |
| **Business Phone Number** | Optional. Must be a 10-digit number, e.g., 5553338888. |
| **Street Address** | Required. You can enter up to 3 lines of street address information. The first line (Address 1) must be entered. Each line of address information is limited to 40 |

characters.

| | |
|---|---|
| **City** | Required. Limited to 40 characters. |
| **State** | Required. |
| **Zip Code** | Required. Must be a 5-digit number, e.g., 77777. |
| **Gender** | Optional. |
| **Ethnicity** | Optional. |
| **Education Level** | Optional. |
| **Level of Education** | Optional. |
| **Household Income Level** | Optional. |
| **Employment Status** | Optional. |

You can modify your personal profile by selecting the Modify button. Once you have completed your changes select the Save button.

➤ Return to top.

**View/Modify Account Details**

To view your account details select the navigation link "Account Details" on the left-hand side of the page and your account details will be displayed, consisting of the following information.

| | |
|---|---|
| **Main Account Balance** | This is your current main account balance. |
| **Promotional Account Balance** | This is the combined balance of your promotional accounts. |
| **Account Status** | The possible account statuses are: |

- New - Need Initial Refill

  Your account has been created but it is not yet active. Your account becomes active after the initial airtime is added to the account. If you have already purchased your initial airtime, you can add it to or "refill" your account by selecting the "Account Refill" link on the left-hand side of the page. Airtime can be purchased from Cingular retail locations or authorized agents.

  You will not be able to make any calls until your account is active.

- Preactive

  Your account has been created and an initial airtime credit has been applied to your account, but it is not yet active. Your account becomes active after you make your first call.

- Active

  Your account is active and you are allowed to make calls provided there is sufficient airtime in the account.

- Airtime Expired

  Your account's airtime expiration date has been reached and you are no longer allowed to make calls or use any

data services. You will need to refill your account before its cancel date to continue using the service.

* Disconnected

    Your account is no longer in service.

| | |
|---|---|
| **Airtime Expiration Date** | This is the date by which you must use your purchased airtime. Any airtime funds remaining on your account at expiration will be forfeited. |
| **Cancel Date** | This is the date on which your service is scheduled to be canceled. |
| **Rate Plan** | This is your current rate plan. You can display a detailed description of the rate plan by selecting the rate plan name. |
| **IVR & USSD Status** | A status of "Available" indicates that you can refill your account using the Interactive Voice Response (IVR) system or using USSD messaging. A status of "Unavailable" indicates that you are not allowed to do so. If your status is "Unavailable", you will need to contact Customer Service to make refills available using the IVR and USSD messaging.<br><br>The IVR & USSD Status typically becomes "Unavailable" after several consecutive unsuccessful attempts have been made to refill your account. |
| **IVR Language** | This is your preferred language when using the IVR and USSD Balance Inquiry. The supported languages are English and Spanish. You can change the preferred IVR language by selecting the Edit link, selecting an IVR language from the list, and then selecting the Save button. |
| **Promotional Account Details** | Promotional accounts contain funds associated with a promotion plan. You can have from 1 to 5 promotional accounts identified by the promotional account id. Each promotional account may be assigned an expiration date. |

* ID

    This is a number from 1 to 5 uniquely identifying each promotional account.

* Balance

    This is the balance of the promotional account.

* Expiration

    This is the date the funds in the promotional account expire. If a date is not present it indicates that the funds are available until the airtime on your account expires.

➤ Return to top.

### Refill Your Account

To add funds to your prepaid account select the navigation link "Account Refill" on the left-hand side of the page. Refilling your account adds additional airtime to your account. To refill your account using KIC Online you must have already purchased a prepaid card or PIN, or you may purchase additional airtime using a credit card, debit card or electronic check.

To refill using a prepaid card/PIN just enter the card number/PIN number where indicated and select the Submit button.

➤ Return to top.

### View Account History

To view your account history select the navigation link "Account History" on the left-hand side of the page. Account history information is available for voice calls, data services, refills, adjustments, and other transactions. Account history is displayed in a table with one history item per row sorted by date with the most recent history first. Detailed information is available for those history items with an icon in the "Info" column. Select the icon to see the detailed information.

To print the account history information, select the "Print View" button. A new window will open containing the account history information in a format that can be printed using the browser's print option.

| | |
|---|---|
| **Time Period** | Select a time period. |
| **History Type** | Select a history type. |

The following detailed information is available for voice and data history:

**Type**  This is the type of call or service. The types are:

- Outgoing Call
- Call Forwarding
- Incoming Call
- SMS Originating
- SMS Terminating
- Roaming Outgoing Call
- Roaming Callback
- Roaming Call Forwarding
- Roaming Incoming Call
- Roaming SMS Originating
- Roaming SMS Terminating
- Bonus
- Ringtone/Game

| | |
|---|---|
| **Nature of Call** | This is an indication if the call was a "Local", "Long Distance" or an "International" call. |
| **Number Called** | This is the number that was called. |
| **Calling Number** | This is the number of the party initiating the call. |
| **Call Date** | This is the call start date. |
| **Call Time** | This is the time of the call. |
| **Time Zone** | This is the time zone where the call originated. |
| **Call Duration** | This is the length of the call in seconds. |
| **Total Amount** | This is the total amount debited or credited to your account as a result of the call. |
| **Promotional Account ID** | This is the id of the promotional account that was used to provide funds for the call. |
| **Main Account Amount** | This is the amount credited or debited to your main account as a result of the call. |
| **Promotional Account Amount** | This is the amount credited or debited to your promotional account as a result of the call. |
| **Call Location** | For an Incoming call, the city and state of the location where the subscriber received the call. For an Outgoing call, the city and state from which the subscriber made the |

call. For a Call Forwarding call, the value is "Home."

The following detailed information is available for refill history:

| | |
|---|---|
| **Prepaid Card Number** | This is the prepaid card number used to apply the refill. |
| **Amount** | This is the value of the prepaid card used to apply the refill. |
| **Date & Time** | This is the date and time at which the refill was applied. |

The following detailed information is available for promotional adjustment history:

| | |
|---|---|
| **Promotional Account ID** | This is the id of the promotional account to which funds were credited or debited. |
| **Transaction Type** | This is an indication of whether the promotional account was debited or credited. |
| **Amount** | This is the adjustment amount. |
| **Date & Time** | This is the date and time at which the adjustment was applied. |
| **Expiration** | This is the date the funds in the promotional account expire. If a date is not present it indicates that the funds are available until the airtime on your account expires. |

› Return to top.

### Change Your Password

To change your password select the navigation link "Change Password" on the left-hand side of the page. You may change your password at any time. You will be required to enter the following information:

| | |
|---|---|
| **Current Password** | This is the password you last used to log in to KIC Online. |
| **New Password** | This is your new password. Passwords must be 4 digits. |
| **Retype New Password** | This is a confirmation of your new password. It must match what you typed in the New Password field. |

› Return to top.

### View FAQ

To display a list of frequently asked questions about the KIC Online service select the navigation link "FAQ" on the left-hand side of the page.

› Return to top.

### Logging Out

To log out of the KIC Online service select the navigation link "Logout" on the left-hand side of the page.

› Return to top.

## Shopping Cart    Print this page

To make changes to the items in your cart, click the links below to
remove or add items. When you're ready to complete your order,
select Checkout.

| **Individual Lines** | Monthly   One Time | |
|---|---|---|
| Prepaid 10¢ per minute | | |
| Change Plan | | |
| Nokia 1100 KIC Prepaid w/$10 Airtime | Change Phone | $69.99 |

**Services & Features**
Change Features

| | |
|---|---|
| - MEdia Net for Prepaid | Included |
| - Three-Way Calling for Prepaid | Included |
| - Text Messaging for Prepaid (5¢ per message) | Included |
| - International Text Messaging for Prepaid | Included |
| - Instant Messaging for Prepaid | Included |
| - Caller ID for Prepaid | Included |
| - Call Waiting for Prepaid | Included |
| - Call Forwarding for Prepaid | Included |

**Accessories**
Add Accessories

| | |
|---|---|
| *Deposit Amount | $0.00 |
| One Time Activation Fee | $0.00 |
| Sub totals | Calculated at checkout |
| *Shipping and Tax | Calculated at checkout |
| **Total Due Monthly | $0.00 |
| ***Total Due Today | $69.99 |

\* Prepaid service does not require a deposit and the activation fee is included.

\*\* Prepaid daily access fees, airtime, feature charges, long distance and roaming charges are
deducted from your available prepaid balance on a daily rate or "pay per use" basis, and no
monthly statement is provided. Many legal entities impose reoccurring taxes and other legal fees
that will be debited from your account as the law allows.

\*\*\* Excludes shipping and taxes.

©2004, Cingular Wireless. All Rights Reserved.



Home | About Us | Español | Contact Us | Find a Store | Log In

THIS IS TEXT MESSAGE
Wireless Request

**COVERAGE AREA:**

**Manhattan 646, NY**
edit

Phones & PDAs

Rate Plans

Accessories

PC Cards

Wireless Packages

> Home > Phones & Accessories > Prepaid Phones

## Prepaid Phones    Print this page

To choose a phone for your prepaid plan, select Add To Cart.

| MANUFACTURER | PRICE |
| --- | --- |

**Please note:** A New Jersey law will go into effect July 1, 2004, mandating that drivers use hands-free devices with their wireless phones. A similar law took effect in New York on November 1, 2001. (You can purchase a hands-free device, as well as other accessories, later in the shopping process.)



### Nokia 1100 KIC Prepaid w/$10 Airtime

* Mobile Instant Messaging using AOL® Instant Messenger*
* Text Messaging/e-mail
* Send up to 3 linked messages with up to 460 characters

⇒ View Accessories

* Network and Subscription Dependent Feature

Online Price:
**$69.99**

No Contract Required

**Add to Cart**



### T237 KIC Prepaid w/$10 Airtime

* Multimedia Messaging Service (MMS) capable*
* Mobile instant messaging using AOL® Instant Messenger*
* High-resolution, full-color display (4,096 colors)

⇒ View Accessories

*Subscription dependent feature

Online Price:
**$79.99**

No Contract Required

**Add to Cart**



### LG C1300 KIC Prepaid w/$10 Airtime

* 65k color display
* Mobile instant messaging using AOL® Instant Messenger*
* Text Messaging capable

⇒ View Accessories

* Subscription dependent feature

Online Price:
**$129.99**

No Contract Required

**Add to Cart**

Return Policy       Plan Terms
Online Price Disclaimer

Other Cingular Sites   |   Careers   |   Site Map   |   Contact Us   |   Privacy Policy   |   Terms of Use

©2004, Cingular Wireless. All Rights Reserved.

CLOSE WINDOW ✕

**Return Policy** Print this page
Cingular provides a 30-day return/exchange period of devices (phones, PDAs, and other wireless communications instruments) and accessories. One exchange of a device is allowed per wireless service activation or upgrade, and one exchange of an accessory per purchase. The 30-day period for customers porting-in begins on the day the port is complete. Customers purchasing via Cingular.com should send returns to the Cingular warehouse at:

Cingular Wireless
Attention: Returns Processing
5155 Citation Drive
Memphis, TN 38118

Cingular will waive early termination fees for service terminated within the return period, provided that the device(s) associated with such service are returned within the return period. Gift and ringtone cards are not refundable. In the event a customer returns their device and cancels service within applicable timeframe, all other charges will apply, but monthly service charges shall be re-rated and assessed based on the usage and the number of days that the customer had service. Any consumer that cancels service within 30 days will be refunded the activation fees paid.

If you cancel your service contract after 30 days but before the date your contract expires, an early termination fee will be charged. Fees vary by state. For complete details, refer to your terms and conditions.
All devices and accessories must be returned to the original place of purchase. Devices purchased at a Company-owned retail store can be returned at any other Company-owned retail store with an original receipt.
Customers that upgrade or purchase through an agent or national retailer should return back to that location for return details.

To receive a full refund for the return of a device or accessory, merchandise must be in like-new condition with no visible damage. Customers returning a device shall not be entitled to receive any rebate associated with such device. A twenty-five dollar ($25.00) fee for voice-centric devices and fifty-dollar ($50.00) fee for data-centric devices shall be charged for any device returned without all accessory components (such as manuals, packaging, battery, charger, ear bud, etc.). Purchase price of the device and accessories will be used to determine the refund amount. Exchanges for other device/accessory with different retail prices than the initial device/accessory will require payment for the difference for a higher priced item or result in a credit for a lower priced item. If the customer wishes to keep the device but not the service, Customer shall have the option to keep the device at the no commitment price. Phones delivered pursuant to insurance claims cannot be returned or exchanged under our Return Policy, but Equipment Warranty rules may apply. This policy does not cover warranty return rules or defective products from the manufacturer.

Refunds will be issued based on the method of payment. Refunds for check purchase will have a 10-business-day waiting period before a check or cash refund.

A twenty-five dollar ($25.00) processing fee shall be charged for the return of a prepaid phone, if the prepaid starter kit activation PIN has been revealed. Prepaid starter kits sold separately and refill cards are non-returnable if the PIN has been revealed. Prepaid electronic refill PINs and direct replenishments are non-returnable as the PIN is revealed at point-of-purchase. The charge for the return of a prepaid phone or starter kit is in addition to the charge for missing components.



**COVERAGE AREA:**

**Manhattan 646, NY**
edit

Phones & PDAs
Rate Plans
Accessories
PC Cards
Wireless Packages

> Home > Shop Cingular > Rate Plans

## Rate Plans   Print this page

To view plans, select a plan category below. To purchase a plan, select Add to Cart next to the plan you want to order.

New Mobile to Mobile Prepaid Plan

Call friends and family nationwide for only 10¢ per minute.

| Featured Plans | Individual Plans | Family Plans | Data Plans | Prepaid Plans |

**Cingular Prepaid** | Cingular Take Charge

Wireless on your terms.

Take advantage of local rates in a new, larger coverage area. Includes long distance. See coverage map for details.

Map

View Map

| PLAN NAME | STANDARD AIRTIME RATES | NIGHTS/WKND RATES | NATIONWIDE LONG DISTANCE | LD TO CANADA & MEXICO | ROAMING | |
|---|---|---|---|---|---|---|
| Prepaid Mobile to Mobile | $0.25/min | $0.25/min | Included | $0.15/min add'l | N/A | **Add to Cart** |
| Prepaid 10¢ per minute | $0.10/min $1/day | $0.10/min $1/day | Included | $0.15/min add'l | N/A | **Add to Cart** |

Return Policy    Plan Terms

**NOTE:** Mobile to Mobile Prepaid Plan: Features 25¢ per minute anytime rate and 10¢ per minute mobile to mobile rate. Mobile to Mobile includes calls to and from *all* Cingular subscribers.

**NOTE:** 10¢ Per Minute Prepaid Plan: A $1 daily access fee will be charged *only* on days when a billable voice call is made or received.

- Mobile Instant Messaging (Available on select Prepaid phones):

    Send instant messages Mobile to Mobile with AIM[sm].
    Chat with anyone on your AOL Buddy List® from your wireless phone. Use your existing AOL Screen Name or create one.
    Stay connected with friends, family, or co-workers when you're away from your computer.

- Add personality to your phone with downloadable polyphonic ringtones and screen graphics.

- Turn your phone into a personal arcade. Experience full-color graphics, exciting actions and sound effects. Even play against other wireless users.

- Text message your friends, whether they're Cingular customers or not, for only 5¢ per message sent or received.

- Add Prepaid Airtime: For your convenience 24/7, you can add funds to your account by phone and over the Internet using a credit card, major debit card or electronic check. Simply call 800-901-9878 or go to www.cingularrefill.com. Or visit a nearby replenishment location.

- Manage Your Prepaid Account: Your account information is available 24 hours a day. Get information on call history, account balance and more.

- Get instant balance information. Just dial *777# from your wireless phone to have your balance sent directly to your phone.

- Take advantage of local rates in an extended coverage area. Select the map icon above to view the Prepaid coverage area.

- Nationwide long distance rates apply to calls made and terminated within the continental U.S., Puerto Rico, U.S. Virgin Islands, Guam, and Mariana Islands.

- International calls can be placed at the following per minute rates (airtime not included):

    Mexico: 10¢
    Canada: 15¢
    Israel: 29¢
    Western Europe: 39¢
    Caribbean*: 69¢
    Central America: 69¢
    South America**: 69¢
    Eastern Europe: 79¢
    Asia Pacific: 89¢
    Africa/Middle East: 99¢

    *Exception: Dominican Republic: 10¢
    **Exception: Columbia, Costa Rica, Argentina: 10¢
    Brazil, Guatemala, Ecuador, Chile, Uraguay, Paraguay: 15¢
    Peru, El Salvador, Panama, Nicaragua, Bolivia: 20¢

Other Cingular Sites  |  Careers  |  Site Map  |  Contact Us  |  Privacy Policy  |  Terms of Use

©2004, Cingular Wireless. All Rights Reserved.