# BROITMAN DECLARATION
# EXHIBIT 17

Aerotel *et al.* v. AT&T Inc. *et al.*
SDNY 07-Civ-3217 (RJH)



Welcome back!   New York   Change Location   En Español   Other Languages   Contact Us   Find a Sto

Residential   Small Business   Enterprise   Wireless

# Bundle Services and Save

Great prices in one combined bill ▼

Internet   Bundles   Home Phone   Wireless   Digital TV



## Free Camera Phones
Online exclusive deals on phones with cameras, video, Bluetooth® and more! Free offer mail-in rebate. Restrictions apply.

View Wireless services

**Learn More**



iPhone — exclusively from AT&T and Apple.
Learn more

Fast Internet. Great Price!
Plans starting at $19.95 per month.
Learn more



Manage Your AT&T Services
Go to services & support
Learn more

Support for Wildfire Victims

Text Only | Corporate Information | Privacy Policy | AT&T Store: Home & Small Office Phones & Batteries

©2007 AT&T Knowledge Ventures. All rights reserved. AT&T, AT&T logo, BellSouth logo, Cingular and Cingular logos are trademarks of AT&T Knowledge Ventures and/or AT&T affiliated companies.
AT&T 36USC220506

Cell Phones and cell phone plans - Wireless from AT&T, formerly Cingular

Page 1 of 2



att.com | Wireless Home | Personal | Business Center | About Us

Find a Store | Español | Cart | Search



free z310a. color your world.
Sony Ericsson z310a with custom color lighting effects, free!

- Choose black or pink
- Integrated VGA camera
- Bluetooth® wireless capable

Get a free Z310a

z310a free after instant rebate. Two-year agreement and restrictions apply.

ONLINE ONLY!

Previous    Next

Large Selection of Free Phones
Online deals on popular camera phones and more!
Get a free phone

 iPhone
In AT&T stores now.
Surf. Talk. Play.
iPhone details

Cell Phones and cell phone plans - Wireless from AT&T, formerly Cingular

### Online Exclusive
Blackberry® Pearl refurb. Choose red or black.

Get a Pearl refurb

### White Hot Deal
Save on a Pantech C150 camera phone with Bluetooth® and more.

Get this deal

### Packages & Deals
Online Only deals on your favorite phones.

Get your deal

### GoPhone®
More benefits. No commitments. Prepaid is the easy choice.

Go



### Top Selling Cell Phones
| | |
|---|---|
| Sony Z310a Lush Pink | LG CE110 |
| Sony Z310a Black | RAZR V3 - Black |

### New Cell Phones
| | |
|---|---|
| Samsung A517 | AT&T Tilt™ |
| Samsung A127 | Pantech Duo |

| | | | | |
|---|---|---|---|---|
| | | | | Sony Ericsson W580i |
| | | | | Pantech C150 |
| | | | | MOTO Q™ Global |
| | | | | iPhone |

Service provided by AT&T Mobility.

| Careers | Contact Us | Site Map | Other Wireless Sites | Privacy Policy | Terms of Use | Wireless Service Agreement | Cingular History |
|---|---|---|---|---|---|---|---|
| | | att.com | Wireless Home | Personal | About Us | | |
| | | | | Business Center | My Account | | |

©2007 AT&T Intellectual Property.

YELLOWPAGES.COM

All rights reserved. AT&T, AT&T logo and all other marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

