UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8·28·08
```

---

AEROTEL, LTD., AEROTEL U.S.A, INC., and
AEROTEL U.S.A., LLC,

                  Plaintiffs,

   -against-

AT&T INC., et al.,

                  Defendants.

---

07 Civ. 3217 (RJH)

**ORDER**

The parties are directed to appear on September 15, 2008 at 4:00 p.m. in the

Courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New

York, New York 10007, for oral argument on Defendants' motions to dismiss.

SO ORDERED.

Dated: New York, New York
      August 27, 2008

                               Richard J. Holwell
                          United States District Judge