```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AEROTEL, LTD., AEROTEL U.S.A, INC., and
AEROTEL U.S.A., LLC,

                Plaintiffs,

  -against-

AT&T INC., et al.,

                Defendants.

---

07 Civ. 3217 (RJH)

**ORDER**

      The Court has received a September 3, 2008 letter from Plaintiffs' counsel requesting on behalf of all parties that oral argument on Defendants' motion to dismiss be postponed pending settlement discussions. In light of the parties' ongoing settlement talks, the oral argument currently scheduled for September 15, 2008 is adjourned sine die and defendants' pending motion to dismiss is deemed withdrawn. If the parties are unable to reach a settlement, Defendants may renew their motion by written application to the Court on or before October 15, 2008. If the motion is renewed, the Court will reschedule oral argument.

      The clerk of the court is requested to mark Plaintiff's motion to dismiss **[26]** as resolved.

SO ORDERED.

Dated: New York, New York
       September 8, 2008

                                              Richard J. Holwell
                                              United States District Judge